UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Chelsea, LLC, individually and on behalf of all others similarly situated,

    Plaintiff(s),

v.

Regal Stone, Ltd., Hanjin Shipping, Co., Ltd., and China Ocean Shipping Company,

    Defendant(s).

No. C 07-5800

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: November 19, 2007

Signature _____

Counsel for Plaintiffs
(Plaintiff, Defendant, or indicate "pro se")