1

2

3                          UNITED STATES DISTRICT COURT

4                          NORTHERN DISTRICT OF CALIFORNIA

5

6   CHELSEA,LLC,                              No.  C 07-05800 JCS

7              Plainitff(s),                  NOTICE OF IMPENDING
                                             REASSIGNMENT TO A UNITED STATES
8        v.                                   DISTRICT JUDGE

9   REGAL STONE, ET AL.,

10             Defendant(s).
    _____/
11

12        The Clerk of this Court will now randomly reassign this case to a United States District

13  Judge because:

14        [X]    One or more of the parties has requested reassignment to a United States District

15  Judge or has not consented to the jurisdiction of a United States Magistrate Judge.

16        []     One or more of the parties has sought a type of judicial action (e.g., a temporary

17  restraining order) that a United States Magistrate Judge may not take without the consent of all

18  parties, the necessary consents have not been secured, and time is of the essence.

19        ALL HEARING DATES PRESENTLY SCHEDULED BEFORE MAGISTRATE JUDGE

20  SPERO ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE

21  JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED.

22

23  Dated:  November 19, 2007

24                                           Richard W. Wieking, Clerk
                                             United States District Court
25                                           _Karen L. Hom_____
                                             By: Karen L. Hom
26                                           Courtroom Deputy

27  cc:  Intake

28

**United States District Court**
For the Northern District of California