**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                                          General Court Number
Clerk                                                                                                                      415.522.2000

**November 19, 2007**

**CASE NUMBER:  CV 07-05800 JCS**
**CASE TITLE:  CHELSEA,LLC-v-REGAL STONE**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Samuel Conti** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SC** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 11/19/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                                                                                   Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                                  Special Projects
Log Book Noted                                                            Entered in Computer 11/19/07ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                                 Transferor CSA