William M. Audet (waudet@audetlaw.com)
Michael McShane (mmcshane@audetlaw.com)
Adel A. Nadji (anadji@audetlaw.com)
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.982.1776
Facsimile: 415.568.2556

Law Offices of Anthony M. Urie
Anthony M. Urie (Cal. State Bar #92363)
18025 17th Ave. N.W.
Shoreline, WA 98177

*Attorneys for Plaintiffs and
the Class Members*

## UNITED STATES DISTRICT COURT FOR

## THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chelsea, LLC, Mark Russo, Allen Loretz, and Ivan Simpson, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Regal Stone, Ltd., Hanjin Shipping, Co., Ltd., Conti Cairo KG, NSB Neiderelbe, Synergy Maritime, Ltd. *In Personam*; M/V Cosco Busan, their engines, tackle, equipment, appurtenances, freights, and cargo *In Rem*, <br><br> Defendants. | Court File No. C-07-5800-SC <br><br> **IN ADMIRALTY** <br><br> **CERTIFICATION OF BUCK FOWLER, JR.** |

1

Certificate of Buck Fowler, Jr.

BUCK FOWLER, JR., pursuant to 28 U.S.C. § 1746, upon information and belief, certifies as follows:

1. I am the Managing Member of Marine Lenders Services, LLC, with offices at 2408 West Commodore Way, Seattle, Washington. I have experience as vessel owner, operator, and broker, and I have served as the U.S. Marshal's substitute custodian for vessels under arrest in this District.

2. I have read Local Admiralty Rule pertaining to the custody of property and am familiar with its provisions.

3. I am not a party to this action and have no interest in the outcome of this action in which the defendant vessel COSCO BUSAN, O.N. 9231743 is or will be under arrest.

4. I am also familiar with the defendant vessel, at least to the extent of her size, type, construction material, and apparent condition, and I have access to adequate facilities and supervision for and can safely keep the same in place of the United States Marshal during the pendency of suit herein and until further Order of the Court, and in this regard, I will provide insurance and perform the normal and customary custodial services for said vessel, including attending mooring lines, bilge pumping as necessary, and providing locks and security, during their custodianship at a charge of $8000.00 a month, one month minimum for the COSCO BUSAN, O.N. 9231743. An additional fee of $500.00 will be charged for twelve months of substitute custodian insurance. There will be an arrest fee not to exceed $2000.00. If not paid directly by plaintiffs, I will charge moorage at the rate currently charged at its present location. The total charge for said services will be less than those charged by the United States

Marshal for providing such services through professional keepers. I will provide these services and keep the vessel secured at her current location, unless I determine that the vessel should be moved in order to safeguard and protect the vessel, or minimize expenses and/or maximize the sale price of the vessel. In the event the vessel needs to be moved, I will notify the U.S. Marshal's office prior to movement and when it has been secured.

5. I am a beneficiary of a Marine General Insurance Policy issued by Northern Assurance Company (Policy No. N5JH81343) with limits of $1,000,000 for damage sustained by third parties due to negligence committed during said custody, and plaintiff further agrees to hold harmless and indemnify the United States and the United States Marshal from any and all claims whatsoever arising out of the substitute custodian's possession and safekeeping.

6. Further, I agree to accept substitute custodianship of the defendant vessel, her engines, machinery, and appurtenances, etc., in accordance with the order appointing substitute custodian. I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed this 19TH day of November, 2007, at Seattle, Washington.

_____
Buck Fowler, Jr.
Managing Member
Marine Lenders Services, LLC