# UNITED STATES DISTRICT COURT FOR

# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chelsea, LLC, Mark Russo, Allen Loretz, and Ivan Simpson, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Regal Stone, Ltd., Hanjin Shipping, Co., Ltd., Conti Cairo KG, NSB Neiderelbe, Synergy Maritime, Ltd. *In Personam*; M/V Cosco Busan, their engines, tackle, equipment, appurtenances, freights, and cargo *In Rem*,<br><br>    Defendants. | Court File No. C–07–5800-SC<br><br>**NOTICE OF ACTION AND ARREST** |

NOTICE IS HEREBY GIVEN that on or about _____, 2007 the COSCO BUSAN, was arrested pursuant to a warrant for her arrest issued by the clerk of this Court upon the filing of Plaintiffs' Motion for Warrant of Arrest *In Rem* in the above action seeking sale of the vessel COSCO BUSAN, for foreclosure of a maritime lien for supplying of necessaries to the aforementioned vessel. Any person who claims an

interest in the COSCO BUSAN shall file a claim within ten (10) days after publication of this notice, or within such additional time as may be allowed by the Court, and shall serve an answer within twenty (20) days after the filing of the claim. The claim shall be verified on oath or solemn affirmation, and shall state the interest in the property by virtue of which the claimant demands its restitution and the right to defend the action. If the claim is made on behalf of the person entitled to possession by an agent, bailee, or attorney, it shall state that the agent, bailee, or attorney, is duly authorized to make the claim. All interested parties should file their claims and answers within the stated times with the Clerk of this Court otherwise default will be noted and condemnation ordered. All interested parties should also serve a copy of their claims and answers with the attorney herein after the publication of this notice or such additional time as allowed by this Court.

WHEREIN Plaintiffs, through their attorneys, William M. Audet and Anthony M. Urie, whose offices are at 221 Main Street, Suite 1460, San Francisco, California 94105, demand satisfaction of Plaintiffs' claim which is in excess of $100,000,000.00 plus attorneys fees and costs.

---

U.S. MARSHALL'S OFFICE