UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

 C-07-5800             SAMUEL CONTI             DATE 11/20/07
Case Number            Judge

Title: CHELSEA, LLC, et al.         vs REGAL STONE, LTD., et al.

Attorneys: ANTHONY URIE, ADEL NADJI       --------------------

Deputy Clerk: T. De Martini     Court Reporter: Jim Yeomans

Court  Pltf's  Deft's
( )    (XXX)   ( )    1. Ex Parte Application for Arrest of the
                         Vessel Cosco Busan

( )    (XXX)   ( )    2. Ex Parte Application to Appoint
                         Substitute Custodian

**(XXX)Motion(s): (XXX)Granted** ( )Denied ( )Withdrawn

( )Granted/Denied ( )Off Calendar ( )Submitted

Order to be Prepared by:( )Pltf ( )Deft ( )Court

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to_____ for Pretrial Conference

Case Continued to_____ for Court/Jury Trial

Case Continued to_____ for Further Status Conference

Case Continued to_____ for_____

CASE REFERRED TO U.S. MAGISTRATE_____

for_____

Opening Briefs_____ Answer_____ Reply_____

Deemed Submitted on_____

ORDERED AFTER HEARING: Affidavit of Substitute Custodian to be filed by Wednesday, November 28, 2007.  Orders signed.