William M. Audet (waudet@audetlaw.com)
Michael McShane (mmcshane@audetlaw.com)
Adel A. Nadji (anadji@audetlaw.com)
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.982.1776
Facsimile: 415.568.2556

Law Offices of Anthony M. Urie
Anthony M. Urie (Cal. State Bar #92363)
18025 17th Ave. N.W.
Shoreline, WA 98177

*Attorneys for Plaintiffs and
the Class Members*

# UNITED STATES DISTRICT COURT FOR

# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chelsea, LLC, Mark Russo, Allen Loretz, and Ivan Simpson, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Regal Stone, Ltd., Hanjin Shipping, Co., Ltd., Conti Cairo KG, NSB Neiderelbe, Synergy Maritime, Ltd. *In Personam*; M/V Cosco Busan, their engines, tackle, equipment, appurtenances, freights, and cargo *In Rem*,<br><br>Defendants. | Court File No. C–07–5800-SC<br><br>**IN ADMIRALTY**<br><br>**ORDER AUTHORIZING ISSUE OF WARRANT OF ARREST OF VESSEL** |

This Court, having reviewed Plaintiffs' Verified First Amended Complaint and *Ex Parte* Application, and finding that conditions for an action *in rem* appear to exist, it is hereby,

ORDERED, that the Clerk of Court shall prepare a Warrant of Arrest of the COSCO BUSAN, a commercial container vessel, IMO number 9231743, 65131 gross tonnage, year of build 2001, her engines, tackle, furniture, apparel and appurtenances, and deliver such warrant to the United States Marshal for service.

DATED this Nov. 20 ___ day of November, 2007.

_____
U.S. DISTRICT C...

IT IS SO ORDERED
*[signature]*
Judge Samuel Conti