## UNITED STATES DISTRICT COURT FOR

## THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chelsea, LLC, Mark Russo, Allen Loretz, and Ivan Simpson, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>Regal Stone, Ltd., Hanjin Shipping, Co., Ltd., Conti Cairo KG, NSB Neiderelbe, Synergy Maritime, Ltd. *In Personam*; M/V Cosco Busan, their engines, tackle, equipment, appurtenances, freights, and cargo *In Rem*,<br><br>  Defendants. | Court File No. C–07–5800-SC<br><br>**IN ADMIRALTY**<br><br>**WARRANT FOR ARREST** |

TO THE U.S. MARSHAL:

  WHEREAS, a complaint has been filed against the Defendants Regal Stone, Ltd., Hanjin Shipping, Co., Ltd., Conti Cairo KG, NSB Neiderelbe, Synergy Maritime, Ltd. upon an admiralty and maritime claim for the reasons and causes in the said Verified First Amended Complaint mentioned and praying for process of warrant for the arrest of said vessel, COSCO BUSAN, a commercial container vessel, IMO number 9231743,

65131 gross tonnage, year of build 2001, and her appurtenances and fishing rights, including those issued by Department of Commerce, National Marine Fisheries Service, and that all persons interested in the said vessel and her appurtenances and fishing rights may be cited to answer the premises and that the said vessel and her appurtenances may, for the causes in the said Complaint mentioned be sold to pay the demands of the Plaintiffs.

YOU ARE HEREBY COMMANDED to arrest the said vessel and her appurtenances and to detain the same in your custody until further order of the Court respecting the same and to give due notice to all persons claiming the same or having anything to say why the same should not be sold pursuant to the prayer of the said Complaint, that they must file their claims with Clerk of this Court within ten days after execution of this process or within such additional time as be allowed by the Court, and must serve their answers within twenty (20) days after the filing of their claim.

YOU ARE FURTHER COMMANDED to file this process in this Court with your return promptly after execution thereof.

WITNESS, the Honorable _____ [signature]

a Judge of the above Court this __20__ day of November, 2007.

RICHARD W. WIEKING   CLERK

By _____T. D.M._____