## PROOF OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

I am employed in the County of San Francisco, State of California; my business address is 221 Main Street, Suite 1460, San Francisco, California 94105. I am over the age of 18 and not a party to the within action. On this date I served the following documents:

**EX PARTE APPLICATION FOR ENTRY OF INITIAL CASE MANAGEMENT ORDER;**

**DECLARATION OF PLAINTIFFS' COUNSEL WILLIAM M. AUDET IN SUPPORT OF EX PARTE APPLICATION FOR ENTRY OF AN INITIAL CASE MANAGEMENT ORDER;**

**[PROPOSED] INITIAL CASE MANAGEMENT ORDER; and**

**PROOF OF SERVICE**

☐ (BY FAX) I am readily familiar with the firm's practice of facsimile transmission; on this date the above-referenced documents were transmitted, the transmission was reported as complete and without error and the report was properly issued.

☒ (BY ELECTRONIC FILING) On this date I provided the documents(s) listed above electronically through the Court's electronic filing service provider pursuant to the instructions on that website.

☐ (BY E-MAIL) On this date, the above-referenced documents were converted to electronic files and e-mailed to the addresses shown.

☐ (BY PERSONAL SERVICE) I caused the above documents to be delivered by hand pursuant to CCP § 1011.

☒ Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this 28th day of November, 2007 at San Francisco, California.

*/s/ Hannah Weinberg*
Hannah Weinberg