JEFFREY BUCHOLTZ
Principal Deputy Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
GEOFFREY D. OWEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, California  94102-3463
Telephone: (415) 436-6648
mike.underhill@usdoj.gov

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Washington D.C. 20530
BRADLEY R. O'BRIEN
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone: (415) 744-6484; Facsimile: (415) 744-6476
brad.o'brien@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELSEA, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> REGAL STONE LIMITED, *et al, in personam*, M/V COSCO BUSAN, her engines, tackle, *etc.*, *in rem*, <br><br> Defendants. | Civil No. C07-5800-SC <br><br> NOTICE OF RELATED CASE: <br><br> <u>Case No. C07-6045-SI</u> |

NOTICE OF RELATED CASE – No. C07-5800-SC                                                                              1

In accordance with Local Rule 3-12, the United States of America hereby files this Notice specifying that this matter may potentially constitute a related case to *UNITED STATES OF AMERICA v. M/V COSCO BUSAN, LR/IMO Ship No. 9231743, her engines, apparel, electronics, tackle, boats, appurtenances, etc., in rem, REGAL STONE LIMITED, et al., in personam*. CV-07-6045-SI (N.D. Cal.).

Both actions arise from the November 7th oil spill involving the M/V COSCO BUSAN (the "Vessel"). The action filed by the United States includes maritime lien claims against the Vessel *in rem*, those claims based upon express statutory rights granted by Congress under the National Marine Sanctuaries Act ("NMSA"), 16 U.S.C. § 1443, and the Park System Resource Protection Act ("PSRPA"), 16 U.S.C. § 19jj-1(b). The United States' action also asserts statutory *in personam* claims against, *inter alia*, defendant Regal Stone Limited.

Though not based upon the foregoing statutes (neither of which provide a private cause of action), the plaintiffs' pleadings and related papers in case number CV-07-5800-SC purport to assert what appears to be a tort-based maritime lien claim against the Vessel, as well as various *in personam* claims against, *inter alia*, defendant Regal Stone Limited.

Dated: November 30, 2007.　　　　JEFFREY BUCHOLTZ
　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General


　　　　　　　　　　　　　　　　/s/ R. Michael Underhill
　　　　　　　　　　　　　　　　R. MICHAEL UNDERHILL
　　　　　　　　　　　　　　　　Attorney In Charge, West Coast Office
　　　　　　　　　　　　　　　　GEOFFREY D. OWEN
　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　Torts Branch, Civil Division
　　　　　　　　　　　　　　　　U.S. Department of Justice

　　　　　　　　　　　　　　　　RONALD J. TENPAS
　　　　　　　　　　　　　　　　Acting Assistant Attorney General
　　　　　　　　　　　　　　　　Environment and Natural Resources Division
　　　　　　　　　　　　　　　　BRADLEY R. O'BRIEN
　　　　　　　　　　　　　　　　Environmental Enforcement Section

　　　　　　　　　　　　　　　　Attorneys for Plaintiff United States of America