1  JEFFREY BUCHOLTZ
   Principal Deputy Assistant Attorney General
2  R. MICHAEL UNDERHILL
   Attorney in Charge, West Coast Office
3  GEOFFREY D. OWEN
   Trial Attorney
4  Torts Branch, Civil Division
   U.S. Department of Justice
5  7-5395 Federal Bldg. Box 36028
   450 Golden Gate Avenue
6  San Francisco, California 94102-3463
   Telephone: 415-436-6648
7  mike.underhill@usdoj.gov

8  RONALD J. TENPAS
   Acting Assistant Attorney General
9  Environment & Natural Resources Division
   United States Department of Justice
10 Washington D.C. 20530
   BRADLEY R. O'BRIEN
11 Senior Attorney
   Environment & Natural Resources Division
12 United States Department of Justice
   301 Howard Street, Suite 1050
13 San Francisco, California  94105
   Telephone: 415-744-6484
14 Facsimile: 415-744-6476
   brad.obrien@usdoj.gov
15

16 Attorneys for the United States of America

17                   UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19
   Chelsea, LLC, *et al.*                    ) Civil No.-07-5800-SC
20                                            )
                      Plaintiffs,             )
21                                            ) NOTICE OF APPEARANCE OF
               v.                             ) BRADLEY R. O'BRIEN ON BEHALF OF
22                                            ) THE UNITED STATES OF AMERICA
   REGAL STONE LIMITED, *et al, in personam*, )
23 M/V COSCO BUSAN, her engines, tackle, *etc.* )
   *in rem*,                                  )
24                                            )
                      Defendants.             )
25 _____ )

26      TO:    THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF
27      PLEASE TAKE NOTICE of the entry of appearance in the above-captioned case of

28 Bradley R. O'Brien, United States Department of Justice, Environment and Natural Resources

Division, as an attorney of record on behalf of the United States of America.  Mr. O'Brien's

address, telephone number, fax number and email are:

> Bradley R. O'Brien
> Senior Attorney
> Environment & Natural Resources Division
> Natural Resources Section
> United States Department of Justice
> 301 Howard Street, Suite 1050
> San Francisco, California  94105
> TEL:   (415) 744–6484
> FAX:  (415) 744-6476
> Email:  brad.obrien@usdoj.gov

The Clerk of the Court is respectfully requested to add Mr. O'Brien's name to the list of

Interested Parties.  Mr. O'Brien has registered for ECF and would like to receive copies of

filings, notices, and orders electronically.


Dated: <u>November 30, 2007</u>            Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

<u>/s/ Bradley R. O'Brien</u>
BRADLEY R. O'BRIEN
Senior Attorney
Environment & Natural Resources Division
Natural Resources Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
Telephone: 415-744–6484
Facsimile: 415-744-6476
Email: brad.obrien@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I, Bradley R. O'Brien, hereby certify that I have caused the foregoing to be served upon

counsel of record who have registered for service by electronic means, and those who have not

registered for service by electronic means by U.S. Mail, postage prepaid, and addressed to the

following:

Adel A. Nadji
Audet & Partners, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105
415-982-1776
Fax: 415-576-1776
Email: anadji@audetlaw.com

Joshua C. Ezrin
Audet & Partners, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105
415-982-1776
Fax: 415-568-2556

Michael Andrew McShane
Audet & Partners LLP
221 Main Street
Suite 1460
San Francisco, CA 94105
415-568-2555
Fax: 415-568-2556
Email: mmcshane@audetlaw.com

William M. Audet
Audet & Partners, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105
415-568-2555
Fax: 415.568-2556
Email: waudet@audetlaw.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

R. Michael Underhill
U.S. Dept of Justice
450 Golden Gate Ave
7th Floor, Rm 7-5395
P.O. Box 36028
San Francisco, CA 94102-3463
415-436-6648
Fax: 415-436-6632
Email: mike.underhill@usdoj.gov


Dated: <u>November 30, 2007</u>                    <u>/s/ Bradley R. O'Brien                    </u>
                                                 BRADLEY R. O'BRIEN
                                                 Senior Attorney
                                                 Environment & Natural Resources Division
                                                 Natural Resources Section
                                                 United States Department of Justice
                                                 301 Howard Street, Suite 1050
                                                 San Francisco, California  94105
                                                 Telephone: 415-744–6484
                                                 Facsimile: 415-744-6476
                                                 Email: brad.obrien@usdoj.gov