William M. Audet (waudet@audetlaw.com)
Michael McShane (mmcshane@audetlaw.com)
Adel A. Nadji (anadji@audetlaw.com)
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.982.1776
Facsimile: 415.568.2556

Law Offices of Anthony M. Urie
Anthony M. Urie (Cal. State Bar #92363)
18025 17th Ave. N.W.
Shoreline, WA 98177

*Attorneys for Plaintiffs and
 the Class Members*

**UNITED STATES DISTRICT COURT FOR**

**THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Chelsea, LLC, Mark Russo, Allen Loretz, and Ivan Simpson, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Regal Stone, Ltd., Hanjin Shipping, Co., Ltd., Conti Cairo KG, NSB Neiderelbe, Synergy Maritime, Ltd. *In Personam*; M/V Cosco Busan, their engines, tackle, equipment, appurtenances, freights, and cargo *In Rem*,<br><br>Defendants. | Case No. C–07-5800-SC<br><br>**IN ADMIRALTY**<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3–12 AND 7–11** |

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

**TO THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiffs in *Chelsea, LLC v. Regal Stone, et al.*, C–07-5800-SC, filed on November 19, 2007 ("*Chelsea*"), hereby moves this Court pursuant to Civil L.R. 3–12 and 7–11 to consider whether the following actions should be related to *Chelsea, LLC v. Regal Stone, et al.*, C–07-5800-SC ("Chelsea"), the low-numbered case pending before The Honorable Samuel Conti, United States District Court Judge:

| CASE | CASE NO. | JUDGE ASSIGNED | FILED |
|---|---|---|---|
| *Shogren Living Trust, et al. v. Regal Stone, Ltd., et al.* | 07–5926–JL | Hon. James Larson | 11/21/2007 |

The allegations in *Shogren Living Trust* reveal that this action is related to the actions filed in the Northern District of California against Regal Stone, Ltd., Hanjin Shipping Co. Ltd., and M/V Cosco Busan ("Defendants").

The *Shogren Living Trust* and *Chelsea, LLC* actions concern substantially the same parties, property, transactions or events. All of these cases involve most of the same defendants. This case arises out of the oil spillage in the San Francisco Bay that was caused by the COSCO BUSAN on November 7, 2007. Heading north out to the ocean bound for Asia, the COSCO BUSAN failed to heed normal precautions and hit the fender of tower W4 of the San Francisco Bay Bridge. The impact of the crash tore a huge gash in the side of the vessel and resulted in the spillage of an estimated 58,000 gallons of fuel oil into the fragile San Francisco Bay ecosystem.

This man-made disaster will for years have a profound impact on not only the wildlife of Northern California, but has also immediately impacted the livelihood of thousands and thousands of individuals and small businesses, such as commercial fishers, and crabbers as well as recreational charter operations.

The Plaintiffs in these actions are San Francisco Bay Area fishermen, vessel owners, charterers and operators who were to participate in, or depend upon, the 2007-2008 California fisheries for commercial purposes. These lawsuits, inter alia, seek to economically compensate the victims of the spill as well as equitable relief.

Further, it appears likely that there would be an unduly burdensome duplication of labor, expense and/or conflicting results if these cases were to proceed before different judges.

WHEREFORE, plaintiffs requests that the Court enter an order relating *Chelsea, LLC*, the low-numbered case, and that *Shogren Living Trust* be reassigned to the Honorable Samuel Conti.

Dated: December 3, 2007                              AUDET & PARTNERS, LLP


/s/ William M. Audet
William M. Audet
Michael McShane
Adel A. Nadji
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.982.1776
Facsimile: 415.568.2556

*Attorneys for Plaintiffs and the Class*

3
**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**