1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT FOR

# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chelsea, LLC, Mark Russo, Allen Loretz, and Ivan Simpson, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Regal Stone, Ltd., Hanjin Shipping, Co., Ltd., Conti Cairo KG, NSB Neiderelbe, Synergy Maritime, Ltd. *In Personam*; M/V Cosco Busan, their engines, tackle, equipment, appurtenances, freights, and cargo *In Rem*,<br><br>    Defendants. | Case No. C–07-5800-SC<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES PURSUANT TO L.R. 3–12 AND 7–11** |

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION**

Upon consideration of the administrative motion to consider whether cases should be related,

**IT IS HEREBY ORDERED THAT**

1.  The proposed actions are related actions because they concern substantially the same parties, transactions, property or events.

2.  Further, it appears likely that there would be an unduly burdensome duplication of labor, expense and/or conflicting results if the cases were to proceed before different judges.

3.  Therefore, because the *Shogren Living Trust, et al. v. Regal Stone, Ltd., et al.,* Case No. 07-5926-JL and *Chelsea, LLC, et al. v. Regal Stone, Ltd., et al.,* No. 07-5800-SC actions are related, they are reassigned to me.

Dated:  December    , 2007

THE HONORABLE. SAMUEL CONTI
UNITED STATES DISTRICT COURT JUDGE