William M. Audet (waudet@audetlaw.com)
Michael McShane (mmcshane@audetlaw.com)
Adel A. Nadji (anadji@audetlaw.com)
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.982.1776
Facsimile: 415.568.2556

Law Offices of Anthony M. Urie
Anthony M. Urie (Cal. State Bar #92363)
18025 17th Ave. N.W.
Shoreline, WA 98177

*Attorneys for Plaintiffs and
the Class Members*

# UNITED STATES DISTRICT COURT FOR

# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chelsea, LLC, Mark Russo, Allen Loretz, and Ivan Simpson, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Regal Stone, Ltd., Hanjin Shipping, Co., Ltd., Conti Cairo KG, NSB Neiderelbe, Synergy Maritime, Ltd. *In Personam*; M/V Cosco Busan, their engines, tackle, equipment, appurtenances, freights, and cargo *In Rem*,<br><br>Defendants. | Case No. C–07-5800-SC<br><br>**IN ADMIRALTY**<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE

I, Adrienne C. Brennan, declare as follows:

I am employed by Audet & Partners, LLP, 221 Main Street, Suite 1460,. San Francisco, California 94105. I am over the age of 18 and am not a party to this action. On December 3, 2007, I served true and correct copies of the following:

1. **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11;**

2. **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES PURSUANT TO L.R. 3–12 AND 7–11;** and

3. **PROOF OF SERVICE**

On this date I provided the documents listed above electronically through the Court's electronic filing service provider pursuant to the instructions on that website. Additionally, I am readily familiar with the firm's practice for the processing of mail; on this date, the above-referenced documents were placed for collection and delivery by the U.S. Postal Service following ordinary business practices on:

Cory A. Birnberg
Birnberg & Associates
703 Market Street
Suite 600
San Francisco, CA 94103
415-398-1040
415-398-2001 (fax)
*Counsel for Shogren Living Trust Plaintiffs*

I further declare that, pursuant to General Order 45 VIII(A), on the date hereof I served a copy of the [Proposed] Order in word-processing format on The Honorable Samuel Conti at his proposed order e-mail address: SCpo@cand.uscourts.gov.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed at San Francisco, California, on this 3rd day of December,. 2007.

Adrienne C. Brennan

2
**PROOF OF SERVICE**