William M. Audet (waudet@audetlaw.com)
Michael McShane (mmcshane@audetlaw.com)
Adel A. Nadji (anadji@audetlaw.com)
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.982.1776
Facsimile: 415.568.2556

*Attorneys for Plaintiffs and
the Class Members*

# UNITED STATES DISTRICT COURT FOR

# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chelsea, LLC, Mark Russo, Allen Loretz, and Ivan Simpson, individually and on behalf of all others similarly situated,<br><br>　　Plaintiffs,<br><br>v.<br><br>Regal Stone, Ltd., Hanjin Shipping, Co., Ltd., Conti Cairo KG, NSB Neiderelbe, Synergy Maritime, Ltd. *In Personam*; M/V Cosco Busan, their engines, tackle, equipment, appurtenances, freights, and cargo *In Rem*,<br><br>　　Defendants. | Case No. C–07-5800-SC<br><br><br><br><br><br>Ctrm: 1, 17th Floor<br>Hon. Samuel J. Conti |

**PLAINTIFFS'** ***EX PARTE*** **MOTION FOR ORDER TO SHOW CAUSE WHY A PROTECTIVE ORDER TO SUPERVISE OR OTHERWISE LIMIT COMMUNICATIONS WITH PUTATIVE CLASS MEMBERS SHOULD NOT ISSUE**

To All Parties and Their Attorneys of Record:

Plaintiffs Chelsea, LLC, Mark Russo, Allen Loretz, and Ivan Simpson individually and on behalf of all others similarly situated, by and through their attorneys, respectfully move for an Order To Show Cause Why a Protective Order To Supervise or Otherwise Limit Communication With Putative Class Members Should Not Issue. In support of its motion, Plaintiffs concurrently file the attached Memorandum of Law in Support of Plaintiffs' Motion For Order To Show Cause; the Declarations of William M. Audet, Frank M. Pitre, Steven F. Fitz, and John Tarantino, and all exhibits thereto; and a Proposed Order.

Dated: January 17, 2008

AUDET & PARTNERS, LLP

William M. Audet
Michael McShane
Adel A. Nadji
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.568.2555
Facsimile: 415.568.2556
E-mail: waudet@audetlaw.com

*On Behalf of Plaintiffs and the Class*

Affiliated Counsel

Law Offices of Anthony M. Urie
18025 17th Ave. N.W.
Shoreline, WA 98177