FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
NANCY L. FINEMAN (SBN 124870)
nfineman@cpmlegal.com
NIKI B. OKCU (SBN 229345)
nokcu@cpmlegal.com
STUART G. GROSS (SBN 251019)
sgross@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000

*Attorneys for Plaintiffs Steven F. Fitz,*
*John Tarantino, and the Class*

## UNITED STATES DISTRICT COURT FOR

## THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHELSEA, LLC, MARK RUSSO, ALLEN LORETZ, and IVAN SIMPSON, individually and on behalf of all others similarly situated,** | **CASE NO.:  C-07-5800-SC** |
| **Plaintiffs,** | **DECLARATION OF JOHN TARANTINO IN SUPPORT OF PLAINTIFFS'** *EX PARTE* **MOTION FOR AN ORDER TO SHOW CAUSE WHY A PROTECTIVE ORDER TO SUPERVISE AND LIMIT COMMUNICATIONS WITH PUTATIVE CLASS MEMBERS SHOULD NOT ISSUE** |
| **v.** | |
| **REGAL STONE, LTD., HANJIN SHIPPING, CO., LTD., CONTI CAIRO KG, NSB NEIDERELBE, SYNERGY MARITIME, LTD. In Personam; M/V COSCO BUSAN, their engines, tackle, equipment, appurtenances, freights, and cargo In Rem,,** | Date: -----<br>Time: -----<br>Ctrm:  1, 17th Floor<br>Hon. Samuel J. Conti |
| **Defendants.** | |

Declaration of John Tarantino ISO Plaintiffs' *Ex Parte* Motion for Order to Show Cause re:
Protective Order to Supervise and Limit Communications with Putative Class Members
Case No. C-07-5800-SC

1  I, JOHN TARANTINO, declare as follows:

2      1.  I am a plaintiff in *Tarantino, et al. v. Hanjin Shipping Co., Ltd.*, San

3  Francisco County Superior Court Case No. CGC-07-469379. I have personal

4  knowledge of the following matters, and I can and will competently testify to

5  them.

6      2.  I am a commercial Dungeness crab fisherman operating out San

7  Francisco. I have commercially fished for Dungeness crabs in the San Francisco

8  Bay Area for 35 yers.

9      3.  Hudson Marine has established a claims process ("Claims Process")

10  whereby Dungeness crab fishermen may seek compensation for some part of their

11  economic losses caused by the M/V Cosco Busan's collision with the Bay Bridge

12  on November 7, 2007 and the resulting oil spill ("Oil Spill").

13      4.  I have suffered and continue to suffer economic injuries caused by

14  the Oil Spill.

15      5.  On or about December 8, 2006, I spoke by phone with a

16  representative of Hudson Marine named Harry Bolton.

17      6.  I informed Mr. Bolton that I am represented by counsel in an action

18  seeking compensation for the economic injuries I have suffered and continue to

19  suffer as a result of the Oil Spill.

20      7.  Mr. Bolton, as a representative of Hudson Marine, informed me that

21  because I was represented by counsel he could not speak with me. Mr. Bolton

22  further informed me that I could only participate in the Claims Process if I

23  terminated my representation by counsel.

24      I declare under penalty of perjury under the laws of the State of California

25  that the foregoing is true and correct. Executed this _10_ day of January, 2008, at

26  Corte Madera, California.

27

28                          JOHN TARANTINO

Declaration of John Tarantino ISO Plaintiffs' *Ex Parte* Motion for Order to Show Cause re:
Protective Order to Supervise and Limit Communications with Putative Class Members
Case No. C-07-5800-SC                                         1