FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
NANCY L. FINEMAN (SBN 124870)
nfineman@cpmlegal.com
NIKI B. OKCU (SBN 229345)
nokcu@cpmlegal.com
STUART G. GROSS (SBN 251019)
sgross@cpmlegal.com
COTCHETT, PITRE & McCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000

*Attorneys for Plaintiffs Steven F. Fitz,
John Tarantino, and the Class*

# UNITED STATES DISTRICT COURT FOR

# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELSEA, LLC, MARK RUSSO, ALLEN LORETZ, and IVAN SIMPSON, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>REGAL STONE, LTD., HANJIN SHIPPING, CO., LTD., CONTI CAIRO KG, NSB NEIDERELBE, SYNERGY MARITIME, LTD. In Personam; M/V COSCO BUSAN, their engines, tackle, equipment, appurtenances, freights, and cargo In Rem,,<br><br>  Defendants. | CASE NO.: C-07-5800-SC<br><br>DECLARATION OF STEVEN F. FITZ IN SUPPORT OF PLAINTIFFS' *EX PARTE* MOTION FOR AN ORDER TO SHOW CAUSE WHY A PROTECTIVE ORDER TO SUPERVISE AND LIMIT COMMUNICATIONS WITH PUTATIVE CLASS MEMBERS SHOULD NOT ISSUE<br><br>Date: -----<br>Time: -----<br>Ctrm: 1, 17th Floor<br>Hon. Samuel J. Conti |

---

Declaration of Steven F. Fitz ISO Plaintiffs' *Ex Parte* Motion for Order to Show Cause re:
Protective Order to Supervise and Limit Communications with Putative Class Members
Case No. C-07-5800-SC

I, STEVEN F. FITZ, declare as follows:

1. I am a plaintiff in *Tarantino, et al. v. Hanjin Shipping Co., Ltd.*, San Francisco County Superior Court Case No. CGC-07-469379. I have personal knowledge of the following matters, and I can and will competently testify to them.

2. I am a commercial Dungeness crab fisherman operating out of Half Moon Bay. I have earned a living as a commercial fisherman for over 35 years, the last 27 of which I have commercially fished for Dungeness crabs in the San Francisco Bay Area.

3. Hudson Marine has established a claims process whereby Dungeness crab fishermen economically injured by the oil spill caused by the collision of the M/V Cosco Busan with the Bay Bridge on November 7, 2007 ("Oil Spill") may seek compensation for those injuries ("Claims Process").

4. I have suffered and continue to suffer economic injuries caused by the Oil Spill.

5. On or about December 13, 2007, a fellow Dungeness crab fisherman named Michael McHenry met with a representative Hudson Marine named Harry Bolton.

6. Mr. McHenry asked Mr. Bolton, as Hudson Marine's representative, whether I could not participate in the Claims Process.

7. Mr. Bolton as Hudson Marine's representative, informed Mr. McHenry that because I am a plaintiff in an action against Regal Stone, Ltd. and others responsible for the Oil Spill I could not file a claim with Hudson Marine for compensation for the economic injuries I have suffered and continue to suffer as a result of the Oil Spill. At the same meeting, Mr. Bolton allowed Mr. McHenry to file a claim and gave him an advance payment.

Declaration of Steven F. Fitz ISO Plaintiffs' *Ex Parte* Motion for Order to Show Cause re:
Protective Order to Supervise and Limit Communications with Putative Class Members
Case No. C-07-5800-SC                                                                                        1

8. The San Francisco Bay Area commercial fishing community ("Community"), of which I am a member, is close-knit, and information travels quickly amongst its members.

9. The knowledge that I along with my co-lead plaintiff, John Tarantino, were not allowed to participate in the Claims Process because we were plaintiffs in an action against Regal Stone, Ltd. and others responsible for the Oil Spill quickly circulated through the Community.

10. This knowledge influenced many members of the Community to forsake participation in the class action in which I am a co-lead plaintiff.

11. The knowledge that I was being denied participation in the Claims Process because of my role as lead plaintiff while others were being allowed to participate caused me to question the judgment of my attorneys and my decision to act as lead plaintiff in the class action.

12. It has became known among the community that if you were part of the class action, Hudson Marine would not speak with you.

13. Hudson Marine has also encouraged the perception among members of the Community that they were interested in quickly getting year 2007 "off the books," and thus fishermen who participated in the Claims Process would quickly get paid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 9th day of January, 2008, at Burlingame, CA.

_____
STEVEN F. FITZ

Declaration of Steven F. Fitz ISO Plaintiffs' *Ex Parte* Motion for Order to Show Cause re: Protective Order to Supervise and Limit Communications with Putative Class Members
Case No. C-07-5800-SC

2