William M. Audet (waudet@audetlaw.com)
Michael McShane (mmcshane@audetlaw.com)
Adel A. Nadji (anadji@audetlaw.com)
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.982.1776
Facsimile: 415.568.2556

*Attorneys for Plaintiffs and
the Class Members*

# UNITED STATES DISTRICT COURT FOR

# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chelsea, LLC, Mark Russo, Allen Loretz, and Ivan Simpson, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Regal Stone, Ltd., Hanjin Shipping, Co., Ltd., Conti Cairo KG, NSB Neiderelbe, Synergy Maritime, Ltd. *In Personam*; M/V Cosco Busan, their engines, tackle, equipment, appurtenances, freights, and cargo *In Rem*,<br><br>Defendants. | Case No. C–07-5800-SC<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I am employed in the County of San Francisco, State of California; my business address is 221 Main Street, Suite 1460, San Francisco, California 94105. I am over the age of 18 and not a party to the within action. On this date I served the following documents:

**PLAINTIFFS' *EX PARTE* MOTION FOR ORDER TO SHOW CAUSE WHY A PROTECTIVE ORDER TO SUPERVISE OR OTHERWISE LIMIT COMMUNICATIONS WITH PUTATIVE CLASS MEMBERS SHOULD NOT ISSUE**

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' *EX PARTE* MOTION FOR ORDER TO SHOW CAUSE WHY A PROTECTIVE ORDER TO SUPERVISE OR OTHERWISE LIMIT COMMUNICATIONS WITH PUTATIVE CLASS MEMBERS SHOULD NOT ISSUE**

**DECLARATION OF WILLIAM M. AUDET IN SUPPORT OF PLAINTIFFS' *EX PARTE* MOTION FOR ORDER TO SHOW CAUSE WHY A PROTECTIVE ORDER TO SUPERVISE OR OTHERWISE LIMIT COMMUNICATIONS WITH PUTATIVE CLASS MEMBERS SHOULD NOT ISSUE**

**DECLARATION OF FRANK M. PITRE IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE WHY A PROTECTIVE ORDER TO SUPERVISE AND LIMIT COMMUNICATIONS WITH PUTATIVE CLASS MEMBERS SHOULD NOT ISSUE**

**DECLARATION OF STEVEN F. FITZ IN SUPPORT OF PLAINTIFFS' *EX PARTE* MOTION FOR AN ORDER TO SHOW CAUSE WHY A PROTECTIVE ORDER TO SUPERVISE AND LIMIT COMMUNICATION WITH PUTATIVE CLASS MEMBERS SHOULD NOT ISSUE**

**DECLARATION OF JOHN TARANTINO IN SUPPORT OF PLAINTIFFS' *EX PARTE* MOTION FOR AN ORDER TO SHOW CAUSE WHY A PROTECTIVE ORDER TO SUPERVISE AND LIMIT COMMUNICATION WITH PUTATIVE CLASS MEMBERS SHOULD NOT ISSUE**

**ORDER TO SHOW CAUSE WHY A PROTECTIVE ORDER TO SUPERVISE AND LIMIT COMMUNICATION WITH PUTATIVE CLASS MEMBERS SHOULD NOT ISSUE**

**CERTIFICATE OF SERVICE**

True and complete copies of the above documents were served on the following counsel and individuals by Overnight Federal Express Delivery:

Cynthia Hudson
Hudson Marine Management Services
2525 Cherry Avenue, Suite 125
Signal Hill, CA 90755

*Cosco Spill Claims Administrator*

Grace Lee
9821 Katy Freeway Number 350
Houston, TX 77024

*Agent for Service of Process for Hanjin Shipping Defendant*

| | |
|---|---|
| John Giffin<br>Law Offices Keesal, Young & Logan<br>Suite 1500<br>Four Embarcadero Center<br>San Francisco, CA 94111<br><br>*Counsel for Regal Stone, LTD.*<br>*Defendant* | R. Michael Underhill<br>U.S. Dept of Justice<br>450 Golden Gate Ave<br>7th Floor, Rm 7-5395<br>P.O. Box 36028<br>San Francisco, CA 94102-3463<br><br>*Counsel for the United State*<br>*of America* |

Cory A. Birnberg
Birnberg & Associates
703 Market Street
Suite 600
San Francisco, CA 94103

*Counsel for the Shogren Living*
*Trust Plaintiffs*

True and complete copies of the above documents were served on the following individual by U.S. Mail:

    Swaminathan Hariharaputhran
    Swaminathan
    9, Panchvati, 1st Floor
    Mumbai
    Maharashtra
    INDIA

*Agent for Service of Process for*
*Synergy Maritime Private Limited*
*Defendant*

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

    Executed on January 17, 2008 at San Francisco, California.

                                    By: /s/ Adel A. Nadji
                                            Adel A. Nadji

**CERTIFICATE OF SERVICE**