```
 1  JOHN D. GIFFIN, CASB No. 89608
    john.giffin@kyl.com
 2  JULIE L. TAYLOR, CASB NO. 154341
    julie.taylor@kyl.com
 3  JULIE A. KOLE, CASB NO. 203681
    KEESAL, YOUNG & LOGAN
 4  A Professional Corporation
    Four Embarcadero Center, Suite 1500
 5  San Francisco, California  94111
    Telephone:   (415) 398-6000
 6  Facsimile:   (415) 981-0136

 7  Attorneys for Defendant
    REGAL STONE, LTD.
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chelsea, LLC, Mark Russo, Allen Loretz, and Ivan Simpson, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　vs.<br><br>Regal Stone, Ltd., Hanjin Shipping, Co., Ltd., Conti Cairo KG, NSB Neiderelbe, Synergy Maritime, Ltd. *In Personam;* M/V Cosco Busan, their engines, tackle, equipment appurtenances, freights, and cargo *In Rem,*<br><br>　　　　　　　　　　Defendants. | Case No. C-07-5800-SC<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS'** ***EX PARTE*** **MOTION FOR ORDER TO SHOW CAUSE WHY A PROTECTIVE ORDER TO SUPERVISE OR OTHERWISE LIMIT COMMUNICATIONS WITH PUTATIVE CLASS MEMBERS SHOULD NOT ISSUE**<br><br>Courtroom: 1, 17th Floor<br>Honorable Samuel J. Conti |

　　　　Plaintiffs CHELSEA, LLC, MARK RUSSO, ALLEN LORETZ, and IVAN SIMPSON'S *Ex Parte* Motion for Order to Show Cause Why A Protective Order To Supervise Or Otherwise Limit Communications With Putative Class Members Should

KYL_SF459472

Not Issue came before the above-entitled Court, the Honorable Samuel Conti presiding. The Court, having reviewed all of the papers filed by counsel, its files herein, and good cause appearing therefore, **HEREBY ORDERS AS FOLLOWS:**

Plaintiffs' *Ex Parte* Motion for Order to Show Cause Why A Protective Order To Supervise Or Otherwise Limit Communications With Putative Class Members Should Not Issue is DENIED.

DATED: _____, 2008

_____
Samuel Conti
United States District Judge

-2-

KYL_SF459472

[PROPOSED] ORDER DENYING PLAINTIFFS' *EX PARTE* MOTION FOR ORDER TO SHOW CAUSE WHY A PROTECTIVE ORDER TO SUPERVISE OR OTHERWISE LIMIT COMMUNICATIONS WITH PUTATIVE CLASS MEMBERS SHOULD NOT ISSUE - Case No. C-07-5800-SC