Erich P. Wise/State Bar No. 63219
Aleksandrs E. Drumalds/State Bar No. 237101
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
Telephone: (562) 435-2626
Facsimile: (562) 437-7555

James B. Nebel/State Bar No. 69626
Conte C. Cicala/State Bar No. 173554
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California
Telephone: (415) 693-5566
Facsimile: (415) 693-0410

Attorneys for Defendant
HANJIN SHIPPING CO., LTD.

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chelsea, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Regal Stone, Ltd., Hanjin Shipping Co., Ltd., and China Ocean Shipping Company,<br><br>Defendants. | CASE NO.: CV 07-5800 SC<br><br>STIPULATION OF PLAINTIFF CHELSEA, LLC AND DEFENDANT HANJIN SHIPPING CO, LTD. TO EXTEND THE TIME FOR FILING AND SERVICE OF A RESPONSE TO PLAINTFF'S COMPLAINT; ORDER THEREON<br><br>[Civil Local Rule 6-1(b)] |

- 1 -
STIPULATION OF PLAINTIFF CHELSEA, LLC AND DEFENDANT HANJIN SHIPPING CO, LTD. TO EXTEND THE TIME FOR FILING AND SERVICE OF A RESPONSE TO PLAINTFF'S COMPLAINT; ORDER THEREON

TO THE COURT AND ALL COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between plaintiff CHELSEA, LLC ("plaintiff") and defendant HANJIN SHIPPING CO., LTD, ("Hanjin") through their respective counsel of record, that the time for Hanjin to file and serve a response to plaintiff's complaint is extended by thirty (30) days. Defendant Hanjin will file and serve its response to plaintiff's complaint no later than Monday, March 3, 2008.

This stipulation is not entered into for purposes of delay, but to permit defendant Hanjin to continue its investigation in to the allegations contained in plaintiffs' complaint and allow defendant Hanjin to formulate a proper response.

IT IS SO STIPULATED AND AGREED.

Dated: 01/31, 2008            AUDET & PARTNERS, LLP

By: /s/ William M. Audet
William M. Audet
Attorneys for Plaintiff
CHELSEA, LLC

Dated: 1/31, 2008            FLYNN, DELICH & WISE LLP

By: /s/
Erich P. Wise
Aleksandrs E. Drumalds
Attorneys for Defendant
HANJIN SHIPPING CO., LTD

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

1  **O R D E R**

2  Based on the foregoing Stipulation, IT IS HEREBY ORDERED that the
3
4  time for defendant Hanjin Shipping Co., Ltd. to file and serve a response to the
5  complaint of plaintiff Chelsea, LLC is extended by thirty (30) days.  Defendant
6  is ordered to file and serve its response to plaintiff's complaint no later than
7  March 3, 2008.
8
9  IT IS SO ORDERED.

10
11 Dated: 2/1/08   _____
                  HON.
12                UNITED STATES DISTRICT JUDGE


Judge Samuel Conti

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

- 3 -
STIPULATION OF PLAINTIFF CHELSEA, LLC AND DEFENDANT HANJIN SHIPPING CO, LTD. TO EXTEND THE TIME FOR FILING AND SERVICE OF A RESPONSE TO PLAINTFF'S COMPLAINT; ORDER THEREON