# UNITED STATES DISTRICT COURT FOR

# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chelsea, LLC, Mark Russo, Allen Loretz, and Ivan Simpson, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Regal Stone, Ltd., Hanjin Shipping, Co., Ltd., Conti Cairo KG, NSB Neiderelbe, Synergy Maritime, Ltd. *In Personam*; M/V Cosco Busan, their engines, tackle, equipment, appurtenances, freights, and cargo *In Rem*,<br><br>    Defendants. | Case No. C–07-5800-SC<br><br>**[Proposed] Protective Order To Supervise And Limit Communication With Putative Class Members by Hudson Marine and the Defendants** |

This matter having come before this Court on Plaintiff's Ex Parte Motion for Order to Show Cause Why A Protective Order To Supervise Or Otherwise Limit Communications With Putative Class Members Should Not Issue. The parties have fully briefed the issues. The Court having considered the respective submissions of the Parties, the Court finds that, absent entry of this Order, Plaintiffs and Putative Class will suffer irreparable injury; it is on this _____th day of February, 2008, hereby ORDERED THAT:

**[PROPOSED] ORDER**

1. Defendants, their agents, officers, employees, representatives, and all persons acting in concert or participating with them, including but not limited to Hudson Marine, be enjoined from conducting the "Claims Process" and associated communications by Defendants or their agents, until a Revised Claim Form and Revised Cover Letter is drafted and approved by the Court. If Defendants are responding to calls to their toll-free phone number and it becomes apparent that a caller is addressing any issues regarding this litigation, or the Oil Spill that is the subject of the litigation, Defendants will advise that caller that they are unable to comment on the matter at this time.

2. Defendants, in cooperation with Class Plaintiffs,, will redraft, and submit for Court approval, a Revised Claim Form and Revised Cover Letter which Defendants and their agents will be required to exclusively use in communication with Putative Class Members (including telephone and in person meetings with Putative Class members), which includes:

   (a) The following language: "Acceptance of any payment is without prejudice to pursuit of any legal action in a court of law. Any payment through the Claims Process will be credited against any recovery by compromise, trial or other adjudication of past, present or future claims arising out of the incident of November 7, 2007."

   (b) A complete description of the Claims Process, including the identity of Hudson Marine and its employer, without conditions.

   (c) Complete information regarding both class actions, including status of actions and contact information of counsel for Plaintiffs in both class actions.

3. Defendants distribute, in cooperation with Class Plaintiffs and subject to Court approval, a Curative Notice with the Revised Claim Form and Revised Cover Letter to every Putative Class Member who has been provided a claim form (or returned a signed a claim form) with Defendants, Hudson Marine, or any other agent of the Defendants, which informs such members of their right to rescind their former agreement with Defendants, Hudson Marine, or any other agent of the Defendants and enter, if they choose, the agreement embodied in the

Revised Claim Form. The Defendants shall provide to Class Counsel a list of all claimants, with addresses of said claimants, who have been provided a claim form and/or have returned a signed claim form or a claim number;

4.      Defendants shall cease and desist from interfering with any existing attorney client relationship and shall have no further communications with any person who is represented by any law firm.  If a person indicates that he or she is represented by counsel, Defendants shall cease all communications with that person.

5.      Defendants shall provide to plaintiffs counsel within ten (10) days of issuance of this order a copy of any and all telephone scripts or call sheets or any other documents relating to the claims process, including a list of all persons contacted by the Defendants and/or Hudson Marine as part of the claims process..

6.      Upon approval of the Revised Claim Form and Revised Cover Letter, Defendants will open the Claims Process to <u>all</u> commercial fishermen with claims arising out of the Oil Spill.

**IT IS SO ORDERED.**

Dated:

            THE HONORABLE. SAMUEL CONTI
            SENIOR UNITED STATES DISTRICT
            COURT JUDGE

**[PROPOSED] ORDER**