William M. Audet (waudet@audetlaw.com)
Michael McShane (mmcshane@audetlaw.com)
Adel A. Nadji (anadji@audetlaw.com)
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.982.1776
Facsimile: 415.568.2556

*Attorneys for Plaintiffs and
the Class Members*

**UNITED STATES DISTRICT COURT FOR**

**THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Chelsea, LLC, Mark Russo, Allen Loretz, and Ivan Simpson, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Regal Stone, Ltd., Hanjin Shipping, Co., Ltd., Conti Cairo KG, NSB Neiderelbe, Synergy Maritime, Ltd. *In Personam*; M/V Cosco Busan, their engines, tackle, equipment, appurtenances, freights, and cargo *In Rem*, <br><br> Defendants. | Case No. C–07-5800-SC <br><br> **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

1       I am employed in the County of San Francisco, State of California; my business address

2 is 221 Main Street, Suite 1460, San Francisco, California 94105.  I am over the age of 18 and not

3 a party to the within action.  On this date I served the following documents:

4 1.     PLAINTIFFS' REPLY MEMORANDUM IN FURTHER SUPPORT OF ISSUANCE OF AN ORDER TO SHOW CAUSE

5

6 2.     PLAINTIFFS' OPPOSITION TO REGAL STONE LTD'S OBJECTIONS TO THE EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE AND PLAINTIFFS MOTION TO STRIKE JOHN G. YOUNG DECLARATION

7

8 3.     [Proposed] PROTECTIVE ORDER TO SUPERVISE AND LIMIT COMMUNICATION WITH PUTATIVE CLASS MEMERS BY HUDSON MARINE AND THE DEFENDANTS

9

10 4.     CERTIFICATE OF SERVICE

11 True and complete copies of the above documents were served on the following counsel and

12 individuals by Overnight Federal Express Delivery:

13

14
    Cory A. Birnberg                         Erich P. Wise
15     Birnberg & Associates                Aleksandrs E. Drumalds
    703 Market Street                     FLYNN, DELICH & WISE LLP
16     Suite 600                               One World Trade Center, Suite 1800
    San Francisco, CA 94103            Long Beach, CA 90831
17

18     *Counsel for the Shogren Living*      *Counsel for Hanjin  Shipping Defendant*
    *Trust Plaintiffs*

19

20     John Giffin                           R. Michael Underhill
    Law Offices Keesal, Young &       U.S. Dept of Justice
21     Logan                                  450 Golden Gate Ave
    Suite 1500                             7th Floor, Rm 7-5395
22     Four Embarcadero Center            P.O. Box 36028
    San Francisco, CA 94111            San Francisco, CA 94102-3463
23

24     *Counsel for Regal Stone, LTD.*       *Counsel for the United State*
    *Defendant*                               *of America*
25

26

27

28 True and complete copies of the above documents were served on the following individual by

2

**CERTIFICATE OF SERVICE**

U.S. Mail:

    Swaminathan Hariharaputhran Swaminathan
    9, Panchvati, 1st Floor
    Kandivili West, Mumbai, Mumbai City
    Maharashtra-MH, INDIA 400067

    *Agent for Service of Process for*
    *Synergy Maritime Private Limited*
    *Defendant*


    Cynthia Hudson
    Hudson Marine Management Services
    2525 Cherry Avenue, Suite 125
    Signal Hill, CA 90755

    *Cosco Spill Claims Administrator*

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

    Executed on February 4, 2008 at San Francisco, California.

    By: /s/ Adel A. Nadji
        Adel A. Nadji

3
**CERTIFICATE OF SERVICE**