**BIRNBERG & ASSOCIATES**
**CORY A. BIRNBERG (SBN 105468)**
**JOSEPH SALAMA (SBN 212225)**
**703 Market Street Suite 600**
**San Francisco, California 94103**
**Telephone Number: (415) 398-1040**
**Facsimile Number: (415) 398-2001**

**Attorneys for Plaintiffs:**
**SHOGREN LIVING TRUST; PATRICK DAVIS; STEPHEN MELZ; F/V GLADNIK, LLC; F/V MIDORI, LLC; F/V CHARLIE D., LLC; F/V DONITA, LLC; BOB SILVA; GALE FORCE, INC.; F/V INTREPID, INC.; BRADFORD FLOYD; DANNY MURRAY; DOMONIC DAPETTI; CHAD DALHBERG**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHELSEA, LLC, MARK RUSSO, ALLEN LORETZ, IVAN SIMPSON, individually and on behalf of all others similarly situated,** )<br>)<br>)<br>)<br>) | **Case No. C–07-5800-SC** |
| | **Related case 07-05926-SC** |
| **Plaintiffs,** )<br>) | **PLAINTIFFS SHOGREN LIVING TRUST; PATRICK DAVIS; STEPHEN MELZ; BOB SILVA; AND GALE FORCE, INC DISMISSAL WITHOUT PREJUDICE** |
| **v.** )<br>) | |
| **REGAL STONE, LTD., HANJIN SHIPPING, CO., LTD., CONTI CAIRO KG, NSB NEIDERELBE, SYNERGY MARITIME, LTD.** *In Personam*; **M/V COSCO BUSAN, their engines, tackle, equipment, appurtenances, freights, and cargo** *In Rem*, )<br>)<br>)<br>)<br>)<br>)<br>) | **[FRCP 41(a)]** |
| **Defendants.** )<br>)<br>)<br>) | |
| _____ ) | |

///

///

///

///

///

BIRNBERG & ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

**SHOGREN LIVING TRUST; PATRICK** )    **Case No. 07 -05926-SC**
**DAVIS; ROSE MARIE, INC.; STEPHEN** )
**MELZ; F/V GLADNIK, LLC; F/V** )
**MIDORI, LLC; F/V CHARLIE D., LLC;** )
**F/V DONITA, LLC; BOB SILVA; GALE** )
**FORCE, INC.; F/V INTREPID, INC.;** )
**BRADFORD FLOYD; DANNY** )
**MURRAY; DOMONIC DAPETTI;** )
**CHAD DALHBERG;** )
)
)
**Plaintiffs,** )
)
**v.** )
)
**REGAL STONE, LTD.; HANJIN** )
**SHIPPING, CO., LTD.; JOHN COTA;** )
**M/V COSCO BUSAN, Official No.** )
**9231743 her engines, apparel, furniture,**
**etc,** *in rem***;**
)
**Defendants.** )

_____

COMES NOW PLAINTIFFS SHOGREN LIVING TRUST; PATRICK DAVIS;

STEPHEN MELZ; BOB SILVA; AND GALE FORCE, INC., by and through their

attorney of record, Cory A. Birnberg of Birnberg & Associates, and does hereby dismiss

their complaint, filed on November 21, 2007, without prejudice, pursuant to Federal Rule

of Civil Procedure 41, subsection (a)(1)(A)(i).  Defendants have not been served nor have

they responded to the complaint.  This dismissal only applies to PLAINTIFFS

SHOGREN LIVING TRUST; PATRICK DAVIS; STEPHEN MELZ; BOB SILVA;

AND GALE FORCE, INC. and not the other Plaintiffs.

Dated: 5 February 2008                         BIRNBERG & ASSOCIATES

By:  /s/Cory Birnberg_____
Cory A. Birnberg
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Samuel Conti
NORTHERN DISTRICT OF CALIFORNIA

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

**DISMISSAL WITHOUT PREJUDICE**                    **Case Nos. C–07-5800-SC/07-05926-SC**