**BIRNBERG & ASSOCIATES**
**CORY A. BIRNBERG (SBN 105468)**
**JOSEPH SALAMA (SBN 212225)**
**703 Market Street Suite 600**
**San Francisco, California 94103**
**Telephone Number: (415) 398-1040**
**Facsimile Number: (415) 398-2001**

**Attorneys for Plaintiffs:**
**SHOGREN LIVING TRUST; PATRICK DAVIS; STEPHEN MELZ; F/V GLADNIK, LLC; F/V MIDORI, LLC; F/V CHARLIE D., LLC; F/V DONITA, LLC; BOB SILVA; GALE FORCE, INC.; F/V INTREPID, INC.; BRADFORD FLOYD; DANNY MURRAY; DOMONIC DAPETTI; CHAD DALHBERG**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHELSEA, LLC, MARK RUSSO, ALLEN LORETZ, IVAN SIMPSON, individually and on behalf of all others similarly situated,**<br><br>**Plaintiffs,**<br>**v.**<br><br>**REGAL STONE, LTD., HANJIN SHIPPING, CO., LTD., CONTI CAIRO KG, NSB NEIDERELBE, SYNERGY MARITIME, LTD.** ***In Personam*****; M/V COSCO BUSAN, their engines, tackle, equipment, appurtenances, freights, and cargo** ***In Rem*****,**<br><br>**Defendants.** | **Case No. C–07-5800-SC**<br><br>**Related case 07-05926-SC**<br><br>**PLAINTIFFS SHOGREN LIVING TRUST; PATRICK DAVIS; STEPHEN MELZ; BOB SILVA; AND GALE FORCE, INC DISMISSAL WITHOUT PREJUDICE**<br><br>[FRCP 41(a)] |

///

///

///

///

///

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

**SHOGREN LIVING TRUST; PATRICK DAVIS; ROSE MARIE, INC.; STEPHEN MELZ; F/V GLADNIK, LLC; F/V MIDORI, LLC; F/V CHARLIE D., LLC; F/V DONITA, LLC; BOB SILVA; GALE FORCE, INC.; F/V INTREPID, INC.; BRADFORD FLOYD; DANNY MURRAY; DOMONIC DAPETTI; CHAD DALHBERG;**

**Plaintiffs,**

**v.**

**REGAL STONE, LTD.; HANJIN SHIPPING, CO., LTD.; JOHN COTA; M/V COSCO BUSAN, Official No. 9231743 her engines, apparel, furniture, etc, *in rem*;**

**Defendants.**

**Case No. 07 -05926-SC**

COMES NOW PLAINTIFFS SHOGREN LIVING TRUST; PATRICK DAVIS; STEPHEN MELZ; BOB SILVA; AND GALE FORCE, INC., by and through their attorney of record, Cory A. Birnberg of Birnberg & Associates, and does hereby dismiss their complaint, filed on November 21, 2007, without prejudice, pursuant to Federal Rule of Civil Procedure 41, subsection (a)(1)(A)(i). Defendants have not been served nor have they responded to the complaint. This dismissal only applies to PLAINTIFFS SHOGREN LIVING TRUST; PATRICK DAVIS; STEPHEN MELZ; BOB SILVA; AND GALE FORCE, INC. and not the other Plaintiffs.

Dated: 5 February 2008

BIRNBERG & ASSOCIATES

By: /s/Cory Birnberg
Cory A. Birnberg
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Samuel Conti

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001