William M. Audet (waudet@audetlaw.com)
Michael McShane (mmcshane@audetlaw.com)
Adel A. Nadji (anadji@audetlaw.com)
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.982.1776
Facsimile: 415.568.2556

*Attorneys for Plaintiffs and
the Class Members*

# UNITED STATES DISTRICT COURT FOR

# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chelsea, LLC, Mark Russo, Allen Loretz, and Ivan Simpson, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Regal Stone, Ltd., Hanjin Shipping, Co., Ltd., Conti Cairo KG, NSB Neiderelbe, Synergy Maritime, Ltd. *In Personam*; M/V Cosco Busan, their engines, tackle, equipment, appurtenances, freights, and cargo *In Rem*,<br><br>Defendants. | Case No. C–07-5800-SC<br><br>**NOTICE OF FILING PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

ATTACHED HERETO, as Exhibit A, is a notice of Filing Proof of service of Summons and Complaint.

Dated: February 7th, 2008               AUDET & PARTNERS, LLP



                                        _____
                                        Adel A. Nadji

# EXHIBIT A

| Attorney or Party without Attorney:<br>AUDET & PARTNERS, LLP<br>221 MAIN STREET, STE. 1460<br>SAN FRANCISCO, CA 94105<br>Telephone No: 415-568-2555   FAX No: 415-568-2556 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No. or File No.:<br>8160 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | | | |
| Plaintiff: CHELSEA, LLC; ET AL | | | | |
| Defendant: REGAL STONE, LTD; ET AL | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS CIVIL/CASE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C-07-5800 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Verified First Amended Class Action Complaint For Damages And Equitable Relief; Summons In A Civil Case (2); Standing Order For All Judges Of The Northern District Of California Contents Of Joint Case Management Statement; Usdc Local Rules Guidelines; Usdc Drop Box Filing Procedures; Ecf Registration Information Handout; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Blank Consent To Proceed Before A United States Magistrate Judge; Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Reassignment Order; Order Authorizing Issue Of Warrant Of Arrest Of Vessel; Order Appointing Substitute Custodian; Related Case Order

3. a. Party served:   HANJIN SHIPPING, CO., LTD.
   b. Person served:   GRACE LEE, AUTHORIZED TO ACCEPT

4. Address where the party was served:   9821 KATY FREEWAY, #350
   HOUSTON, TX 77024

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jan. 11, 2008 (2) at: 4:33PM

7. Person Who Served Papers:   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MARCOS LARDIZABAL
   d. The Fee for Service was:
   e. I am:
   (i) Independent Contractor

**A & A LEGAL SERVICE**

1541 Bayshore Hwy.   GENERAL@AALEGALSERVICE.COM
Burlingame, CA 94010-1602   Fax (650) 697-4640
(650) 697-9431

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Fri, Feb. 01, 2008

Judicial Council Form   PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMONS CIVIL/CASE

# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

I am employed in the County of San Francisco, State of California; my business address is 221 Main Street, Suite 1460, San Francisco, California 94105. I am over the age of 18 and not a party to the within action. On this date I served the following documents:

**NOTICE OF FILING PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

True and complete copies of the above documents were served on the following counsel and individuals by US Mail:

| | |
|---|---|
| Cory A. Birnberg<br>Birnberg & Associates<br>703 Market Street<br>Suite 600<br>San Francisco, CA 94103<br><br>*Counsel for the Shogren Living Trust Plaintiffs* | Erich P. Wise<br>Aleksandrs E. Drumalds<br>FLYNN, DELICH & WISE LLP<br>One World Trade Center, Suite 1800<br>Long Beach, CA 90831<br><br>*Counsel for Hanjin Shipping Defendant* |
| John Giffin<br>Law Offices Keesal, Young & Logan<br>Suite 1500<br>Four Embarcadero Center<br>San Francisco, CA 94111<br><br>*Counsel for Regal Stone, LTD. Defendant* | R. Michael Underhill<br>U.S. Dept of Justice<br>450 Golden Gate Ave<br>7th Floor, Rm 7-5395<br>P.O. Box 36028<br>San Francisco, CA 94102-3463<br><br>*Counsel for the United State of America* |

| | |
|---|---|
| Swaminathan Hariharaputhran Swaminathan<br>9, Panchvati, 1st Floor<br>Kandivili West, Mumbai,<br>Mumbai City<br>Maharashtra-MH, INDIA<br>400067<br><br>*Agent for Service of Process for Synergy Maritime Private Limited Defendant* | Cynthia Hudson<br>Hudson Marine Management Services<br>2525 Cherry Avenue, Suite 125<br>Signal Hill, CA 90755<br><br>*Cosco Spill Claims Administrator* |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on February 7, 2008 at San Francisco, California.

By: /s/ Adel A. Nadji
      Adel A. Nadji

3
**CERTIFICATE OF SERVICE**