IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHELSEA, LLC, et al.
                    Plaintiff(s),

  v.

REGAL STONE, LTD, et al.
                    Defendant(s).
_____/

No.  C-07-5800-SC
     C-07-5926-SC
     C-07-6045-SC

Clerk's Notice

(Plaintiff is required to serve and file a proof of service with the Court on any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has scheduled Pl**aintiffs' Ex Parte Motion f**or **Order to Show Cause why a Protective Order to Supervise or Otherwise Limit Communications with Putative Class Members Should Not Issue.** The motion is set for **February 22,  2008  at 10:00 A.M.**  before the Honorable Samuel Conti. Attorneys for all three related cases are to appear at the hearing.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:     February 12, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: T. De Martini
        Courtroom Deputy Clerk

**United States District Court**
For the Northern District of California