```
1  William M. Audet (waudet@audetlaw.com)
   Michael McShane (mmcshane@audetlaw.com)
2  Adel A. Nadji (anadji@audetlaw.com)
   AUDET & PARTNERS, LLP
3  221 Main Street, Suite 1460
   San Francisco CA 94105
4  Telephone: 415.982.1776
   Facsimile: 415.568.2556
5
6  Attorneys for Plaintiffs and
   the Class Members
7
```

## UNITED STATES DISTRICT COURT FOR

## THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chelsea, LLC, Mark Russo, Allen Loretz, and Ivan Simpson, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Regal Stone, Ltd., Hanjin Shipping, Co., Ltd., Conti Cairo KG, NSB Neiderelbe, Synergy Maritime, Ltd. *In Personam*; M/V Cosco Busan, their engines, tackle, equipment, appurtenances, freights, and cargo *In Rem*,<br><br>Defendants. | Case No. C–07-5800-SC<br><br>**NOTICE OF FILING PROOF OF SERVICE OF CLERK'S NOTICE: PLAINTIFF'S EX PARTE MOTION FOR ORDER TO SHOW CAUSE WHY A PROTECTIVE ORDER TO SUPERVISE OR OTHERWISE LIMIT COMMUNICATIONS WITH PUTATIVE CLASS MEMBERS SHOULD NOT ISSUE IS SET FOR 2/22/2008 10:00 AM.** |

To All Parties And Their Counsel Of Record:

ATTACHED HERETO, as Exhibit A, is a notice of filing proof of service of Clerk's Notice: Plaintiff's Ex Parte Motion For Order to Show Cause Why a Protective Order to Supervise or Otherwise Limit Communications With Putative Class Members Should Not Issue is Set for 2/22/2008 10:00 Am.

Dated: February 12th, 2008                              AUDET & PARTNERS, LLP

                                                        /s/
                                                        Adel A. Nadji

---

Notice of Filing Proof of Service of Summons and Complaint

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHELSEA, LLC, et al.
    Plaintiff(s),

v.

REGAL STONE, LTD, et al.
    Defendant(s).

No. C-07-5800-SC
C-07-5926-SC
C-07-6045-SC

Clerk's Notice

(Plaintiff is required to serve and file a proof of service with the Court on any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has scheduled **Plaintiffs' Ex Parte Motion for Order to Show Cause why a Protective Order to Supervise or Otherwise Limit Communications with Putative Class Members Should Not Issue.** The motion is set for **February 22, 2008 at 10:00 A.M.** before the Honorable Samuel Conti. Attorneys for all three related cases are to appear at the hearing.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: February 12, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: T. De Martini
Courtroom Deputy Clerk

# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

I am employed in the County of San Francisco, State of California; my business address is 221 Main Street, Suite 1460, San Francisco, California 94105. I am over the age of 18 and not a party to the within action. On this date I served the following documents:

**CLERK'S NOTICE: PLAINTIFF'S EX PARTE MOTION FOR ORDER TO SHOW CAUSE WHY A PROTECTIVE ORDER TO SUPERVISE OR OTHERWISE LIMIT COMMUNICATIONS WITH PUTATIVE CLASS MEMBERS SHOULD NOT ISSUE IS SET FOR 2/22/2008 10:00 AM.**

True and complete copies of the above documents were served on the following counsel and individuals by U.S. Mail:

Swaminathan Hariharaputhran
Swaminathan
9, Panchvati, 1st Floor
Kandivili West, Mumbai
Mumbai City
Maharashtra-MH, INDIA
400067

*Agent for Service of Process for Synergy Maritime Private Limited Defendant*

Eric P. Wise
Alecksandrs E. Drumals
FLYNN, DELICK & WISE LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831

*Counsel for Hanjin Shipping Defendants*

John Giffin
Law Offices Keesal, Young & Logan
Suite 1500
Four Embarcadero Center
San Francisco, CA 94111

*Counsel for Regal Stone, LTD. Defendant*

Ingrid Lyborg
19059 Greeno Rd. Hwy 98
Fairhope, AL 36532

*Agent of Service of Process for Conti Cairo KG, and NSB Neiderelbe, Defendants*

Cynthia Hudson
Hudson Marine Management
Services
2525 Cherry Avenue, Suite 125
Signal Hill, CA 90755

*Cosco Spill Claims Administrator*

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on February 12, 2008 at San Francisco, California.

By: /s/ Adel A. Nadji
Adel A. Nadji

---
2
**CERTIFICATE OF SERVICE**