William M. Audet (waudet@audetlaw.com)
Michael McShane (mmcshane@audetlaw.com)
Adel A. Nadji (anadji@audetlaw.com)
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.982.1776
Facsimile: 415.568.2556

*Attorneys for Plaintiffs and
the Class Members*

# UNITED STATES DISTRICT COURT FOR

# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chelsea, LLC, Mark Russo, Allen Loretz, and Ivan Simpson, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Regal Stone, Ltd., Hanjin Shipping, Co., Ltd., Conti Cairo KG, NSB Neiderelbe, Synergy Maritime, Ltd. *In Personam*; M/V Cosco Busan, their engines, tackle, equipment, appurtenances, freights, and cargo *In Rem*,<br><br>Defendants. | Case No. C-07-5800-SC<br><br>**NOTICE OF FILING PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

To All Parties And Their Counsel Of Record:

ATTACHED HERETO, as Exhibit A, is a notice of filing proof of service of Summons and Complaint.

Dated: February 14th, 2008                    AUDET & PARTNERS, LLP

/s/
Adel A. Nadji

---

Notice of Filing Proof of Service of Summons and Complaint

| Attorney or Party without Attorney:<br>AUDET & PARTNERS, LLP<br>221 MAIN STREET, STE. 1460<br>SAN FRANCISCO, CA 94105<br>Telephone No: 415-568-2555   FAX No: 415-568-2556 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | | | Ref. No. or File No.:<br>8160 | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | | | |
| Plaintiff: CHELSEA, LLC; ET AL | | | | |
| Defendant: REGAL STONE, LTD; ET AL | | | | |
| PROOF OF SERVICE<br>SUMMONS CIVIL/CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C-07-5800 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Verified First Amended Class Action Complaint For Damages And Equitable Relief; Summons In A Civil Case (2); Standing Order For All Judges Of The Northern District Of California Contents Of Joint Case Management Statement; Usdc Local Rules Guidelines; Usdc Drop Box Filing Procedures; Ecf Registration Information Handout; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Blank Consent To Proceed Before A United States Magistrate Judge; Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Reassignment Order; Order Authorizing Issue Of Warrant Of Arrest Of Vessel; Order Appointing Substitute Custodian; Related Case Order

3. a. Party served:        COSCO BUSAN
   b. Person served:       INGRID LYBORG, AUTHORIZED TO ACCEPT

4. Address where the party was served:    19059 S. GREENO RD
                                           FAIRHOPE, AL 36532

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Feb. 08, 2008 (2) at: 10:50AM

7. Person Who Served Papers:                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. BEN BATCHELDER
                                                    d. The Fee for Service was:
   A & A LEGAL SERVICE                              e. I am:
                                                        (i) Independent Contractor
   1541 Bayshore Hwy.    GENERAL@AALEGALSERVICE.COM
   Burlingame, CA 94010-1602   Fax (650) 697-4640
   (650) 697-9431

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Feb. 13, 2008

                                                                            (BEN BATCHELDER)

Judicial Council Form                       PROOF OF SERVICE                                    5682555.43819
Rule 982.9.(a)&(b) Rev January 1, 2007      SUMMONS CIVIL/CASE

## PROOF OF SERVICE

### UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

I am employed in the County of San Francisco, State of California; my business address is 221 Main Street, Suite 1460, San Francisco, California 94105. I am over the age of 18 and not a party to the within action. On this date I served the following documents:

**NOTICE OF FILING PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

True and complete copies of the above documents were served on the following counsel and individuals by U.S. Mail:

Swaminathan Hariharaputhran Swaminathan
9, Panchvati, 1st Floor
Kandivili West, Mumbai
Mumbai City
Maharashtra-MH, INDIA
400067

*Agent for Service of Process for Synergy Maritime Private Limited Defendant*

Eric P. Wise
Alecksandrs E. Drumals
FLYNN, DELICK & WISE LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831

*Counsel for Hanjin Shipping Defendants*

John Giffin
Law Offices Keesal, Young & Logan
Suite 1500
Four Embarcadero Center
San Francisco, CA 94111

*Counsel for Regal Stone, LTD. Defendant*

Ingrid Lyborg
19059 Greeno Rd. Hwy 98
Fairhope, AL 36532

*Agent of Service of Process for Conti Cairo KG, and NSB Neiderelbe, Defendants*

Cynthia Hudson
Hudson Marine Management Services
2525 Cherry Avenue, Suite 125
Signal Hill, CA 90755

*Cosco Spill Claims Administrator*

R. Michael Underhill
U.S. Dept of Justice
450 Golden Gate Ave
7th Floor, Rm 7-5395
P.O. Box 36028
San Francisco, CA 94102-3463

*Counsel for the United State of America*

1
**CERTIFICATE OF SERVICE**

Cory A. Birnberg
Birnberg & Associates
703 Market Street
Suite 600
San Francisco, CA 94103

*Counsel for the Shogren Living
Trust Plaintiffs*

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on February 14, 2008 at San Francisco, California.

By: /s/ Adel A. Nadji
Adel A. Nadji

2
**CERTIFICATE OF SERVICE**