1  BIRNBERG & ASSOCIATES
   CORY A. BIRNBERG (SBN 105468)
2  JOSEPH SALAMA (SBN 212225)
   703 Market Street Suite 600
3  San Francisco, California 94103
   Telephone Number: (415) 398-1040
4  Facsimile Number: (415) 398-2001

5

6  Attorneys for Plaintiffs
   BRADFORD FLOYD; DANNY MURRAY; DOMONIC DAPETTI

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| CHELSEA, LLC, MARK RUSSO, ALLEN LORETZ, IVAN SIMPSON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> REGAL STONE, LTD., HANJIN SHIPPING, CO., LTD., CONTI CAIRO KG, NSB NEIDERELBE, SYNERGY MARITIME, LTD. *In Personam*; M/V COSCO BUSAN, their engines, tackle, equipment, appurtenances, freights, and cargo *In Rem*, <br><br> Defendants. | Case No. C–07-5800-SC <br><br> Related case 07-05926-SC <br><br> PLAINTIFFS BRADFORD FLOYD, DANNY MURRAY, AND DOMONIC DAPETTI'S STATUS CONFERENCE STATEMENT <br><br> Date: February 22, 2008 <br><br> Time: 10:00 a.m. <br><br> Location: Department 1 <br><br> Hon. Samuel Conti |

22

23  ///

24  ///

25  ///

26  ///

27  ///

28

STATUS CONFERENCE STATEMENT         1         Case Nos. C–07-5800-SC/07-05926-SC

BIRNBERG & ASSOCIATES
703 MARKET STREET SUITE 600
SAN FRANCISCO CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

| | | |
|---|---|---|
| 1 | SHOGREN LIVING TRUST; PATRICK ) DAVIS; ROSE MARIE, INC.; STEPHEN ) | Case No. 07 -05926-SC |
| 2 | MELZ; F/V GLADNIK, LLC; F/V         )<br>MIDORI, LLC; F/V CHARLIE D., LLC; ) | |
| 3 | F/V DONITA, LLC; BOB SILVA; GALE )<br>FORCE, INC.; F/V INTREPID, INC.;    ) | |
| 4 | BRADFORD FLOYD; DANNY             )<br>MURRAY; DOMONIC DAPETTI;         ) | |
| 5 | CHAD DALHBERG;                        ) | |
| 6 |             ) | |
| 7 | **Plaintiffs,**     ) | |
| 8 | v.                    ) | |
| 9 | REGAL STONE, LTD.; HANJIN        )<br>SHIPPING, CO., LTD.; JOHN COTA; ) | |
| 10 | M/V COSCO BUSAN, Official No.   )<br>9231743 her engines, apparel, furniture, | |
| 11 | etc, *in rem*; | |
| 12 | **Defendants.** | |

COME NOW PLAINTIFFS BRADFORD FLOYD, DANNY MURRAY, AND DOMONIC DAPETTI, ["Plaintiffs"] by and through their attorney of record, Cory A. Birnberg of Birnberg & Associates, and hereby submit this status conference statement.

Plaintiffs filed this lawsuit to reserve venue and location for limitation of liability purposes. Plaintiffs have conferred with John D. Giffin of Keesal Young & Logan, attorneys for Defendant REGAL STONE, LTD., with R. Michael Underhill attorney for the United States, and with Defendant REGAL STONE, LTD.'s agent, Hudson Marine. Plaintiffs are currently in the process of going through Hudson Marine's claims procedure. Plaintiffs have nearly completed all of their claims and expect to have exhausted this procedure within two months. Plaintiffs have not yet served any defendants with their complaint.

///

///

///

///

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

STATUS CONFERENCE STATEMENT        2        Case Nos. C–07-5800-SC/07-05926-SC

1   The "joint" status conference statements filed by other counsel did not accurately
2   reflect the above, despite the undersigned's meeting and conferring as required.

3
4   Dated: 19 February 2008          BIRNBERG & ASSOCIATES

5                                    By: /s/Cory Birnberg_____
6                                    Cory A. Birnberg
                                     Attorney for Plaintiffs

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

**STATUS CONFERENCE STATEMENT**         3        Case Nos. C–07-5800-SC/07-05926-SC