Law Office of Anthony M. Urie, PLLC
State Bar of California No. 923363
18025 17th Ave NW
Shoreline, Wa 98177
Telephone: (206) 859-3400
Fax: (206) 542-3280
Email: anthonyurie@gmail.com

San Francisco Address:
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone (415) 982-1776
Fax: (415) 568-2556

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chelsea, LLC, Mark Russo, Allen Loretz )<br>And Ivan Simpson, individually )<br>and on behalf of all others similarly )<br>situated, )<br>    Plaintiffs, )<br>        vs. )<br>)<br>Regal Stone, Ltd., Hanjin Shipping Co., Ltd, )<br>Conti Cairo KG, NSB Neiderelbe, )<br>Synergy Maritime, Ltd., *In Personam;* )<br>M/V Cosco Busan, her engines, tackle, )<br>Equipment, appurtenances, freights, and )<br>Cargo, *In Rem;* )<br>)<br>    Defendants.   - )<br>_____ ) | **Case No. C-07-5800-SC**<br><br>**NOTICE OF APPEARANCE** |

**COMES NOW** Anthony M. Urie, Cal State Bar No. 92363 and formally notifies, this court and all counsel of record, of its notice of appearance and participation in this case, on behalf of plaintiff(s) since the filing of the First Verified Amended Complaint herein. It is further requested that all copies of pleadings and other communications be directed

Notice of Appearance- 1
Case No. C-07-5800-SC

to the Shoreline, Washington address above noted as well as the San Francisco address, above noted.

Respectfully submitted this 22nd day of February.

        Law office of Anthony M. Urie, PLLC
        By:

        */s/ Anthony M. Urie*
        Anthony M. Urie/Ca. State Bar #92363
        Of Attorneys for Plaintiffs and Class Members

Notice of Appearance- 2
Case No. C-07-5800-SC