UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN JOSEPH COTA; REGAL STONE LIMITED; FLEET MANAGEMENT LTD.; and the *M/V COSCO BUSAN*, LR/IMO Ship No. 9231743 her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*,<br><br>Defendants. | Case No.:<br><br>**[PROPOSED] ORDER RELATING CONTINENTAL INSURANCE COMPANY'S CASE TO *CHELSEA, LLC ET AL. V. REGAL STONE LIMITED, ET AL.* PURSUANT TO CIVIL LOCAL RULE 3-12** |

In accordance with Local Rule 3-12, Plaintiff The Continental Insurance Company ("Continental") gave notice that this matter may be related to the following civil actions:

- *Chelsea LLC et al. v. Regal Stone, Ltd., et. al.* (U.S.D.C. N.D. Cal. Case No.: 07-cv-05800);

- *Shogren Living Trust et al. v. Regal Stone, Ltd., et al.* (U.S.D.C. N.D. Cal. Case No.: 07-cv-05926); and,

- *United States v. M/V Cosco Busan, et al.* (U.S.D.C. N.D. Cal. Case No.: 07-cv-06045) (collectively, "the Civil Actions").

These listed cases were deemed related to be related on December 11, 2007 and were assigned to Judge Samuel Conti.

Continental's case is hereby deemed related to civil case *Chelsea LLC et al. v. Regal Stone, Ltd., et. al.* (U.S.D.C. N.D. Cal. Case No.: 07-cv-05800) and to the above-referenced cases already deemed related to it.

Continental's case is also related to the following criminal action: *United States v. Cota* (U.S.D.C. N.D. Cal. Case No.: 08-cr-00160). No action is taken with respect to this case.

Continental's action is hereby assigned to Judge Samuel Conti.

1  DATED: _____ 2008

2

3

4                                            By _____
                                                Judge of the United States District Court
5                                               Northern District of California

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

— 4 —