UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELSEA, LLC, MARK RUSSO, ALLEN LORETZ, and IVAN SIMPSON, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>REGAL STONE, LTD., HANJIN SHIPPING, CO., LTD., CONTI CAIRO KG, NSB NEIDERELBE, SYNERGY MARITIME, LTD. IN PERSONAM, M/V COSCO BUSAN, their engines, tackle, equipment, appurtenances, freights, and cargo IN REM,<br><br>　　　　Defendants. | Case No. 07-5800 SC<br>(and related cases:<br>　07-6045 SC<br>　07-5926 SC)<br><br>ORDER RE DEFENDANTS' COMMUNICATION WITH PUTATIVE CLASS MEMBERS AND ORDER <u>LIFTING STAY</u> |

At the hearing held on February 22, 2008, the Court ordered Defendants to inform those individuals who have already signed Defendants' so-called "Prepayment Advance Form" that by signing this form, these individuals had in no way waived or prejudiced their right to join any lawsuit against Defendants for the oil spill resulting from the crash of the Cosco Busan on November 7, 2007. In a letter submitted April 15, 2008, Defendants, in defending their failure to comply with the Court's order, stated that "they believe it is premature to provide notice to claimants

who have previously executed releases . . . ."  Docket No. 83.

In light of this willful failure to comply with the Court's prior order, and pursuant to Federal Rule of Civil Procedure 23(d) and the Supreme Court's holding in Gulf Oil v. Bernard, 452 U.S. 89 (1981), the Court hereby ORDERS the following:

- Defendants shall draft and send a letter to all individuals who have signed the Prepayment Advance Form or any other claims process forms issued by Defendants or Hudson Marine.

- The letter shall indicate that by signing a release form, claimants have in no manner waived or prejudiced their right to join any lawsuit or class action against Defendants for the oil spill damages resulting from the crash of the Cosco Busan on November 7, 2007.

- By 12:00 p.m. on May 2, 2008, Defendants shall submit an affidavit indicating that they have complied with this Court's Order.

- A copy of the above-described letter shall be attached to the affidavit and submitted to the Court.

- If Defendants fail to comply with this Order by May 2, Defendants are to appear in Courtroom #1 on the 17th floor at 10:00 a.m. on Monday, May 5, at which time the Court will impose sanctions for non-compliance with this Court's orders.

- Furthermore, Defendants shall amend their "Prepayment Advance Form" so that it clearly states that acceptance of any payment is without prejudice to pursuit of any legal action in a court of law, or join any class action concerning this matter.

///

2

- The stay on discovery is lifted, notwithstanding the right of any party to exercise any privileges to which he or she may be entitled.

IT IS SO ORDERED.

Dated: April 25, 2008


_____
UNITED STATES DISTRICT JUDGE

3