UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASES                    CIVIL MINUTES
C-07-5800
C-07-5926                  SAMUEL CONTI            DATE 4/25/08
Case Number              Judge

Title: CHELSEA, LLC, et al.    vs REGAL STONE, LTD., et al.

Attorneys: William Audet,         John Giffin,
Anthony Urie, Adel Nadji,      Conte Cicala
Michael McShane, Joe Salama    Derek Jacobson

Deputy Clerk: T. De Martini    Court Reporter: Juanita Gonzalez

Court  Pltf's  Deft's
(XXX)  ( )    ( )    1. Status Conference - Held

( )    ( )    ( )    2.

( )    ( )    ( )    3.

( )    ( )    ( )    4.

( )    ( )    ( )    5.

( )Motion(s): ( )Granted  ( )Denied  ( )Withdrawn

( )Granted/Denied  ( )Off Calendar  ( )Submitted

Order to be Prepared by:( )Pltf  ( )Deft  ( )Court

Discovery Cutoff:         Pretrial Statements Due

Case Continued to                    for Pretrial Conference

Case Continued to                    for Jury Trial

Case Continued to              for Further Status Conference

Case Continued to            for

ORDERED AFTER HEARING: The Court read into the record: Order re Defendants' Communication with Putative Class Members and Order Lifting Stay. If defendants fail to comply with the Order by May 2, Defendants are to appear in Courtroom #1 on May 5, at 10:00 a.m. Stay Lifted. Please see Order filed 4/25/08, Docket #59.

cc: