```
 1  JOHN D. GIFFIN, CASB NO. 89608
    john.giffin@kyl.com
 2  JOSEPH A. WALSH, II, CASB NO. 143694
    joe.walsh@kyl.com
 3  NICOLE S. BUSSI, CASB NO. 252763
    nicole.bussi@kyl.com
 4  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 5  Four Embarcadero Center
    Suite 1500
 6  San Francisco, California 94111
    Telephone:  (415) 398-6000
 7  Facsimile:  (415) 981-0136
 8
    Attorneys for:
 9  REGAL STONE, LTD., FLEET MANAGEMENT, LTD., in personam, M/V COSCO
    BUSAN, in rem
10
```

## UNITED STATED DISTRICT COURT

## NORTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| CHELSEA, LLC, MARK RUSSO, ALLEN LORETZ, and IVAN SIMPSON, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>     vs.<br><br>REGAL STONE, LTD., HANJIN SHIPPING, CO., LTD., CONTI CAIRO KG, NSB NEIDERELBE, SYNERGY MARITIME, LTD., *IN PERSONAM*, M/V COSCO BUSAN, their engines, tackle, equipment, appurtenances, freights, and cargo *IN REM*,<br><br>            Defendant. | Case No. C 07 05800 (SC)<br><br>**AFFIDAVIT OF JOHN D. GIFFIN** |

## AFFIDAVIT OF JOHN D. GIFFIN

I, John D. Giffin, being first duly sworn upon oath, depose and state as follows:

1. I am an attorney employed by Keesal, Young, & Logan, attorneys of record in this action for Regal Stone, Ltd., and Fleet Management, Ltd. *in personam* and M/V COSCO BUSAN, *in rem*.

2. In compliance with this Court's April 25, 2008 Order, I provided a Notice to Hudson Marine Management Services ("HMMS") and requested that HMMS send it to every claimant that provided their contact information to HMMS in connection with the November 7, 2007 COSCO BUSAN oil spill. (<u>See</u>, "Notice" attached to the concurrently filed Affidavit of Cynthia Hudson as Exhibit "1".)

3. In compliance with this Court's April 25, 2008 Order, I also provided an amended Prepayment Advance Form to HMMS. (<u>See</u>, "Prepayment Advance Form" attached to concurrently filed Affidavit of Cynthia Hudson as Exhibit "3".)

4. I am informed and believed that HMMS has sent the Notice to every claimant that provided their contact information in connection with the November 7, 2007 COSCO BUSAN oil spill in compliance with this Court's April 25, 2008 Order.

5. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 1st day of May, 2008 at San Francisco, California.

_____
John D. Giffin

1 State of California

2 County of San Francisco

3

4

5

6 Subscribed and sworn to before me on this 1st day of May, 2008, by JOHN D.

7 GIFFIN, proved to me on the basis of satisfactory evidence to be the person who

8 appeared before me.

9

[Notary Stamp: MA CELINA M. SCHILT, Commission # 1503318, Notary Public - California, San Francisco County, My Comm. Expires Jul 25, 2008]

Signature _____
Ma. Celina M. Schilt, Notary Public

# PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years, and I am not a party to the within action. My business address is Four Embarcadero Center, Suite 1500, San Francisco, CA 94111, and my telephone number is (415) 398-6000.

On the date indicated below, I served a true copy of the following document(s):

**AFFIDAVIT OF JOHN GIFFIN**
**(IN SUPPORT OF COMPLIANCE WITH COURT'S ORDER)**

☒ **BY E-MAIL:** I also caused such document(s) to be served electronically on all parties via the United States District Court's Northern District ECF e-filing system.

☒ **State:** Pursuant to California Rules of Court, Rule 201, I certify that all originals and service copies (including exhibits) of the papers referred to herein were produced and reproduced on paper purchased as recycled, as defined by Section 42202 of the Public Resources Code. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 1, 2008 at San Francisco, California.

*/s/ Rina D. Horenian*
Rina D. Horenian

KYL_SF462113

PROOF OF SERVICE