JOHN D. GIFFIN, CASB NO. 89608
john.giffin@kyl.com
JOSEPH A. WALSH, II, CASB NO. 143694
joe.walsh@kyl.com
NICOLE S. BUSSI, CASB NO. 252763
nicole.bussi@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center
Suite 1500
San Francisco, California 94111
Telephone:   (415) 398-6000
Facsimile:   (415) 981-0136

Attorneys for:
REGAL STONE, LTD., FLEET MANAGEMENT, LTD., *in personam,* M/V COSCO BUSAN, *in rem*

**UNITED STATED DISTRICT COURT**

**NORTHERN DISTRICT CALIFORNIA**

| | |
|---|---|
| CHELSEA, LLC, MARK RUSSO, ALLEN LORETZ, and IVAN SIMPSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>REGAL STONE, LTD., HANJIN SHIPPING, CO., LTD., CONTI CAIRO KG, NSB NEIDERELBE, SYNERGY MARITIME, LTD., *IN PERSONAM,* M/V COSCO BUSAN, their engines, tackle, equipment, appurtenances, freights, and cargo *IN REM,*<br><br>Defendant. | Case No. C 07 05800 (SC)<br><br>**AFFIDAVIT OF<br>CYNTHIA HUDSON** |

# AFFIDAVIT OF CYNTHIA HUDSON

I, Cynthia Hudson, being first duly sworn upon oath, depose and state as follows:

1. I am a Senior Vice President with Hudson Marine Management Services ("HMMS"). HMMS was retained by Regal Stone's third party insurer to audit and monitor clean up operations and process claims in accordance with OPA 90 and the federal regulations promulgated under that statutory scheme.

2. On April 29 and April 30, 2008, HMMS sent a Notice to approximately 1026 claimants who provided their contact information to HMMS in connection with the November 7, 2007 COSCO BUSAN oil spill in compliance with this Court's April 25, 2008 Order (the "Notice"). Attached hereto as Exhibit "1" is a true and correct copy of the Notice sent to the claimants.

3. The Notice was sent directly (by certified mail) to every unrepresented claimant who provided their contact information to HMMS in connection with the claims process established in response to the November 7, 2007 COSCO BUSAN oil spill.

4. With respect to claimants who were represented in the claims process by counsel, the Notice was sent to the attorney of each such represented claimant by email. The email requested that the attorney immediately send the Notice to all claimants they represent. The attorney was asked to confirm in writing that they sent the Notice to their clients on behalf of HMMS. Attached hereto as Exhibit "2" is a true and correct copy of the email sent to the attorneys.

5. All attorneys except William Audet confirmed in writing that they sent the Notice to their clients as requested by HMMS. Mr. Audet stated that he would not distribute the Notice as drafted to his clients. In the past, Mr. Audet has advised that he will take action against HMMS if HMMS contacted any of his

1  clients directly.

2  6. In compliance with this Court's April 25, 2008 Order, HMMS has
3  amended the Prepayment Advance Form used in the claims process. Attached
4  hereto as Exhibit "3" is a true and correct copy of the amended "Prepayment
5  Advance Form."

6  7. I declare under penalty of perjury under the laws of the United States
7  and the State of California that the foregoing is true and correct.

8  Executed this __1__ day of May, 2008 at San Francisco, California.

```
                                    _____
                                    Cynthia Hudson
```

SUBSCRIBED AND SWORN TO this
__1__ day of May, 2008

DEBORAH BLAIR
COMM. #1625408
Notary Public-California
SONOMA COUNTY
My Comm. Exp. Nov 29, 2009

_Deborah Blair_

Notary Public
My commission expires: 11/29/09

- 3 -

KYL_SF462033

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23  **EXHIBIT 1**
24
25
26

## NOTICE

Please take notice that if you have signed any Prepayment Advance Form, Release, or any other claims process form provided to you by Hudson Marine Management Services; Regal Stone, Ltd.; or Fleet Management, Ltd.; you have in no manner waived or prejudiced your right to join any lawsuit or class action including any such action against the above-named entities, related to the November 7, 2007 M/V COSCO BUSAN oil spill.

DATED:  28 April 2008                            *Cynthia A. Hudson*
                                                 _____
                                                 HUDSON MARINE MANAGEMENT SERVICES

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24                                    EXHIBIT 2
25
26
```

Dear _____:

We write in reference to Judge Conti's orders and the case management conferences. In response to those orders our attorneys have asked us to send out the attached notice to all claimants. We of course will not communicate with your claimants directly, so we ask that you send these notices immediately to all claimants you and your firm represent.

As we will need to confirm in court that this has been done, could you confirm to us in writing by Thursday that this is fact has been done by your firm for your claimants. We also attach a list of those claimants we have listed as being represented by your firm. If your firm represents additional claimants not listed, please let us know immediately, and kindly send this notice to those claimants as well.

Please contact me with any questions you might have.

Best regards,

Cynthia

C. A. Hudson
Hudson Marine Management Services/HudsonTrident
4350 Haddonfield Road
Pennsauken, New Jersey  08109
USA
Phone:  +1-856-486-0800
Fax:       +1-856-486-0081
cynthia.hudson@hudsonmarine.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**EXHIBIT 3**

# Hudson
● Marine ● Environment ● Safety & Security

## COSCO BUSAN CRAB FISHERMEN
## INITIATION/PREPAYMENT REQUEST FORM

Claims by Crab Fisherman for Alleged Losses Due to COSCO BUSAN San Francisco Bay November 7, 2007 Oil Spill

Claim Number COBU _____ (if claimant has obtained one)

Legal or Business Name of Claimant _____

Social Security Number or Federal Taxpayer Identification Number _____

Copy of Photo Identification Obtained _____

Vessel Name and Vessel ID _____

Vessel Description _____

Bay Area Port _____

Proof of Boat / Business Ownership Obtained and Attached _____

Amount of Claim for Alleged Lost Revenue Incurred on or Before December 1, 2007, Due to Oil Spill _____

Does Claim Include Captain and All Crew?        Yes_____    No_____
Provide Names and available ID information below:
_____
_____
_____
_____

**Hudson**
*Marine • Environment • Safety & Security*

Claim Number COBU _____

If yes, List Name, Address, SSN, and Telephone Number for All Crew:

_____

_____

_____

Use separate sheet if needed

Describe Basis for Claim and if Exceptional Factors Exist regarding payment:

_____

_____

_____

List All Documents Attached Supporting Claim

_____

_____

_____

Have Legible California Fish and Game Tickets for the San Francisco District, SECTOR 10 ONLY, Been Obtained and Submitted herewith? _____

For first two weeks of season?_____
2006_____
2005_____
2004_____
2003_____
2002_____

# Hudson
Marine • Environment • Safety & Security

I agree to use this process to resolve my past and present claims only as it relates to my claimed past and present lost revenue due to the oil spill of November 7, 2007.

I certify under the penalty of perjury that I am authorized to submit this claim on behalf of the vessel owner and further declare the information contained herein is true and accurate.

Signed: _____        Dated _____
          **CLAIMANT**

By participating in this process you have in no manner waived or prejudiced your right to join any lawsuit or class action related to the COSCO BUSAN San Francisco Bay November 7, 2007 oil spill.

4350 Haddonfield Rd., Ste. 302| Pennsauken, NJ 08109 USA | Tel: +1 856.486.0800 | Fax: +1 856.486.0081 | Email: hmms@hmms-usa.com | Web: hmms-usa.com

# PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years, and I am not a party to the within action. My business address is Four Embarcadero Center, Suite 1500, San Francisco, CA 94111, and my telephone number is (415) 398-6000.

On the date indicated below, I served a true copy of the following document(s):

**AFFIDAVIT OF CYNTHIA HUDSON**
**(IN SUPPORT OF COMPLIANCE WITH COURT'S ORDER)**

☒ **BY E-MAIL:** I also caused such document(s) to be served electronically on all parties via the United States District Court's Northern District ECF e-filing system.

☒ **State:** Pursuant to California Rules of Court, Rule 201, I certify that all originals and service copies (including exhibits) of the papers referred to herein were produced and reproduced on paper purchased as recycled, as defined by Section 42202 of the Public Resources Code. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 1, 2008 at San Francisco, California.

_Rina D. Horenian_

PROOF OF SERVICE

KYL_SF462113