1 | JOHN D. GIFFIN, CASB NO. 89608
john.giffin@kyl.com
2 | JOSEPH A. WALSH, II, CASB NO. 143694
joe.walsh@kyl.com
3 | NICOLE S. BUSSI, CASB NO. 252763
nicole.bussi@kyl.com
4 | KEESAL, YOUNG & LOGAN
A Professional Corporation
5 | Four Embarcadero Center
Suite 1500
6 | San Francisco, California 94111
Telephone: (415) 398-6000
7 | Facsimile: (415) 981-0136

8 | Attorneys for:
9 | REGAL STONE, LTD., FLEET MANAGEMENT, LTD., *in personam*, M/V COSCO BUSAN, *in rem*

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| CHELSEA, LLC, MARK RUSSO, ALLEN LORETZ, and IVAN SIMPSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>REGAL STONE, LTD., HANJIN SHIPPING, CO., LTD., CONTI CAIRO KG, NSB NEIDERELBE, SYNERGY MARITIME, LTD., *IN PERSONAM*, M/V COSCO BUSAN, their engines, tackle, equipment, appurtenances, freights, and cargo *IN REM*,<br><br>Defendant. | Case No. C 07 05800 (SC)<br><br>**SUPPLEMENTAL AFFIDAVIT OF CYNTHIA HUDSON** |

# AFFIDAVIT OF CYNTHIA HUDSON

I, Cynthia Hudson, being first duly sworn upon oath, depose and state as follows:

1. On May 1, 2008 I submitted an Affidavit to this Court regarding Hudson Marine Management Services' ("HMMS") compliance with this Court's April 25, 2008 Order. In that Affidavit I stated that "Mr. Audet stated that he would not distribute the Notice as drafted to his clients."

2. I have been advised that William Audet has taken issue with this statement in my Affidavit and I am submitting this Supplemental Affidavit to provide the Court with additional details regarding that statement.

3. On April 29, 2008, HMMS sent an email to William Audet and his co-counsel Anthony Urie requesting that they immediately send the Notice drafted in compliance with this Court's April 25, 2008 Order to all claimants they represent in connection with the November 7, 2007 COSCO BUSAN oil spill. I requested that they confirm in writing that they sent the Notice to their clients. Attached hereto as Exhibit "1" is a true and correct copy of the email I sent to William Audet and Anthony Urie.

4. On April 30, 2008, I emailed Mr. Audet and again asked him for written confirmation that he sent the Notice to his clients. Attached hereto as Exhibit "2" is a true and correct copy of the email sent to Mr. Audet.

5. On April 30, 2008, shortly after sending the email to Mr. Audet, I called him to discuss the email and the Notice. We discussed the language of the Notice and I asked him to confirm that he would send the Notice. He said he would get back to me. Later that same day, Mr. Audet sent me an email regarding the Notice in which he stated he "had a different notice in mind." Attached hereto as Exhibit "3" is a true and correct copy of the email sent from Mr. Audet

6. After receiving the email, I spoke with Mr. Audet's co-counsel, Anthony Urie and asked if they would be sending out the Notice to their clients. He stated that it was not up to him but that he did not think Mr. Audet would be sending the Notice.

7. Mr. Audet may be correct that he never explicitly stated to me that "he would not distribute the Notice as drafted," however, based on these emails, the prior telephone conversation with Mr. Audet, the telephone conversation with Mr. Urie, and the fact that Mr. Audet is the only attorney that did not confirm that he had sent the Notice to his clients, I believed that he was communicating to me, in essence, that he had not sent the Notice to his clients as drafted and did not intend to do so.

8. To date, Mr. Audet has not provided any confirmation that he has sent the Notice to his clients as requested by HMMS.

9. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this ____ day of May, 2008 at San Francisco, California.

_____
Cynthia Hudson

SUBSCRIBED AND SWORN TO this ____ day of May, 2008

_____
Notary Public
My commission expires: 7/7/09

- 3 -
KYL SF462183
SUPPLEMENTAL AFFIDAVIT OF CYNTHIA HUDSON Case No. C 07 05800 (SC)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

# EXHIBIT 1

23
24
25
26

**From:** Hudson, Cynthia
**Sent:** Tuesday, April 29, 2008 2:57 PM
**To:** 'Anthony Urie'; 'William Audet'
**Subject:** COSCO BUSAN CLAIMS NOTICE TO CLAIMANTS, AUDET & PARTNERS, A. URIE
**Importance:** High

Dear Mr. Audet and Mr. Urie:

We write in reference to Judge Conti's orders and the case management conferences. In response to those orders our attorneys have asked us to send out the attached notice to all claimants. We of course will not communicate with your claimants directly, so we ask that you send these notices immediately to all claimants you and your firm represent.

As we will need to confirm in court that this has been done, could you confirm to us in writing by Thursday that this is fact has been done by your firm for your claimants. We also attach a list of those claimants we have listed as being represented by your firm. If your firm represents additional claimants not listed, please let us know immediately, and kindly send this notice to those claimants as well.

Please contact me with any questions you might have.

Best regards,

Cynthia


C. A. Hudson
Hudson Marine Management Services/HudsonTrident
4350 Haddonfield Road
Pennsauken, New Jersey  08109
USA
Phone:  +1-856-486-0800
Fax:       +1-856-486-0081
cynthia.hudson@hudsonmarine.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

# EXHIBIT 2

24
25
26

- 6 -
SUPPLEMENTAL AFFIDAVIT OF CYNTHIA HUDSON Case No. C 07 05800 (SC)

KYL SF462183

**From:** Hudson, Cynthia [mailto:cynthia.hudson@hudsonmarine.com]
**Sent:** Wednesday, April 30, 2008 1:34 PM
**To:** William Audet
**Cc:** Adel Nadji; Ted Chase; Anthony Urie
**Subject:** RE: meeting

Dear Bill:

Thanks for your message. Friday is not good for me as I will be on an airplane. I wonder if it is possible to split the meeting as I think it would be very useful to have you here with Tony in conference via telephone; we could then ask Adel and Ted to attend our offices (with you and Tony on conference call as needed for the processing issues only). Could you squeeze in an hour tomorrow to do so?

On another note, I would very much appreciate your written confirmation about the 'Notice to Claimants ' sent yesterday. If you could just send me a note (either you or Tony) that the notice and our message were well received, as discussed, and that you confirm you are proceeding with getting those notices to your claimants (both on the furnished list or others for whom we have no information), I would be grateful. I am compiling this today, and now have all confirmations I need, save yours/Tony's.

Thanks for your help!

Cynthia

C. A. Hudson
Hudson Marine Management Services/HudsonTrident
4350 Haddonfield Road
Pennsauken, New Jersey  08109
USA
Phone:  +1-856-486-0800
Fax:       +1-856-486-0081
cynthia.hudson@hudsonmarine.com

5/6/2008

# EXHIBIT 3

**From:** William Audet [mailto:WAudet@audetlaw.com]
**Sent:** Wednesday, April 30, 2008 4:46 PM
**To:** Hudson, Cynthia
**Cc:** Adel Nadji; Ted Chase; Anthony Urie
**Subject:** RE: meeting

Cynthia,
We have the your earlier email with the notice. We had a different notice in mind – and also believe that any 'release' would need to include similar language. Here is the letter I previously sent to John Giffin on that topic. On the meeting, adel and ted know the files much better than I and would make sense to have them present at any file meeting.

William M. Audet, esq.
Audet & Partners, LLP.
221 Main Street, Suite 1460
San Francisco, California 94105
Phone:  415.568.2555
Fax:    415.568.2556
Email:  waudet@audetlaw.com
Web:    www.audetlaw.com

This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. Thank You.