1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT FOR

# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chelsea, LLC, Mark Russo, Allen Loretz, and Ivan Simpson, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiffs,<br><br>v.<br><br>Regal Stone, Ltd., Hanjin Shipping, Co., Ltd., Conti Cairo KG, NSB Neiderelbe, Synergy Maritime, Ltd. *In Personam*; M/V Cosco Busan, their engines, tackle, equipment, appurtenances, freights, and cargo *In Rem*,<br><br>　　　Defendants. | Case No. C–07-5800-SC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO AMEND VERIFIED FIRST AMENDED COMPLAINT** |

**[PROPOSED] ORDER GRANTING LEAVE TO AMEND VERIFIED FIRST AMENDED COMPLAINT**

1 | On _____, Plaintiffs' Motion for Leave to Amend Verified First Amended Complaint came on for hearing in this Court.  Having duly considered the matter, the Court hereby GRANTS Plaintiffs' Motion.  Plaintiffs have seven (7) days from the entry of this Order to file their Verified Seconded Amended Complaint.

**IT IS SO ORDERED.**

Dated: _____, 2008    _____
THE HONORABLE. SAMUEL CONTI
UNITED STATES DISTRICT COURT JUDGE

**[PROPOSED] ORDER GRANTING LEAVE TO AMEND VERIFIED FIRST AMENDED COMPLAINT**