```
 1  JOHN D. GIFFIN, CASB No. 89608
    john.giffin@kyl.com
 2  JOSEPH A. WALSH II, CASB No. 143694
    joe.walsh@kyl.com
 3  JOHN COX, CASB No. 197687
    john.cox@kyl.com
 4  NICOLE S. BUSSI, CASB No. 252763
    nicole.bussi@kyl.com
 5  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 6  Four Embarcadero Center, Suite 1500
    San Francisco, California  94111
 7  Telephone:   (415) 398-6000
    Facsimile:   (415) 981-0136
 8
    Attorneys for REGAL STONE, LTD.
 9

10  BRUCE A. BEHRENS, Chief Counsel
    DAVID GOSSAGE, Deputy Chief Counsel
11  KARL SCHMIDT, Assistant Chief Counsel
    G. MICHAESL HARRINGTON
12  BELVIN K. SMITH
    WM. DAVID SULLIVAN (SBN 142881)
13  595 Market Street, Suite 1700, San Francisco, CA 94105
    Mail:  P.O. Box 7444, San Francisco, CA 94120-7444
14  Telephone: (415) 904-5700, Facsimile:  (415) 904-2333

15  Attorneys for THE PEOPLE OF THE STATE OF CALIFORNIA, ACTING BY AND
    THROUGH THE DEPARTMENT OF TRANSPORTATION
16
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHELSEA, LLC, et. al.,<br><br>        Plaintiff,<br><br>    vs.<br><br>REGAL STONE, LTD., *et al, in personam,*<br>M/V COSCO BUSAN, their engines,<br>tackle, equipment, appurtenances,<br>freights, and cargo *in Rem,*<br><br>        Defendants.<br>_____ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. C07-5800-SC <br><br> **NOTICE OF RELATED CASE: <br> STIPULATION THEREON** |

- 1 -

KYL_SF463175

NOTICE OF RELATED CASE:  STIPULATION THERETO - Case No. C07-5800-SC

Pursuant to the order of the clerk of the court, and in accordance with Local Rule 3-12, the parties of this action, The People of the State of California, Acting by and through the Department of Transportation, and Regal Stone, Ltd., file this Notice specifying that the matters:

*The Continental Insurance Co. v. Regal Stone, Ltd. et al.*, 3:2008cv02052-SC

*U.S.A. v. Regal Stone, Ltd. et al.*, 3:2007cv06045-SC

*Chelsea, LLC v. Regal Stone, Ltd. et al.*, 3:2007cv05800-SC

*Shogren Living Trust et al. v. Regal Stone, Ltd. et a.l*, 3:2007cv05926-SC

*United States of America v. John J. Cota*, 3:2008cr00160-SI,

may potentially constitute a related case to *The People of the State of California, Acting by and through the Department of Transportation v. Regal Stone, Ltd. et al.*, CV-08-2268-EMC (N.D. Cal.).

All actions arise from the November 7th oil spill involving the M/V COSCO BUSAN and include statutory causes of action as well as tort-based claims. The action filed by the People of the State of California includes a complaint in rem requesting damages resulting from the allision of the M/V COSCO BUSAN with the San-Francisco Bay Bridge. The State of California is seeking compensation for the necessary repair of the Bridge. The counter-claim filed by Regal Stone, Ltd. includes claims against the State of California relating to its breach of duties and negligent licensing of Pilot John Cota. The counter-claim also requests contribution, indemnity and setoff for any damages Regal Stone, Ltd. has or will pay.

**IT IS SO STIPULATED AND AGREED:**

| | |
|---|---|
| DATED: June 16, 2008 | *(signature)*<br>JOHN D. GIFFIN<br>JOSEPH A. WALSH, II<br>JOHN COX<br>NICOLE S. BUSSI<br>KEESAL, YOUNG & LOGAN<br>ATTORNEYS FOR REGAL STONE, LTD. |
| DATED: JUNE 16, 2008 | *(signature)*<br>WM. DAVID SULLIVAN<br>ATTORNEY FOR THE PEOPLE OF THE STATE OF CALIFORNIA, ACTING BY AND THROUGH THE DEPARTMENT OF TRANSPORTATION |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 6/19/08

*(seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti signature)*

THE HONORABLE SAMUEL CONTI
DISTRICT JUDGE

**PROOF OF SERVICE**

I, the undersigned, hereby declare that I am over the age of eighteen years, and I am not a party to the within action. My business address is Four Embarcadero Center, Suite 1500, San Francisco, CA 94111, and my telephone number is (415) 398-6000.

On the date indicated below, I served a true copy of the following document(s):

**NOTICE OF RELATED CASE: STIPULATION THEREON**

☒  **BY E-MAIL:** I also caused such document(s) to be served electronically on all parties via the United States District Court's Northern District ECF e-filing system.

☒  **State:** Pursuant to California Rules of Court, Rule 201, I certify that all originals and service copies (including exhibits) of the papers referred to herein were produced and reproduced on paper purchased as recycled, as defined by Section 42202 of the Public Resources Code. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 16, 2008 at San Francisco, California.


/s/ Rina D. Horenian
Rina D. Horenian