William M. Audet (waudet@audetlaw.com)
Michael McShane (mmcshane@audetlaw.com)
Adel A. Nadji (anadji@audetlaw.com)
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.982.1776
Facsimile: 415.568.2556

*Attorneys for Plaintiffs and
 the Class Members*

**UNITED STATES DISTRICT COURT FOR**

**THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Chelsea, LLC, Mark Russo, Allen Loretz, and Ivan Simpson, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Regal Stone, Ltd., Hanjin Shipping, Co., Ltd., Conti Cairo KG, NSB Neiderelbe, Synergy Maritime, Ltd. *In Personam*; M/V Cosco Busan, their engines, tackle, equipment, appurtenances, freights, and cargo *In Rem*,<br><br>    Defendants. | Case No. C–07-5800-SC<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I am employed in the County of San Francisco, State of California; my business address is 221 Main Street, Suite 1460, San Francisco, California 94105. I am over the age of 18 and not a party to the within action. On this date I served the following documents:

**PLAINTIFFS' REPLY TO DEFENDANT REGAL STONE'S "NON-OPPOSITION" AND RESPONSE TO MOTION FOR LEAVE TO AMEND VERIFIED FIRST AMENDED COMPLAINT**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2008, I electronically the above documents with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record listed on the Electronic Mail Notice List of the attached CM/ECF list.

True and complete copies of the above documents were also served on the following counsel and individuals by U.S. Mail:

| | |
|---|---|
| John Giffin<br>Law Offices Keesal, Young & Logan<br>Suite 1500<br>Four Embarcadero Center<br>San Francisco, CA 94111<br><br>*Counsel for Regal Stone, LTD.,*<br>*M/V Cosco Busan, and Fleet*<br>*Management, LTD. Defendants* | Eric P. Wise<br>Alecksandrs E. Drumals<br>FLYNN, DELICK & WISE LLP<br>One World Trade Center, Suite 1800<br>Long Beach, CA 90831<br><br>*Counsel for Hanjin Shipping*<br>*Company, Ltd.*<br>*Defendant* |
| Ingrid Lyborg<br>19059 Greeno Rd. Hwy 98<br>Fairhope, AL 36532<br><br>*Agent of Service of Process for Conti*<br>*Cairo KG, and NSB Neiderelbe,*<br>*Defendants* | |

I declare that I am a member of the bar of this Court. I declare under penalty of perjury that the above is true and correct.

Executed on July 11, 2008 at San Francisco, California.

/s/ Adel A Nadji
Adel A Nadji