JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
JULIE L. TAYLOR, CASB No. 154341
julie.taylor@kyl.com
ANNE M. MORIARTY, CASB No. 251803
annie.moriarty@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California  94111
Telephone:   (415) 398-6000
Facsimile:    (415) 981-0136

Attorneys for
REGAL STONE, LTD., *in personam*, M/V COSCO BUSAN, *in rem*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELSEA, LLC, MARK RUSSO, ALLEN LORETZ, and IVAN SIMPSON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>REGAL STONE, LTD., HANJIN SHIPPING, CO., LTD., CONTI CAIRO KG, NSB NEIDERELBE, SYNERGY MARITIME, LTD., *IN PERSONAM*, M/V COSCO BUSAN, their engines, appurtenances, freights, and cargo *IN REM*,<br><br>　　　　　　　　　Defendants. | Case No. C 07 05800 (SC)<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　　　PLEASE TAKE NOTICE that counsel for REGAL STONE, LTD., *in personam*, M/V COSCO BUSAN, *in rem* will be moving.  Keesal, Young & Logan's new address, effective July 14, 2008, will be:

///

```
 1                    KEESAL, YOUNG & LOGAN
                      450 Pacific Avenue
 2                    San Francisco, California  94133
                      Phone and fax numbers will remain the same.
 3
 4        All correspondence should be directed to our new address effective July 14,
 5  2008.
 6
 7  DATED:  July 11, 2008              /s/ John D. Giffin
                                       JOHN D. GIFFIN
 8                                     JULIE L. TAYLOR
                                       ANNE M. MORIARTY
 9                                     KEESAL, YOUNG & LOGAN
                                       Attorneys for REGAL STONE, LTD., *in*
10                                     *personam*, M/V COSCO BUSAN, *in rem*
```