1  JOHN D. GIFFIN, CASB NO. 89608
   john.giffin@kyl.com
2  JOSEPH A. WALSH II, CASB NO. 143694
   joe.walsh@kyl.com
3  JOHN C. COX, CASB NO. 197687
   john.cox@kyl.com
4
   NICOLE S. BUSSI, CASB No. 252763
5  nicole.bussi@kyl.com
6  KEESAL, YOUNG & LOGAN
   450 Pacific Ave.
7  San Francisco, California 94133
   Telephone:   (415) 398-6000
8  Facsimile:    (415) 981-0136

9
   Attorneys for Defendants and Counterclaimants:
10 REGAL STONE LIMITED, *in personam,* M/V COSCO BUSAN *in rem*

11

12
                 UNITED STATES DISTRICT COURT
13

14               NORTHERN DISTRICT CALIFORNIA

15

16

17 CHELSEA, LLC individually and on        ) Case No. C 07 05800 (SC)
   behalf of others similarly situated,    )
18                                         ) REGAL STONE LIMITED, AND M/V
   Plaintiffs,                             ) COSCO BUSAN'S FORM OF
19                                         ) CERTIFICATION PURSUANT TO CIVIL
             vs.                           ) L.R. 3-16
20                                         )
   Regal Stone Limited, Hanjin Shipping,   )
21 Co., Ltd., Conti Cairo KG, NSB Niederelbe,)
   Synergy Maritime Ltd., M/V Cosco Busan, )
22                                         )
23 Defendants.                             )
                                           )
24 _____

25         On behalf of Defendants REGAL STONE, LTD., and M/V COSCO BUSAN,

26 pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

27 associations of persons, firms, partnerships, corporations, or other entities (i) have a

28 financial interest in the subject matter in controversy or in a party to the proceeding, or

DISCLOSURE OF INTERESTED ENTITIES- C 07 05800 (SC)

(ii) have a non-financial interest in that subject matter or in a party that could be

substantially affected by the outcome of this proceeding:

REGAL STONE LIMITED

    1) Sekots Secretarial Services Limited

    2) Nautilus Shipholdings No. 3 Limited

    3) Steamship Mutual Underwriting Association (Bermuda) Limited


M/V COSCO BUSAN

    1) Fleet Management Ltd.

    2) Regal Stone Limited

    3) Synergy Marine Limited

    4) Steamship Mutual Underwriting Association (Bermuda) Limited


DATED: July ____, 2008

/s/ Joe Walsh
JOHN D. GIFFIN
JOSEPH A. WALSH II
JOHN C. COX
NICOLE S. BUSSI
Attorneys for REGAL STONE LIMITED, *in personam* and M/V COSCO BUSAN, *in rem*

KYL_SF464138

DISCLOSURE OF INTERESTED ENTITIES - C 07 05800 (SC)