United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHELSEA, LLC., et al.,

      Plaintiff(s),

 v.

REGAL STONE., et al.,

      Defendant(s).

No. C-07-5800-SC
C-07-5926-SC
C-07-6045-SC
C-08-2052-SC
C-08-2268-SC

RELATED CASES

Clerk's Notice

YOU ARE NOTIFIED THAT the Court has rescheduled the **Case Management Conference** scheduled for **July 25, 2008** before the Honorable Samuel Conti. The conference has been reset for **September 5, 2008 at 10:00 a.m.** Parties are to file one Joint Case Management Conference Statement seven days prior to the conference.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: July 21, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By:  T. De Martini
       Courtroom Deputy Clerk