1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7

8
    CHELSEA, LLC, MARK RUSSO, ALLEN    )    Case No. 07-5800 SC
9   LORETZ, and IVAN SIMPSON,          )    (and related cases:
    individually and on behalf of all  )              07-6045 SC
10  others similarly situated,         )              07-5926 SC)
                                       )
11           Plaintiffs,               )    ORDER GRANTING
                                       )    PLAINTIFFS LEAVE TO
12       v.                            )    AMEND VERIFIED FIRST
                                       )    AMENDED COMPLAINT
13  REGAL STONE, LTD., HANJIN SHIPPING,)
    CO., LTD., CONTI CAIRO KG, NSB     )
14  NEIDERELBE, SYNERGY MARITIME, LTD. )
    IN PERSONAM, M/V COSCO BUSAN, their)
15  engines, tackle, equipment,        )
    appurtenances, freights, and cargo )
16  IN REM,                            )
                                       )
17           Defendants.               )
                                       )
18  _____)

19          Pursuant to Federal Rule of Civil Procedure 15(a)(2) and the

20  Defendants' non-opposition, Plaintiffs' Motion for Leave to Amend

21  Verified First Amended Complaint is hereby GRANTED.  Plaintiffs

22  shall file their Verified Second Amended Complaint no later than

23  12:00 p.m. Tuesday, July 29, 2008.

24

25          IT IS SO ORDERED.

26
            Dated: July 22, 2008
27                                          _____
                                            _____
28                                          UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California