1    **BIRNBERG & ASSOCIATES**
    **CORY A. BIRNBERG (SBN 105468)**
2    **JOSEPH SALAMA (SBN 212225)**
    **703 Market Street Suite 600**
3    **San Francisco, California 94103**
    **Telephone Number: (415) 398-1040**
4    **Facsimile Number: (415) 398-2001**

5

    **Attorneys for Plaintiffs:**
6    **SHOGREN LIVING TRUST; PATRICK DAVIS; STEPHEN MELZ; F/V**
    **GLADNIK, LLC; F/V MIDORI, LLC; F/V CHARLIE D., LLC; F/V DONITA,**
7    **LLC; BOB SILVA; GALE FORCE, INC.; F/V INTREPID, INC.; BRADFORD**
    **FLOYD; DANNY MURRAY; DOMONIC DAPETTI; CHAD DALHBERG**

8

9                                      **UNITED STATES DISTRICT COURT**

10                                  **NORTHERN DISTRICT OF CALIFORNIA**

11

12    **CHELSEA, LLC, MARK RUSSO,**   )  **Case No. C–07-5800-SC**
    **ALLEN LORETZ, IVAN SIMPSON,**  )
13    **individually and on**          )  **Related case 07-05926-SC**
    **behalf of all others similarly situated,**  )
14                         )  **PLAINTIFFS F/V GLADNIK, LLC;**
        **Plaintiffs,**         )  **F/V MIDORI, LLC; F/V CHARLIE D.,**
15        **v.**               )  **LLC; F/V DONITA, LLC; F/V**
                         )  **INTREPID, INC.; BRADFORD**
16    **REGAL STONE, LTD., HANJIN**   )  **FLOYD; DANNY MURRAY;**
    **SHIPPING, CO., LTD., CONTI CAIRO** )  **DOMONIC DAPETTI; CHAD**
17    **KG, NSB NEIDERELBE, SYNERGY** )  **DALHBERG DISMISSAL WITHOUT**
    **MARITIME, LTD.** *In Personam***; M/V** )  **PREJUDICE**
18    **COSCO BUSAN, their engines, tackle,** )
    **equipment, appurtenances, freights, and** )
19    **cargo** *In Rem***,**            )  [FRCP 41(a)]
20                         )
        **Defendants.**       )
21                         )
                         )
22    _____)

23

24    ///

25    ///

26    ///

27    ///

28    ///

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

1

**DISMISSAL WITHOUT PREJUDICE**             **Case Nos. C–07-5800-SC/07-05926-SC**

| | | |
|---|---|---|
| 1 | | |
| 2 | **SHOGREN LIVING TRUST; PATRICK DAVIS; ROSE MARIE, INC.; STEPHEN** | **Case No. 07 -05926-SC** |
| 3 | **MELZ; F/V GLADNIK, LLC; F/V MIDORI, LLC; F/V CHARLIE D., LLC;** | |
| 4 | **F/V DONITA, LLC; BOB SILVA; GALE FORCE, INC.; F/V INTREPID, INC.;** | |
| 5 | **BRADFORD FLOYD; DANNY MURRAY; DOMONIC DAPETTI;** | |
| 6 | **CHAD DALHBERG;** | |

```
1
2    SHOGREN LIVING TRUST; PATRICK )   Case No. 07 -05926-SC
     DAVIS; ROSE MARIE, INC.; STEPHEN )
3    MELZ; F/V GLADNIK, LLC; F/V      )
     MIDORI, LLC; F/V CHARLIE D., LLC; )
4    F/V DONITA, LLC; BOB SILVA; GALE )
     FORCE, INC.; F/V INTREPID, INC.;  )
5    BRADFORD FLOYD; DANNY            )
     MURRAY; DOMONIC DAPETTI;         )
6    CHAD DALHBERG;                   )
                                      )
7                                     )
                Plaintiffs,           )
8                                     )
           v.                         )
9                                     )
     REGAL STONE, LTD.; HANJIN        )
10   SHIPPING, CO., LTD.; JOHN COTA;  )
     M/V COSCO BUSAN, Official No.    )
11   9231743 her engines, apparel, furniture,
     etc, in rem;
12
                Defendants.
13   _____

14
           COMES NOW PLAINTIFFS PLAINTIFFS F/V GLADNIK, LLC; F/V
15
     MIDORI, LLC; F/V CHARLIE D., LLC; F/V DONITA, LLC; F/V INTREPID,
16
     INC.; BRADFORD FLOYD; DANNY MURRAY; DOMONIC DAPETTI; CHAD
17
     DALHBERG., by and through their attorney of record, Cory A. Birnberg of Birnberg &
18
     Associates, and does hereby dismiss their complaint, filed on November 21, 2007,
19
     without prejudice, pursuant to Federal Rule of Civil Procedure 41, subsection
20
     (a)(1)(A)(i).  Defendants have not been served nor have they responded to the complaint.
21
     This dismissal applies to the entire set of plaintiffs represented by Cory Birnberg, and is
22
     without prejudice to these clients participation in the pending class action(s). Please
23
     remove counsel from the service list after the dismissal is ordered.
24
25
26   Dated: 30 July 2008                     BIRNBERG & ASSOCIATES
27
                                             By: /s/Cory Birnberg
28                                           Cory A. Birnberg
                                             Attorney for Plaintiffs
```

BIRNBERG & ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

2

DISMISSAL WITHOUT PREJUDICE                    Case Nos. C–07-5800-SC/07-05926-SC