JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
JOSEPH A. WALSH II, CASB No. 143694
joe.walsh@kyl.com
JULIE L. TAYLOR, CASB No. 154341
julie.taylor@kyl.com
ANNE M. MORIARTY, CASB No. 251803
annie.moriarty@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for Defendants
REGAL STONE, LIMITED, FLEET MANAGEMENT, LTD.,
and M/V COSCO BUSAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHELSEA, LLC, MARK RUSSO, and ALLEN LORETZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>REGAL STONE, LTD., HANJIN SHIPPING CO., LTD., SYNERGY MARITIME, LTD, FLEET MANAGEMENT, LTD, and JOHN COTA, *In Personam*; M/V COSCO BUSAN, their engines, tackle, equipment, appurtenances, freights, and cargo *In Rem*,<br><br>Defendant. | Case No. C-07-5800-SC<br><br>AT LAW AND IN ADMIRALTY<br><br>**STIPULATION OF PLAINTIFFS AND DEFENDANTS REGAL STONE, LIMITED, FLEET MANAGEMENT, LTD., AND M/V COSCO BUSAN TO EXTEND THE TIME FOR FILING AND SERVICE OF A RESPONSE TO PLAINTIFFS' VERIFIED SECOND AMENDED CLASS ACTION COMPLAINT AND PROPOSED ORDER** |

1  **TO THE COURT AND ALL COUNSEL OF RECORD:**

2   **IT IS HEREBY STIPULATED** by and between Plaintiffs CHELSEA, LLC,
3  MARK RUSSO, and ALLEN LORETZ ("Plaintiffs") and Defendants REGAL STONE
4  LIMITED, FLEET MANAGEMENT, LTD., and M/V COSCO BUSAN *in rem*
5  ("Defendants"), through their respective counsel of record, that the time for
6  Defendants to file and serve a response to Plaintiffs' Verified Second Amended Class
7  Action Complaint is extended by seven (7) days. Defendants will file and serve their
8  responses to Plaintiffs' Verified Second Amended Class Action Complaint no later
9  than Friday, August 22, 2008.

10  This stipulation is not entered into for purposes of delay, but to permit
11 Defendants to continue their investigation, to address the new allegations contained
12 in Plaintiff's Verified Second Amended Class Action Complaint, and to allow
13 Defendants to formulate a proper response.

14  **IT IS SO STIPULATED AND AGREED.**

15 DATED: August 13, 2008    AUDET & PARTNERS, LLP

By: _____
WILLIAM M. AUDET
Attorney for Plaintiffs
CHELSEA, LLC, MARK RUSSO
and ALLEN LORETZ

21 DATED: August 13, 2008    KEESAL, YOUNG & LOGAN

By: _____
JOHN D. GIFFIN
JOSEPH A. WALSH II
JULIE L. TAYLOR
ANNE M. MORIARTY

Attorneys for Defendants
REGAL STONE, LIMITED, FLEET
MANAGEMENT, LTD, and M/V
COSCO BUSAN

## **ORDER**

Based on the foregoing Stipulation, IT IS HEREBY ORDERED that the time for Defendants REGAL STONE LIMITED, FLEET MANAGEMENT, LTD., and M/V COSCO BUSAN *in rem* ("Defendants") to file and serve a response to the Verified Second Amended Class Action Complaint of Plaintiffs CHELSEA, LLC, MARK RUSSO, and ALLEN LORETZ is extended by seven (7) days. Defendants are ordered to file and serve their responses to Plaintiffs' Verified Second Amended Class Action Complaint no later than Friday, August 22, 2008.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____    _____
HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE