1  JOHN D. GIFFIN, CASB No. 89608
   john.giffin@kyl.com
2  JOSEPH A. WALSH II, CASB No. 143694
   joe.walsh@kyl.com
3  JULIE L. TAYLOR, CASB No. 154341
   julie.taylor@kyl.com
4  ANNE M. MORIARTY, CASB No. 251803
   annie.moriarty@kyl.com
5  KEESAL, YOUNG & LOGAN
   A Professional Corporation
6  450 Pacific Avenue
   San Francisco, California 94133
7  Telephone:  (415) 398-6000
   Facsimile:  (415) 981-0136
8
   Attorneys for Defendants
9  REGAL STONE, LIMITED, FLEET MANAGEMENT, LTD.,
   and M/V COSCO BUSAN
10

11                    **UNITED STATES DISTRICT COURT**

12                   **NORTHERN DISTRICT OF CALIFORNIA**

13

14  CHELSEA, LLC, MARK RUSSO, and           ) Case No. C-07-5800-SC
    ALLEN LORETZ, individually and on       )
15  behalf of all others similarly situated, )
                                            ) **AT LAW AND IN ADMIRALTY**
16                          Plaintiff,      )
                                            )
17         vs.                              ) **STIPULATION OF PLAINTIFFS AND**
                                            ) **DEFENDANTS REGAL STONE,**
18  REGAL STONE, LTD., HANJIN               ) **LIMITED, FLEET MANAGEMENT,**
    SHIPPING CO., LTD., SYNERGY             ) **LTD., AND M/V COSCO BUSAN TO**
19  MARITIME, LTD, FLEET                    ) **EXTEND THE TIME FOR FILING**
    MANAGEMENT, LTD, and JOHN COTA,         ) **AND SERVICE OF A RESPONSE TO**
20  *In Personam*; M/V COSCO BUSAN, their   ) **PLAINTIFFS' VERIFIED SECOND**
    engines, tackle, equipment,             ) **AMENDED CLASS ACTION**
21  appurtenances, freights, and cargo *In Rem*,) **COMPLAINT AND PROPOSED**
                                            ) **ORDER**
22                          Defendant.      )
                                            )
23  _____

24

25

26

27

28                                         - 1 -                              KYL_SF465595

1 | **TO THE COURT AND ALL COUNSEL OF RECORD:**

2 |     **IT IS HEREBY STIPULATED** by and between Plaintiffs CHELSEA, LLC,
3 | MARK RUSSO, and ALLEN LORETZ ("Plaintiffs") and Defendants REGAL STONE
4 | LIMITED, FLEET MANAGEMENT, LTD., and M/V COSCO BUSAN *in rem*
5 | ("Defendants"), through their respective counsel of record, that the time for Defendants
6 | to file and serve a response to Plaintiffs' Verified Second Amended Class Action
7 | Complaint is further extended by fourteen (14) days.  Defendants will file and serve
8 | their responses to Plaintiffs' Verified Second Amended Class Action Complaint no later
9 | than Friday, September 5, 2008.

10 |     This stipulation is not entered into for purposes of delay, but to permit Defendants
11 | to continue their investigation, to address the new allegations contained in Plaintiff's
12 | Verified Second Amended Class Action Complaint, and to allow Defendants to formulate
13 | a proper response.

14 |     **IT IS SO STIPULATED AND AGREED.**

15 |

16 | DATED: August 21, 2008           AUDET & PARTNERS, LLP

17 |                                              By:  /s/ William M. Audet
18 |                                                  WILLIAM M. AUDET
                                                 Attorney for Plaintiffs
19 |                                                  CHELSEA, LLC, MARK RUSSO
20 |                                                  and ALLEN LORETZ

21 | DATED: August 21, 2008           KEESAL, YOUNG & LOGAN

22 |
23 |                                              By:  /s/ John D. Giffin
                                                 JOHN D. GIFFIN
24 |                                                  JOSEPH A. WALSH II
                                                 JULIE L. TAYLOR
25 |                                                  ANNE M. MORIARTY

26 |                                                  Attorneys for Defendants
                                                 REGAL STONE, LIMITED, FLEET
27 |                                                  MANAGEMENT, LTD, and M/V
                                                 COSCO BUSAN

28 |

STIPULATION OF PLAINTIFFS AND DEFENDANTS REGAL STONE, LIMITED, FLEET
MANAGEMENT, LTD., AND M/V COSCO BUSAN TO EXTEND THE TIME FOR FILING AND
SERVICE OF A RESPONSE TO PLAINTIFFS' VERIFIED SECOND AMENDED CLASS ACTION
COMPLAINT AND PROPOSED ORDER - Case No. C-07-5800-SC

# ORDER

Based on the foregoing Stipulation, IT IS HEREBY ORDERED that the time for Defendants REGAL STONE LIMITED, FLEET MANAGEMENT, LTD., and M/V COSCO BUSAN *in rem* ("Defendants") to file and serve a response to the Verified Second Amended Class Action Complaint of Plaintiffs CHELSEA, LLC, MARK RUSSO, and ALLEN LORETZ is extended by fourteen (14) days. Defendants are ordered to file and serve their responses to Plaintiffs' Verified Second Amended Class Action Complaint no later than Friday, September 5, 2008.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____           _____
                                 HON. SAMUEL CONTI
                                 UNITED STATES DISTRICT JUDGE