Erich P. Wise/State Bar No. 63219
Aleksandrs E. Drumalds/State Bar No. 237101
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
Telephone: (562) 435-2626
Facsimile: (562) 437-7555

James B. Nebel/State Bar No. 69626
Conte C. Cicala/State Bar No. 173554
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California
Telephone: (415) 693-5566
Facsimile: (415) 693-0410

Attorneys for Defendant
HANJIN SHIPPING CO., LTD.

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chelsea, LLC, Mark Russo, and Allen Loretz, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Regal Stone, Ltd., Hanjin Shipping Co., Ltd., Synergy Maritime, Ltd., Fleet Management, Ltd., and John Cota, *In Personam*; M/V Cosco Busan, their engine, tackle, equipment, appurtenances, freights, and cargo, *In Rem*,<br><br>　　　　Defendants. | CASE NO.: CV-07-5800 SC<br><br>STIPULATION OF PLAINTIFFS AND DEFENDANT HANJIN SHIPPING CO., LTD. TO FURTHER EXTEND THE TIME FOR FILING AND SERVICE OF A RESPONSE TO PLAINTFFS' VERIFIED SECOND AMENDED CLASS ACTION COMPLAINT; ORDER THEREON<br><br>[Civil Local Rule 6-1(b)] |

- 1 -

STIPULATION OF PLAINTIFFS AND DEFENDANT HANJIN SHIPPING CO., LTD. TO FURTHER EXTEND THE TIME FOR FILING AND SERVICE OF A RESPONSE TO PLAINTFFS' VERIFIED SECOND AMENDED CLASS ACTION COMPLAINT; ORDER THEREON

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

**TO THE COURT AND ALL COUNSEL OF RECORD:**

**IT IS HEREBY STIPULATED** by and between plaintiffs CHELSEA, LLC, MARK RUSSO, and ALLEN LORETZ ("Plaintiffs") and defendant HANJIN SHIPPING CO., LTD, ("Hanjin"), through their respective counsel of record, that the time for Hanjin to file and serve a response to Plaintiffs' Verified Second Amended Class Action Complaint is further extended by an additional seven (7) days. Defendant Hanjin will file and serve its response to Plaintiffs' Verified Second Amended Class Action Complaint no later than Friday, September 5, 2008. Plaintiffs and defendants REGAL STONE, LIMITED, FLEET MANAGEMENT, LTD., and M/V COSCO BUSAN have also stipulated that September 5, 2008, will be the deadline for these defendants to respond to the Plaintiffs' Verified Second Amended Class Action Complaint.

This stipulation is not entered into for purposes of delay, but to permit defendant Hanjin to continue its investigation, to address the new allegations contained in Plaintiffs' Verified Second Amended Class Action Complaint, and to allow defendant Hanjin to formulate a proper response.

**IT IS SO STIPULATED AND AGREED.**

Dated: August 25, 2008                     AUDET & PARTNERS, LLP

                                           By: /s/ William M. Audet (as authorized on 8/25/08)
                                           _____
                                           William M. Audet
                                           Attorney for Plaintiff
                                           CHELSEA, LLC, MARK RUSSO, and
                                           ALLEN LORETZ

Dated: August 25, 2008                     FLYNN, DELICH & WISE LLP

                                           By:  /s/ Erich P. Wise
                                           _____
                                           Erich P. Wise
                                           Attorney for Defendant
                                           HANJIN SHIPPING CO., LTD

- 2 -

## **O R D E R**

Based on the foregoing Stipulation, IT IS HEREBY ORDERED that the time for defendant HANJIN SHIPPING CO., LTD to file and serve a response to the Verified Second Amended Class Action Complaint of plaintiffs CHELSEA, LLC, MARK RUSSO, and ALLEN LORETZ is extended by an additional seven days (7) days. Defendant Hanjin is ordered to file and serve its response to Plaintiffs' Verified Second Amended Class Action Complaint no later than Friday, September 5, 2008.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____          _____
                                        HON. SAMUEL CONTI
                                        UNITED STATES DISTRICT JUDGE