1  JOHN D. GIFFIN, CASB No. 89608
   john.giffin@kyl.com
2  JOSEPH A. WALSH II, CASB No. 143694
   joe.walsh@kyl.com
3  JULIE L. TAYLOR, CASB No. 154341
   julie.taylor@kyl.com
4  ANNE M. MORIARTY, CASB No. 251803
   annie.moriarty@kyl.com
5  KEESAL, YOUNG & LOGAN
   A Professional Corporation
6  450 Pacific Avenue
   San Francisco, California  94133
7  Telephone:  (415) 398-6000
   Facsimile:  (415) 981-0136
8
9  Attorneys for Defendants
   REGAL STONE, LIMITED, FLEET MANAGEMENT, LTD.,
10 and M/V COSCO BUSAN

11            UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13

14 CHELSEA, LLC, MARK RUSSO, and          )  Case No. C-07-5800-SC
   ALLEN LORETZ, individually and on      )
15 behalf of all others similarly situated, )
                                          )  AT LAW AND IN ADMIRALTY
16              Plaintiff,                 )
                                          )
17        vs.                             )  STIPULATION OF PLAINTIFFS AND
                                          )  DEFENDANTS REGAL STONE,
18 REGAL STONE, LTD., HANJIN              )  LIMITED, FLEET MANAGEMENT,
   SHIPPING CO., LTD., SYNERGY           )  LTD., AND M/V COSCO BUSAN TO
19 MARITIME, LTD, FLEET                   )  EXTEND THE TIME FOR FILING
   MANAGEMENT, LTD, and JOHN COTA,       )  AND SERVICE OF A RESPONSE TO
20 In Personam; M/V COSCO BUSAN, their   )  PLAINTIFFS' VERIFIED SECOND
   engines, tackle, equipment,           )  AMENDED CLASS ACTION
21 appurtenances, freights, and cargo In Rem,) COMPLAINT AND ~~PROPOSED~~
                                          )  ORDER
22              Defendant.                )
                                          )
23 ───────────────────────────────────── )

24

25

26

27

28                              - 1 -                         KYL_SF465595
   ────────────────────────────────────────────────────────────────────

1 | **TO THE COURT AND ALL COUNSEL OF RECORD:**

2 |     **IT IS HEREBY STIPULATED** by and between Plaintiffs CHELSEA, LLC,

3 | MARK RUSSO, and ALLEN LORETZ ("Plaintiffs") and Defendants REGAL STONE

4 | LIMITED, FLEET MANAGEMENT, LTD., and M/V COSCO BUSAN *in rem*

5 | ("Defendants"), through their respective counsel of record, that the time for Defendants

6 | to file and serve a response to Plaintiffs' Verified Second Amended Class Action

7 | Complaint is further extended by fourteen (14) days.  Defendants will file and serve

8 | their responses to Plaintiffs' Verified Second Amended Class Action Complaint no later

9 | than Friday, September 5, 2008.

10 |     This stipulation is not entered into for purposes of delay, but to permit Defendants

11 | to continue their investigation, to address the new allegations contained in Plaintiff's

12 | Verified Second Amended Class Action Complaint, and to allow Defendants to formulate

13 | a proper response.

14 |     **IT IS SO STIPULATED AND AGREED.**

16 | DATED:  August 21, 2008            AUDET & PARTNERS, LLP

17 |                                 By:   /s/ William M. Audet

18 |                                       WILLIAM M. AUDET<br>Attorney for Plaintiffs

19 |                                       CHELSEA, LLC, MARK RUSSO<br>and ALLEN LORETZ

21 | DATED:  August 21, 2008            KEESAL, YOUNG & LOGAN

23 |                                 By:   /s/ John D. Giffin<br>                                    JOHN D. GIFFIN<br>                                    JOSEPH A. WALSH II<br>                                    JULIE L. TAYLOR<br>                                    ANNE M. MORIARTY

26 |                                 Attorneys for Defendants<br>                                    REGAL STONE, LIMITED, FLEET

27 |                                 MANAGEMENT, LTD, and M/V<br>                                    COSCO BUSAN

28 |

KYL_SF465595

STIPULATION OF PLAINTIFFS AND DEFENDANTS REGAL STONE, LIMITED, FLEET
MANAGEMENT, LTD., AND M/V COSCO BUSAN TO EXTEND THE TIME FOR FILING AND
SERVICE OF A RESPONSE TO PLAINTIFFS' VERIFIED SECOND AMENDED CLASS ACTION
COMPLAINT AND PROPOSED ORDER - Case No. C-07-5800-SC

1

## ORDER

2

3          Based on the foregoing Stipulation, IT IS HEREBY ORDERED that the time for

4    Defendants REGAL STONE LIMITED, FLEET MANAGEMENT, LTD., and M/V

5    COSCO BUSAN *in rem* ("Defendants") to file and serve a response to the Verified

6    Second Amended Class Action Complaint of Plaintiffs CHELSEA, LLC, MARK RUSSO,

7    and ALLEN LORETZ is extended by fourteen (14) days.  Defendants are ordered to file

8    and serve their responses to Plaintiffs' Verified Second Amended Class Action Complaint

9    no later than Friday, September 5, 2008.

10        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

11

12

13   DATED: _____8/26/08_____



14   HON.
     UNIT[ED]                         [DIST]RICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28                          - 3 -                          KYL_SF465595

STIPULATION OF PLAINTIFFS AND DEFENDANTS REGAL STONE, LIMITED, FLEET
MANAGEMENT, LTD., AND M/V COSCO BUSAN TO EXTEND THE TIME FOR FILING AND
SERVICE OF A RESPONSE TO PLAINTIFFS' VERIFIED SECOND AMENDED CLASS ACTION
COMPLAINT AND PROPOSED ORDER - Case No. C-07-5800-SC