IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHELSEA, LLC, et al.,

        Plaintiff(s),

  v.

REGAL STONE, LTD., et al.

        Defendant(s).

No. C-07-5800-SC
C-07-5926-SC
C-07-6045-SC
C-08-2052-SC
C-08-2268-SC

Clerk's Notice

YOU ARE NOTIFIED THAT the Court has rescheduled the **Case Management Conference in all of the related cases** scheduled for **September 5, 2008** before the Honorable Samuel Conti. The conference has been reset for **December 12, 2008 at 10:00 a.m.** Parties are to file one Joint Case Management Conference Statement seven days prior to the conference. In addition, the hearing scheduled for **September 5, 2008**, on the **Motion to Stay Civil Action Pending Resolution of Criminal Proceeding, Or, Alternatively, To Compel Arbitration**, filed by Defendant John Cota, is hereby **VACATED.** The matter is deemed submitted on the papers and there will be **no** appearances or oral argument.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: September 3, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By:   T. De Martini
      Courtroom Deputy Clerk