JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
JOSEPH A. WALSH II, CASB No. 143694
joe.walsh@kyl.com
JULIE L. TAYLOR, CASB No. 154341
julie.taylor@kyl.com
ANNE M. MORIARTY, CASB No. 251803
annie.moriarty@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone:   (415) 398-6000
Facsimile:   (415) 981-0136

Attorneys for Defendants
REGAL STONE, LIMITED, FLEET MANAGEMENT, LTD.,
and M/V COSCO BUSAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELSEA, LLC, MARK RUSSO, and ALLEN LORETZ, individually and on behalf of all others similarly situated,<br><br>                 Plaintiff,<br><br>vs.<br><br>REGAL STONE, LTD., HANJIN SHIPPING CO., LTD., SYNERGY MARITIME, LTD, FLEET MANAGEMENT, LTD, and JOHN COTA, *In Personam*; M/V COSCO BUSAN, their engines, tackle, equipment, appurtenances, freights, and cargo *In Rem*,<br><br>                 Defendant. | Case No. C-07-5800-SC<br><br>AT LAW AND IN ADMIRALTY<br><br>**STIPULATION OF PLAINTIFFS AND DEFENDANTS REGAL STONE LIMITED, FLEET MANAGEMENT LTD., AND M/V COSCO BUSAN TO EXTEND THE TIME FOR FILING AND SERVICE OF A RESPONSE TO PLAINTIFFS' VERIFIED SECOND AMENDED CLASS ACTION COMPLAINT AND PROPOSED ORDER** |

**TO THE COURT AND ALL COUNSEL OF RECORD:**

**IT IS HEREBY STIPULATED** by and between Plaintiffs CHELSEA, LLC, MARK RUSSO, and ALLEN LORETZ ("Plaintiffs") and Defendants REGAL STONE LIMITED, FLEET MANAGEMENT, LTD., and M/V COSCO BUSAN *in rem* ("Defendants"), through their respective counsel of record, that the time for Defendants to file and serve a response to Plaintiffs' Verified Second Amended Class Action Complaint is further extended by fourteen (14) days. Defendants will file and serve their responses to Plaintiffs' Verified Second Amended Class Action Complaint no later than Friday, September 19, 2008.

This stipulation is not entered into for purposes of delay, but to permit Defendants to continue their investigation, to address the new allegations contained in Plaintiff's Verified Second Amended Class Action Complaint, and to allow Defendants to formulate a proper response.

**IT IS SO STIPULATED AND AGREED.**

DATED: September 5, 2008         AUDET & PARTNERS, LLP

                                 By:  /s/ William M. Audet
                                      WILLIAM M. AUDET
                                      Attorney for Plaintiffs
                                      CHELSEA, LLC, MARK RUSSO
                                      and ALLEN LORETZ

DATED: September 5, 2008         KEESAL, YOUNG & LOGAN

                                 By:  /s/ Julie L. Taylor
                                      JOHN D. GIFFIN
                                      JOSEPH A. WALSH II
                                      JULIE L. TAYLOR
                                      ANNE M. MORIARTY

                                      Attorneys for Defendants
                                      REGAL STONE LIMITED, FLEET
                                      MANAGEMENT LTD., and M/V
                                      COSCO BUSAN

STIPULATION OF PLAINTIFFS AND DEFENDANTS REGAL STONE LIMITED, FLEET MANAGEMENT LTD., AND M/V COSCO BUSAN TO EXTEND THE TIME FOR FILING AND SERVICE OF A RESPONSE TO PLAINTIFFS' VERIFIED SECOND AMENDED CLASS ACTION COMPLAINT AND PROPOSED ORDER - Case No. C-07-5800-SC

# ORDER

Based on the foregoing Stipulation, IT IS HEREBY ORDERED that the time for Defendants REGAL STONE LIMITED, FLEET MANAGEMENT, LTD., and M/V COSCO BUSAN *in rem* ("Defendants") to file and serve a response to the Verified Second Amended Class Action Complaint of Plaintiffs CHELSEA, LLC, MARK RUSSO, and ALLEN LORETZ is extended by fourteen (14) days. Defendants are ordered to file and serve their responses to Plaintiffs' Verified Second Amended Class Action Complaint no later than Friday, September 19, 2008.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____   _____
HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE