Erich P. Wise/State Bar No. 63219
Aleksandrs E. Drumalds/State Bar No. 237101
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
Telephone: (562) 435-2626
Facsimile:  (562) 437-7555

James B. Nebel/State Bar No. 69626
Conte C. Cicala/State Bar No. 173554
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California
Telephone:  (415) 693-5566
Facsimile:   (415) 693-0410

Attorneys for Defendant
HANJIN SHIPPING CO., LTD.

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chelsea, LLC, Mark Russo, and Allen Loretz, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>Regal Stone, Ltd., Hanjin Shipping Co., Ltd., Synergy Maritime, Ltd., Fleet Management, Ltd., and John Cota, *In Personam*; M/V Cosco Busan, their engine, tackle, equipment, appurtenances, freights, and cargo, *In Rem*,<br><br>　　　　Defendants. | CASE NO.:  CV-07-5800 SC<br><br>STIPULATION OF PLAINTIFFS AND DEFENDANT HANJIN SHIPPING CO., LTD. TO FURTHER EXTEND THE TIME FOR FILING AND SERVICE OF A RESPONSE TO PLAINTFFS' VERIFIED SECOND AMENDED CLASS ACTION COMPLAINT; ORDER THEREON<br><br>[Civil Local Rule 6-1(b)] |

**TO THE COURT AND ALL COUNSEL OF RECORD:**

**IT IS HEREBY STIPULATED** by and between plaintiffs CHELSEA, LLC, MARK RUSSO, and ALLEN LORETZ ("Plaintiffs") and defendant HANJIN SHIPPING CO., LTD, ("Hanjin"), through their respective counsel of record, that the time for Hanjin to file and serve a response to Plaintiffs' Verified Second Amended Class Action Complaint is further extended by an additional fourteen (14) days.  Defendant Hanjin will file and serve its response to Plaintiffs' Verified Second Amended Class Action Complaint no later than Friday, September 19, 2008.  The Court has approved two previous requests by Plaintiffs and Hanjin to extend the time for Hanjin to respond to Plaintiffs' Verified Second Amended Class Action Complaint.

This stipulation for a further extension of time is not entered into for purposes of delay, but to permit defendant Hanjin to continue its investigation, to address the new allegations contained in Plaintiffs' Verified Second Amended Class Action Complaint, and to allow defendant Hanjin to formulate a proper response.

**IT IS SO STIPULATED AND AGREED.**

Dated: September 5, 2008        AUDET & PARTNERS, LLP

By: /s/ William M. Audet (as authorized on 9/5/08)
William M. Audet
Attorney for Plaintiff
CHELSEA, LLC, MARK RUSSO, and ALLEN LORETZ

Dated: September 5, 2008        FLYNN, DELICH & WISE LLP

By:  /s/ Erich P. Wise
Erich P. Wise
Attorney for Defendant
HANJIN SHIPPING CO., LTD

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

**O R D E R**

Based on the foregoing Stipulation, IT IS HEREBY ORDERED that the time for defendant HANJIN SHIPPING CO., LTD to file and serve a response to the Verified Second Amended Class Action Complaint of plaintiffs CHELSEA, LLC, MARK RUSSO, and ALLEN LORETZ is further extended by an additional fourteen days (14) days. Defendant Hanjin is ordered to file and serve its response to Plaintiffs' Verified Second Amended Class Action Complaint no later than Friday, September 19, 2008.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____    _____
HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

**FLYNN, DELICH & WISE LLP**
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

STIPULATION OF PLAINTIFFS AND DEFENDANT HANJIN SHIPPING CO., LTD. TO FURTHER EXTEND THE TIME FOR FILING AND SERVICE OF A RESPONSE TO PLAINTFFS' VERIFIED SECOND AMENDED CLASS ACTION COMPLAINT; ORDER THEREON