```
 1  JOHN D. GIFFIN, CASB No. 89608
    john.giffin@kyl.com
 2  JOSEPH A. WALSH II, CASB No. 143694
    joe.walsh@kyl.com
 3  JULIE L. TAYLOR, CASB No. 154341
    julie.taylor@kyl.com
 4  ANNE M. MORIARTY, CASB No. 251803
    annie.moriarty@kyl.com
 5  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 6  450 Pacific Avenue
    San Francisco, California  94133
 7  Telephone:   (415) 398-6000
    Facsimile:   (415) 981-0136
 8
    Attorneys for Defendants
 9  REGAL STONE, LIMITED, FLEET MANAGEMENT, LTD.,
    and M/V COSCO BUSAN
10
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELSEA, LLC, MARK RUSSO, and ALLEN LORETZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>REGAL STONE, LTD., HANJIN SHIPPING CO., LTD., SYNERGY MARITIME, LTD, FLEET MANAGEMENT, LTD, and JOHN COTA, *In Personam*; M/V COSCO BUSAN, their engines, tackle, equipment, appurtenances, freights, and cargo *In Rem*,<br><br>Defendant. | Case No. C-07-5800-SC<br><br>AT LAW AND IN ADMIRALTY<br><br>**STIPULATION OF PLAINTIFFS AND DEFENDANTS REGAL STONE LIMITED, FLEET MANAGEMENT LTD., AND M/V COSCO BUSAN TO EXTEND THE TIME FOR FILING AND SERVICE OF A RESPONSE TO PLAINTIFFS' VERIFIED SECOND AMENDED CLASS ACTION COMPLAINT AND ~~PROPOSED~~ ORDER** |

- 1 -   KYL_SF466185

STIPULATION OF PLAINTIFFS AND DEFENDANTS REGAL STONE LIMITED, FLEET MANAGEMENT LTD., AND M/V COSCO BUSAN TO EXTEND THE TIME FOR FILING AND SERVICE OF A RESPONSE TO PLAINTIFFS' VERIFIED SECOND AMENDED CLASS ACTION COMPLAINT AND PROPOSED ORDER - Case No. C-07-5800-SC

**TO THE COURT AND ALL COUNSEL OF RECORD:**

**IT IS HEREBY STIPULATED** by and between Plaintiffs CHELSEA, LLC, MARK RUSSO, and ALLEN LORETZ ("Plaintiffs") and Defendants REGAL STONE LIMITED, FLEET MANAGEMENT, LTD., and M/V COSCO BUSAN *in rem* ("Defendants"), through their respective counsel of record, that the time for Defendants to file and serve a response to Plaintiffs' Verified Second Amended Class Action Complaint is further extended by fourteen (14) days. Defendants will file and serve their responses to Plaintiffs' Verified Second Amended Class Action Complaint no later than Friday, September 19, 2008.

This stipulation is not entered into for purposes of delay, but to permit Defendants to continue their investigation, to address the new allegations contained in Plaintiff's Verified Second Amended Class Action Complaint, and to allow Defendants to formulate a proper response.

**IT IS SO STIPULATED AND AGREED.**

DATED: September 5, 2008                AUDET & PARTNERS, LLP

                                        By:  /s/ William M. Audet
                                             WILLIAM M. AUDET
                                             Attorney for Plaintiffs
                                             CHELSEA, LLC, MARK RUSSO
                                             and ALLEN LORETZ

DATED: September 5, 2008                KEESAL, YOUNG & LOGAN

                                        By:  /s/ Julie L. Taylor
                                             JOHN D. GIFFIN
                                             JOSEPH A. WALSH II
                                             JULIE L. TAYLOR
                                             ANNE M. MORIARTY

                                             Attorneys for Defendants
                                             REGAL STONE LIMITED, FLEET
                                             MANAGEMENT LTD., and M/V
                                             COSCO BUSAN

## ORDER

Based on the foregoing Stipulation, IT IS HEREBY ORDERED that the time for Defendants REGAL STONE LIMITED, FLEET MANAGEMENT, LTD., and M/V COSCO BUSAN *in rem* ("Defendants") to file and serve a response to the Verified Second Amended Class Action Complaint of Plaintiffs CHELSEA, LLC, MARK RUSSO, and ALLEN LORETZ is extended by fourteen (14) days. Defendants are ordered to file and serve their responses to Plaintiffs' Verified Second Amended Class Action Complaint no later than Friday, September 19, 2008.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 9/8/08



HON. _____
UNITED STATES DISTRICT JUDGE

STIPULATION OF PLAINTIFFS AND DEFENDANTS REGAL STONE LIMITED, FLEET MANAGEMENT LTD., AND M/V COSCO BUSAN TO EXTEND THE TIME FOR FILING AND SERVICE OF A RESPONSE TO PLAINTIFFS' VERIFIED SECOND AMENDED CLASS ACTION COMPLAINT AND PROPOSED ORDER - Case No. C-07-5800-SC