```
 1  WILLIAM C. MORISON (State Bar No. 99981)
    William.Morison@morisonansa.com
 2  MARC J. DEREWETZKY (State Bar No. 130944)
    Marc.Derewetzky@morisonansa.com
 3  THOMAS HOLDEN (State Bar No. 130277)
    Thomas.Holden@morisonansa.com
 4  MORISON ANSA HOLDEN ASSUNCAO &
       PROUGH, LLP
 5  1550 Parkside Drive, Third Floor
    Walnut Creek, CA 94596-8068
 6  Telephone: (925) 937-9990
    Facsimile: (925) 937-3272
 7
    Attorneys for Plaintiff-in-Intervention
 8  RLI INSURANCE COMPANY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHN JOSEPH COTA, et al.,<br><br>　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS. | CASE NO. 3:08-cv-2052-SC, as related to:<br>07-cv-5800-SC;<br>07-cv-6045-SC;<br>07-cv-5926-SC; abd<br>08-cv-2268<br><br>**ORDER**<br><br>SUBSTITUTION OF COUNSEL FOR<br><u>RLI INSURANCE COMPANY</u> |

　　　　Plaintiff-in-Intervention RLI Insurance Company hereby substitutes the law firm of Morison Ansa Holden Assuncao & Prough, LLP in the place and stead of Sedgwick, Detert, Moran & Arnold as its counsel of record.

Dated: February 27, 2009　　　　　　RLI INSURANCE COMPANY

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　Richard C. Bargon

- 1 -　　　　　　　　　　　　　Substitution of Counsel for
　　　　　　　　　　　　　　　RLI Insurance Company

1  We accept the above representation.

2  Dated: ~~February~~ March 19, 2009        MORISON ANSA HOLDEN ASSUNCAO &
3                                                                        PROUGH, LLP

4
5  By: /s/ Marc J. Derewetzky
6

7  We consent to the above substitution and hereby withdraw from such representation.

8  Dated: February 23, 2009                    SEDGWICK, DETERT, MORAN &
9                                                                        ARNOLD, LLP

10
11  By: /s/ Julia A. Molander

12
13  138641

14  DATED: 3/20/09

**IT IS SO ORDERED**

/s/ Samuel Conti
Judge Samuel Conti

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)