Anthony M. Urie, CASB 92363
Law Office of Anthony M. Urie, PLLC
18028 17th Ave NW
Shoreline, WA 98177
(206) 542-2567
(206) 859-3400

Affiliated Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chelsea, LLC, Mark Russo, Allen Loretz and on behalf of all others similarly situated, <br><br> Plaintiffs. <br><br> v. <br><br> Regal Stone, LTD, Hanjin Shipping Co., Ltd, Synergy Maritime, LTD, Fleet Management, LTD, and John Cota, *In Personam*; MV Cosco Busan, their engines, tackle, equipment, appurtenances, freights, and cargo, *In Rem*, <br><br> Defendants. | Case No. C-07-5800-SC <br><br> NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD AND [PROPOSED] ORDER GRANTING WITHDRAWAL <br><br> HON. SAMUEL J. CONTI <br> UNITED STATES DISTRICT JUDGE |

1. WHEREAS, plaintiffs are represented by the law firm of Audet and Partners, LLP.

2. WHEREAS, Anthony M. Urie, appeared in the case as affiliated counsel for plaintiff

-1-
**NOTICE OF WITHDRAWAL AND PROPOSED ORDER**

3. WHEREAS, Anthony M. Urie, is no longer affiliated with the law firm of Audet and Partners, LLP.

NOWHEREFORE Anthony M. Urie hereby respectfully submit his Notice of Withdrawal and Proposed Order allowing him to withdraw as counsel of record in the above-entitled action.

Dated this 15th day of April, 2009.

By: /s/ Anthony M. Urie
Anthony M. Urie, CASB No. 92363
Law Office of Anthony M. Urie, PLLC
18025 17th Ave NW
Shoreline, WA 98177
(206) 542-2567

-2-

NOTICE OF WITHDRAWAL AND PROPOSED ORDER

~~PROPOSED ORDER~~

The Court grants Anthony M. Urie's request to withdraw as counsel of record in the action *Chelsea, LLC et al vs. Regal Stone, LTD et al.* Case No. C-07-5800-SC.

**IT IS SO ORDERED.**

_____
HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

*[Stamp: IT IS SO ORDERED / Judge Samuel Conti / United States District Court Northern District of California]*

-3-

**NOTICE OF WITHDRAWAL AND PROPOSED ORDER**