```
 1   JOSEPH A. WALSH II, CASB NO 143694
     joe.walsh@kyl.com
 2   GORDON YOUNG, CASB NO 158100
     gordon.young@kyl.com
 3   CHRISTOPHER A. STECHER, CASB No. 215329
     chris.stecher@kyl.com
 4   KEESAL, YOUNG & LOGAN
     A Professional Corporation
 5   450 Pacific Avenue
     San Francisco, California 94133
 6   Telephone:    (415) 398-6000
     Facsimile:    (415) 981-0136
 7
 8   Attorneys for Plaintiffs REGAL STONE LIMITED
     and FLEET MANAGEMENT LTD.
 9
10
11                     UNITED STATES DISTRICT COURT
12                    NORTHERN DISTRICT OF CALIFORNIA
13
14   CHELSEA, LLC, MARK RUSSO, and           )  Case No. C 07-5800 SC
15   ALLEN LORETZ, individually and on behalf)
     of all others similarly situated        )  And related cases:
16                                           )
                              Plaintiff(s),  )  07-6045 SC, 08-2268 SC, 08-2052 SC,
17                                           )  08-5098 SC, 09-01469 SC
                   vs.                       )
18                                           )  JOINT STIPULATION TO POSTPONE
     REGAL STONE LIMITED, HANJIN             )  CASE MANAGEMENT CONFERENCE AND
19   SHIPPING CO., LTD., SYNERGY MARITIME,)   [PROPOSED] ORDER
     LTD., FLEET MANAGEMENT LTD., and        )
20   JOHN COTA IN PERSONAM, M/V COSCO        )
     BUSAN IN REM                            )
21                                           )
                              Defendants.    )
22                                           )
                                             )
23                                           )
                                             )
24
25
26        This Joint Stipulation to Continue the Case Management Conference is filed jointly by all
27   parties in the above listed cases pursuant to this Court's instruction.
28
```

Pursuant to guidance from the Court, all the parties by and through their counsel herein in the following related cases, HEREBY STIPULATE AND AGREE:

<u>Chelsea, LLC et al. v. Regal Stone, Limited, et al.</u>, Case No. C-07-5800

<u>U.S. et al. v. M/V Cosco Busan, et al.</u>, Case No. 07-06045

<u>Continental Insurance Co., et al. v. Cota, et al.</u>, Case No. 08-02052

<u>People of the State of California v. Regal Stone, Ltd. et al.</u>, Case No. 08-02268

<u>Regal Stone, et al. v. Cota, et al.</u>, Case No. 08-05098

<u>People of the State of California ex rel. Department of Fish and Game et al. v. Regal Stone Ltd. et al.</u>, Case No. 09-01469

1.   A plea has been entered by defendant John Cota in the pending criminal case related to the November 7, 2007 allision and resulting oil spill involving the M/V COSCO BUSAN, <u>U.S. v. Cota, et al.</u>, Case No, CR 08-0160-1 SI-2, with sentencing set for June 2009. Trial of defendant Fleet Management Ltd. in the criminal case presently is set for mid-September 2009. In view of the still pending criminal case, the parties stipulate and agree that the May 1, 2009 Case Management Conference scheduled by this Court shall be continued until September 25, 2009. In addition, the parties agree that by September 18, 2009, the parties shall submit a Consolidated Joint Case Management Conference Statement ("Joint CMC Statement"). This Joint CMC Statement shall be a single document and include all of the related actions.

2.   The parties further stipulate and agree that the stay currently in effect for all the related civil actions pending before this Court (Case Nos. C-07-5800, 07-05926, 07-06045, 08-02052, 08-02268, 08-05098, 09-01469) shall be continued through the proposed September 25th Case Management Conference, at which time the parties and the Court can evaluate the status of the criminal case, if any remains pending, at that time.

**IT IS SO STIPULATED AND AGREED.**

[SIGNATURES CONTINUED ON NEXT PAGE]

1
2         <u>Chelsea, LLC *et al.* v. Regal Stone, Limited, *et al.*, Case No. C-07-5800</u>
3
4  DATED: April 28, 2009                    /s/ William M. Audet
                                            WILLIAM M. AUDET
5                                           ADEL NADJI
                                            AUDET & PARTNERS, LLP
6                                           Attorney for Plaintiffs
                                            CHELSEA, LLC, MARK RUSSO and ALLEN
7                                           LORETZ
8
9
10 DATED: April 28, 2009                    /s/ Joseph A. Walsh II
                                            JOSEPH A. WALSH II
11                                          KEESAL, YOUNG & LOGAN
                                            Attorneys for Defendants
12                                          REGAL STONE LIMITED, FLEET
                                            MANAGEMENT LTD., M/V COSCO BUSAN,
13                                          and SYNERGY MARITIME LTD.
14
15 DATED: April 28, 2009                    /s/ Erich Paul Wise
                                            ERICH PAUL WISE
16                                          FYLNN, DELICH & WISE
                                            Attorneys for Defendant HANJIN SHIPPING
17                                          CO.
18
19
                          [SIGNATURES CONTINUED ON NEXT PAGE]
20
21
22
23
24
25
26
27
28
                                       - 3 -                              KYL_SF478926
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE- Case No. C 07-5800 SC

1
2   <u>U.S. *et al.* v. M/V Cosco Busan, *et al.*, Case No. 07-06045</u>
3
4
5   DATED: April 28, 2009                    /s/ R. Michael Underhill
                                             R. MICHAEL UNDERHILL
6                                            BRADLEY ROBERT O'BRIEN
                                             U.S. DEPARTMENT OF JUSTICE
7                                            Attorney for Plaintiff, Counter-Defendant and
                                             Third Party Plaintiff UNITED STATES OF
8                                            AMERICA
9
10  DATED: April 28, 2009                    /s/ Joseph A. Walsh II
                                             JOSEPH A. WALSH II
11                                           KEESAL, YOUNG & LOGAN
                                             Attorneys for Defendant M/V COSCO BUSAN
12                                           and Defendants and Counter-Claimants REGAL
                                             STONE LIMITED and FLEET MANAGEMENT
13                                           LTD.
14
15
16  DATED: April 28, 2009                    /s/ Walter Gerard Coppenrath, Jr.
                                             WALTER GERARD COPPENRATH, JR.
17                                           COPPENRATH & ASSOCIATES
                                             Attorneys for Defendant JOHN COTA
18
19
20
21  DATED: April 28, 2009                    /s/ Sonja Marie Dahl
                                             SONJA MARIE DAHL
22                                           DONNELLY NELSON DEPOLO &
                                             MURRAY
23                                           Attorney for Third-Party Defendant
                                             CHARLES CALZA
24
25
                    [SIGNATURES CONTINUED ON NEXT PAGE]
26
27
28
                                          - 4 -                              KYL_SF478926
    JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE- Case No. C 07-5800 SC

**Continental Insurance Co., *et al.* v. Cota, *et al.*, Case No. 08-02052**

DATED: April 28, 2009                    /s/ Samuel Harold Ruby
                                          SAMUEL HAROLD RUBY
                                          KEVIN KIN-MAN HO
                                          BULLIVANT HOUSER BAILEY, PC
                                          Attorneys for Plaintiff/Counter-Defendant
                                          CONTINENTAL INSURANCE COMPANY

DATED: April 28, 2009                    /s/ Steven Crane
                                          STEVEN CRANE
                                          BERKES CRANE ROBINSON & SEAL LLP
                                          Attorneys for Plaintiff/Counter-Defendant
                                          CONTINENTAL INSURANCE COMPANY

DATED: April 28, 2009                    /s/ Julia Ann Molander
                                          JULIA ANN MOLANDER
                                          ANDREW KING
                                          SEDGWICK, DETERT, MORAN & ARNOLD, LLP
                                          Attorneys for Plaintiff-In-Intervention
                                          RLI INSURANCE COMPANY

DATED: April 28, 2009                    /s/ Joseph A. Walsh II
                                          JOSEPH A. WALSH II
                                          KEESAL, YOUNG & LOGAN
                                          Attorneys for Defendant M/V COSCO BUSAN
                                          and Defendants/Counter-Claimants/Third-Party
                                          Plaintiffs REGAL STONE LIMITED and FLEET
                                          MANAGEMENT LTD.

[SIGNATURES CONTINUED ON NEXT PAGE]

```
 1
 2
 3
 4  DATED: April 28, 2009                    /s/ David Schack
                                             DAVID SCHACK
 5                                           LUKE ANDERSON
                                             K&L GATES LLP
 6                                           Attorneys For Cross-Defendant
                                             JOHN COTA
 7
 8
 9  DATED: April 28, 2009                    /s/ Randy Scott Erlewine
                                             RANDY SCOTT ERLEWINE
10                                           PHILLIPS & ERLEWINE LLP
                                             Attorneys for Third Party Defendants
11                                           THE SAN FRANCISCO BAR PILOTS and The
                                             SAN FRANCISCO BAR PILOTS
12                                           BENEVOLENT & PROTECTIVE
                                             ASSOCIATION
13
14
                    [SIGNATURES CONTINUED ON NEXT PAGE]
15
```

**People of the State of California v. Regal Stone, Ltd. *et al.*, Case No. 08-02268**

DATED: April 28, 2009          /s/ Jeffrey Richard Vincent
                               JEFFREY RICHARD VINCENT
                               JUDITH JOYCE LOACH
                               OFFICE OF THE ATTORNEY GENERAL OF
                               THE STATE OF CALIFORNIA
                               Attorneys for *Counter-Defendant State of California, acting by and through the Board of Pilot Commissioners*

DATED: April 28, 2009          /s/ Bruce A. Behrens
                               BRUCE A. BEHRENS
                               DAVID GOSSAGE
                               KARL SCHMIT
                               WM. DAVID SULLIVAN
                               PATRICK PETERSON
                               Attorneys for Plaintiff and Counter-Defendant
                               PEOPLE OF THE STATE OF CALIFORNIA
                               *acting by and through the Department of Transportation*

DATED: April 28, 2009          /s/ Joseph A. Walsh II
                               JOSEPH A. WALSH II
                               KEESAL, YOUNG & LOGAN
                               Attorneys for Defendant/Counter-Claimant
                               REGAL STONE LIMITED and Defendant M/V
                               COSCO BUSAN

[SIGNATURES CONTINUED ON NEXT PAGE]

**Regal Stone, *et al.* v. Cota, *et al.*, Case No. 08-05098**

DATED:  April 28, 2009

/s/ Joseph A. Walsh II
JOSEPH A. WALSH II
KEESAL, YOUNG & LOGAN
Attorneys for Plaintiff
REGAL STONE LIMITED and FLEET MANAGEMENT LTD.

DATED:  April 28, 2009

/s/ Ryan Donlon
RYAN DONLON
FORREST BOOTH
RANDY SCOTT ERLEWINE
SEVERSON & WERSON
Attorneys for Defendants
SAN FRANCISCO BAR PILOT'S ASSOCIATION, PETER MCISAAC, RUSSEL NYBORG, SAN FRANCISCO BAR PILOTS

DATED:  April 28, 2009

/s/ David Schack
DAVID SCHACK
LUKE ANDERSON
K&L GATES LLP
Attorneys For Defendant
JOHN COTA

KYL_SF478926

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE- Case No. C 07-5800 SC

**People of the State of California *ex rel.* Department of Fish and Game, *et al.* v. Regal Stone Ltd., *et al.*, Case No. 09-01469**

DATED:  April 28, 2009

/s/ Kevin Derek Lesh
KEVIN DEREK LESH
CALIFORNIA STATE ATTORNEY GENERAL'S OFFICE
Attorneys for Plaintiffs
PEOPLE OF THE STATE OF CALIFORNIA, *EX REL.* DEPARTMENT OF FISH AND GAME, PEOPLE OF THE STATE OF CALIFORNIA *EX REL.*, CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION, PEOPLE OF THE STATE OF CALIFORNIA *EX REL.*, STATE LANDS COMMISSION

DATED:  April 28, 2009

/s/ Joseph A. Walsh II
JOSEPH A. WALSH II
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
REGAL STONE LIMITED, FLLET MANAGEMENT LTD., SYNERGY MANAGEMENT SERVICES, SYNERGY MARINE LTD.

DATED:  April 28, 2009

/s/ James Barton Nebel
JAMES BARTON NEBEL
ERICH PAUL WISE
FLYNN DELICH & WISE, LLP
Attorneys for Defendant
HANJIN SHIPPING CO., LTD.

DATED:  April 28, 2009

/s/ Walter Gerard Coppenrath, Jr.
WALTER GERARD COPPENRATH, JR.
COPPENRATH & ASSOCIATES
Attorneys for Defendant
JOHN J. COTA

## **ORDER**

Based upon the foregoing Stipulation of the Parties, and good cause appearing therefore, IT IS SO ORDERED.

DATED: April 29, 2009



_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Samuel Conti

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE- Case No. C 07-5800 SC