```
1   JOSEPH A. WALSH II, CASB NO.143694
    joe.walsh@kyl.com
2   GORDON C. YOUNG, CASB NO.158100
    gordon.young@kyl.com
3   CHRISTOPHER A. STECHER, CASB NO. 215329
    christopher.stecher@kyl.com
4   DAVID A. TONG, CASB NO. 238971
    david.tong@kyl.com
5   KEESAL, YOUNG & LOGAN
    A Professional Corporation
6   450 Pacific Avenue
    San Francisco, California 94133
7   Telephone:    (415) 398-6000
    Facsimile:    (415) 981-0136
8
9   Attorneys for Defendants REGAL STONE LIMITED, FLEET
    MANAGEMENT LTD, SYNERGY MANAGEMENT
10  SERVICES; and SYNERGY MARINE LTD.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA ex rel. DEPARTMENT OF FISH AND GAME; PEOPLE OF THE STATE OF CALIFORNIA ex rel. CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION; AND PEOPLE OF THE STATE OF CALIFORNIA ex rel. STATE LANDS COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>REGAL STONE LTD.; FLEET MANAGEMENT LTD.; HANJIN SHIPPING CO. LTD.; SYNERGY MANAGEMENT SERVICES; SYNERGY MARINE LTD.; JOHN J. COTA, AN INDIVIDUAL; AND DOES 1 THROUGH 100,<br><br>Defendants. | Case No. C 09-01469 (SC)<br><br>IN ADMIRALTY<br><br>And consolidated cases:<br>CV 08 5098 (SC),<br>C 07 06045 (SC),<br>CV 07 05800 (SC),<br>CV 08 02052 (SC),<br>CV 08 2268 (SC)<br><br>**STIPULATION TO CONSOLIDATE CASE WITH CASE NOS.:**<br><br>**CV 08 5098 (SC),**<br>**C 07 06045 (SC),**<br>**CV 07 05800 (SC),**<br>**CV 08 02052 (SC), AND**<br>**CV 08 2268 (SC)**<br>**FOR PRETRIAL AND DISCOVERY PURPOSES** |

///

THE PARTIES TO THIS STIPULATION, by and through their respective counsel hereby stipulate that this case shall be consolidated for pretrial and discovery purposes with the following related cases, which cases were consolidated by order of the Court dated February 3, 2009 (collectively, "Consolidated Cases"):

> Chelsea, LLC v. Regal Stone Limited, et al., Case No. 07-05800 (SC).
>
> U.S. et al. v. M/V Cosco Busan, et al., Case No. 07-06045(SC)
>
> The Continental Insurance Co. v. Regal Stone Limited, et al., Case No. 08-02052 (SC).
>
> The People of the State of California v. Regal Stone Limited, et al., Case No. 08-2268 (SC).
>
> Regal Stone Limited, et al. v. John J. Cota, The San Francisco Bar Pilot's Association, et al., Case No. 08-5098 (SC).

WHEREAS, on February 3, 2009, the Court issued an order consolidating the Consolidated Cases for pretrial and discovery purposes only.

WHEREAS, this action was not subject to the February 3, 2009 Order consolidating the Related Cases for pretrial and discovery purposes only as this action was not removed to federal court until April 8, 2009.

WHEREAS, the parties hereto agree that consolidation of this case for pretrial and discovery purposes is appropriate as this case arises out of the same underlying incident, the November 7, 2007 allision of the *M/V COSCO BUSAN* and the Bay Bridge and involves common questions of law or fact with the Consolidated Cases.

///

///

1         WHEREAS, consolidating this action with the Consolidated Cases for pretrial and
2   discovery purposes only will save time and effort because it will avoid duplication of depositions and
3   other discovery.

4         **IT IS SO STIPULATED AND AGREED.**

5

6         <u>People of the State of California ex rel. Dep't of Fish and Game, *et al.* v.</u>
7         <u>Regal Stone Limited, *et al.*, Case No. C 09-01469 (SC)</u>

8

9   DATED: August 31, 2009        /s/ Kevin D. Lesh
                                                     EDMUND G. BROWN JR.
10                                               J. MATTHEW RODRIQUEZ
                                             MARY E. HACKENBRACHT
11                                               CHRISTINA TIEDEMANN
                                             ROBERT W. BYRNE
12                                               KEVIN D. LESH
13                                               SUSAN A. AUSTIN
                                             Attorneys for Plaintiffs PEOPLE OF THE STATE OF
14                                               CALIFORNIA, EX REL. DEPARTMENT OF FISH
                                             AND GAME; PEOPLE OF THE STATE OF
15                                               CALIFORNIA EX REL. CALIFORNIA REGIONAL
                                             WATER QUALITY CONTROL BOARD, SAN
16                                               FRANCISCO BAY REGION; and PEOPLE OF THE
                                             STATE OF CALIFORNIA EX REL STATE LANDS
17                                               COMMISSION

18

19  DATED: August 31, 2009        /s/ Joseph A. Walsh II
                                             JOSEPH A. WALSH II
20                                               GORDON C. YOUNG
21                                               CHRISTOPHER A. STECHER
                                             DAVID A. TONG
22                                               KEESAL, YOUNG & LOGAN
                                             Attorneys for Defendants REGAL STONE LIMITED
23                                               and FLEET MANAGEMENT LTD

24

25  DATED: August 31, 2009        /s/ Erich Paul Wise
                                             JAMES BARTON NEBEL
26                                               ERICH PAUL WISE
                                             FLYNN DELICH & WISE, LLP
27                                               Attorneys for Defendant HANJIN SHIPPING CO., LTD.

28                     *[SIGNATURES CONTINUE ON NEXT PAGE]*

| | |
|---|---|
| 1  DATED: August 31, 2009 | /s/ Walter Gerard Coppenrath, Jr.<br>WALTER GERARD COPPENRATH, JR.<br>COPPENRATH & ASSOCIATES<br>Attorneys for Defendant JOHN J. COTA |

*[SIGNATURES CONTINUE ON NEXT PAGE]*

<u>**Regal Stone**, *et al.* v. **Cota**, *et al.*, **Case No. 08-05098**</u>

DATED August 31, 2009      /s/ Joseph A. Walsh II
                                            JOSEPH A. WALSH II
                                            KEESAL, YOUNG & LOGAN
                                            Attorneys for Plaintiff
                                            REGAL STONE LIMITED and
                                            FLEET MANAGEMENT LTD

DATED: August 31, 2009      /s/ Ryan Donlon
                                            RYAN DONLON
                                            FORREST BOOTH
                                            RANDY SCOTT ERLEWINE
                                            SEVERSON & WERSON
                                            Attorneys for Defendants
                                            SAN FRANCISCO BAR PILOT'S ASSOCIATION,
                                            PETER MCISAAC, RUSSEL NYBORG, SAN
                                            FRANCISCO BAR PILOTS

DATED: August 31, 2009      /s/ Kent Roberts
                                            KENT ROBERTS
                                            NOAH JARRETT
                                            DONALD HONIGMAN
                                            SCHWABE, WILLIAMSON & WYATT
                                            Attorneys for Defendant
                                            JOHN COTA

*[SIGNATURES CONTINUE ON NEXT PAGE]*

<u>U.S., *et al.* v. M/V Cosco Busan, *et al.*, Case No. 07-06045</u>

DATED: August 31, 2009          /s/ R. Michael Underhill
                                R. MICHAEL UNDERHILL
                                BRADLEY ROBERT O'BRIEN
                                U.S. DEPARTMENT OF JUSTICE
                                Attorney for Plaintiff, Counter-Defendant and Third
                                Party Plaintiff
                                UNITED STATES OF AMERICA

DATED: August 31, 2009          /s/ Joseph A. Walsh II
                                JOSEPH A. WALSH II
                                KEESAL, YOUNG & LOGAN
                                Attorneys for Defendant M/V COSCO BUSAN and
                                Defendants and Counter-Claimants REGAL STONE
                                LIMITED and FLEET MANAGEMENT LTD

DATED: August 31, 2009          /s/ Walter Gerard Coppenrath, Jr.
                                WALTER GERARD COPPENRATH, JR.
                                COPPENRATH & ASSOCIATES
                                Attorneys for Defendant
                                JOHN COTA

DATED: August 31, 2009          /s/ Sonja Marie Dahl
                                SONJA MARIE DAHL
                                DONNELLY NELSON DEPOLO & MURRAY
                                Attorney for Third-Party Defendant
                                CHARLES CALZA

[SIGNATURES CONTINUED ON NEXT PAGE]

<u>**Chelsea, LLC, *et al.* v. Regal Stone, Ltd., *et al.*, Case No. C-07-5800**</u>

DATED: August 31, 2009          /s/ William M. Audet
                                WILLIAM M. AUDET
                                ADEL NADJI
                                AUDET & PARTNERS, LLP
                                Attorney for Plaintiffs
                                CHELSEA, LLC, MARK RUSSO and
                                ALLEN LORETZ


DATED: August 31, 2009          /s/ Joseph A. Walsh II
                                JOSEPH A. WALSH II
                                KEESAL, YOUNG & LOGAN
                                Attorneys for Defendants
                                REGAL STONE LIMITED, FLEET MANAGEMENT
                                LTD, M/V COSCO BUSAN, and SYNERGY
                                MARITIME LTD.


DATED: August 31, 2009          /s/ Erich Paul Wise
                                ERICH PAUL WISE
                                FYLNN, DELICH & WISE
                                Attorneys for Defendant
                                HANJIN SHIPPING CO.


*[SIGNATURES CONTINUED ON NEXT PAGE]*

<u>Continental Insurance Co., *et al.* v. Cota, *et al.*, Case No. 08-02052</u>

| | |
|---|---|
| DATED: August 31, 2009 | /s/ Samuel Harold Ruby |
| | SAMUEL HAROLD RUBY |
| | KEVIN KIN-MAN HO |
| | BULLIVANT HOUSER BAILEY, PC |
| | Attorneys for Plaintiff/Counter-Defendant |
| | CONTINENTAL INSURANCE COMPANY |

DATED: August 31, 2009                 /s/ Marc J. Derewetzky
                                       MARC J. DEREWETZKY
                                       MORISON HOLDEN DEREWETZKY & PROUGH, LLP
                                       Attorneys for Plaintiff-In-Intervention
                                       RLI INSURANCE COMPANY

DATED: August 31, 2009                 /s/ Joseph A. Walsh II
                                       JOSEPH A. WALSH II
                                       KEESAL, YOUNG & LOGAN
                                       Attorneys for Defendant M/V COSCO BUSAN and Defendants/Counter-Claimants/Third-Party Plaintiffs REGAL STONE LIMITED and FLEET MANAGEMENT LTD

DATED: August 31, 2009                 /s/ David Schack
                                       DAVID SCHACK
                                       LUKE ANDERSON
                                       K&L GATES LLP
                                       Attorneys for Cross-Defendant
                                       JOHN COTA

DATED: August 31, 2009                 /s/ Randy Scott Erlewine
                                       RANDY SCOTT ERLEWINE
                                       PHILLIPS & ERLEWINE LLP
                                       Attorneys for Third Party Defendants
                                       THE SAN FRANCISCO BAR PILOTS and The SAN FRANCISCO BAR PILOTS BENEVOLENT & PROTECTIVE ASSOCIATION

*[SIGNATURES CONTINUED ON NEXT PAGE]*

**People of the State of California v. Regal Stone, Ltd., *et al.*, Case No. 08-02268**

DATED: August 31, 2009        /s/ Jeffrey Richard Vincent
                              JEFFREY RICHARD VINCENT
                              JUDITH JOYCE LOACH
                              OFFICE OF THE ATTORNEY GENERAL OF THE
                              STATE OF CALIFORNIA
                              Attorneys for *Counter-Defendant State of California,
                              acting by and through the Board of Pilot Commissioners*

DATED: August 31, 2009        /s/ David Sullivan
                              BRUCE A. BEHRENS
                              DAVID GOSSAGE
                              KARL SCHMIT
                              WM. DAVID SULLIVAN
                              PATRICK PETERSON
                              Attorneys for Plaintiff and Counter-Defendant
                              PEOPLE OF THE STATE OF CALIFORNIA *acting by
                              and through the Department of Transportation*

DATED: August 31, 2009        /s/ Joseph A. Walsh II
                              JOSEPH A. WALSH II
                              KEESAL, YOUNG & LOGAN
                              Attorneys for Defendant/Counter-Claimant
                              REGAL STONE LIMITED and Defendant M/V COSCO
                              BUSAN

*[SIGNATURES CONTINUED ON NEXT PAGE]*

**ORDER**

Based upon the foregoing Stipulation of the Parties, and good cause appearing therefore, Case No. C09-01469(SC) shall be consolidated for pretrial and discovery purposes with Case Nos. CV 08 5098 (SC), C 07 06045 (SC), CV 07 05800 (SC), CV 08 02052 (SC), and CV 08 2268 (SC).

**IT IS SO ORDERED**.

DATED: September 1, 2009

HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Samuel Conti*