UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>  v.<br><br>JOHN JOSEPH COTA; REGAL STONE LIMITED, FLEET MANAGEMENT, LTD.; and the M/V COSCO BUSAN, LR/IMO Ship No. 9231743, her engines, apparel, electronics, tackle, boats, appurtenances, etc., <u>in rem</u>,<br><br>       Defendants.<br>_____<br>REGAL STONE LIMITED and FLEET MANAGEMENT, LTD.,<br><br>       Counterclaimants,<br><br>  v.<br><br>THE CONTINENTAL INSURANCE COMPANY,<br><br>       Counterdefendant.<br>_____<br>REGAL STONE LIMITED and FLEET MANAGEMENT, LTD.,<br><br>       Cross-Complainants,<br><br>  v.<br><br>JOHN JOSEPH COTA,<br><br>       Cross-Defendant.<br>_____ | Case No. 08-2052 SC<br><br>Related cases:<br>07-5800 SC<br>07-6045 SC<br>08-2268 SC<br>08-5096 SC<br>08-5098 SC<br>09-1469 SC<br><br>ORDER VACATING HEARING; CONTINUING CASE MANAGEMENT <u>CONFERENCE</u> |

1

|  |  |
|---|---|
| REGAL STONE LIMITED and FLEET MANAGEMENT, LTD., | ) ) ) |
| Third-Party Plaintiffs, | ) ) |
| v. | ) ) |
| THE SAN FRANCISCO BAR PILOTS and THE SAN FRANCISCO BAR PILOTS BENEVOLENT AND PROTECTIVE ASSOCIATION, | ) ) ) ) ) |
| Third-Party Defendants. | ) ) |

On September 21, 2009, the Court ordered Continental Insurance Company and John Joseph Cota to file supplemental briefs on whether section 1198(c) of the California Harbors and Navigation Code applies to Defendants. Docket No. 108 ("Order"). The Court finds the matter is appropriate for determination without oral argument. Civ. L. R. 7-1(b). The matter will be decided on the papers. The hearing scheduled for December 18, 2009, is VACATED.

The case management conference set for December 18, 2009, is CONTINUED to March 19, 2010, at 10:00 a.m. in Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

IT IS SO ORDERED.

Dated: December 8, 2009

_____
UNITED STATES DISTRICT JUDGE