William M. Audet (waudet@audetlaw.com)
Michael McShane (mmcshane@audetlaw.com)
Adel A. Nadji (anadji@audetlaw.com)
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.982.1776
Facsimile: 415.568.2556

*Attorneys for Federal Plaintiffs and
the Dungeness Crab Settlement Class*

## UNITED STATES DISTRICT COURT FOR

## THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Allen Loretz, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>Regal Stone, Ltd., Hanjin Shipping, Co., Ltd., Synergy Maritime, Ltd., Fleet Management Ltd., and John Cota, *In Personam*; M/V Cosco Busan, their engines, tackle, equipment, appurtenances, freights, and cargo *In Rem*,<br><br>       Defendants. | Case No. C 07-5800 SC<br><br>**STIPULATION AND [PROPOSED] ORDER RE LIMITED INTERVENTION OF STATE COURT PLAINTIFFS AND FILING MOTION FOR PRELIMINARY APPROVAL OF DUNGENESS CRAB SETTLEMENT** |

WHEREAS, Plaintiff Allen Loretz ("Federal Court Plaintiff") alleges, through the instant action ("Federal Court Action"), claims for damages and injunctive and declaratory relief arising out of the Cosco Busan Oil Spill of November 7, 2007 ("CBOS") on behalf of a putative class of all commercial fishermen operating in the San Francisco Bay and surrounding ocean areas against Defendants Regal Stone Limited, Hanjin Shipping, Co., Ltd., Fleet Management Ltd., and John Cota, and the M/V Cosco Busan, *in rem* (collectively "Defendants");

WHEREAS, Plaintiffs John Tarantino, Steven Fitz, Sean Hodges, John Atkinson, Ernie Koepf, Kiu Phang, and Sau Phang ("State Court Plaintiffs," collectively with the Federal Court Plaintiff and Defendants, "Parties"), through an action filed in San Francisco Superior Court ("State Court Action"), allege claims for damages and injunctive and declaratory relief arising out of the CBOS on behalf of a putative class of all commercial fishermen operating in the San Francisco Bay and surrounding ocean areas against all of the Defendants, except the M/V Cosco Busan *in rem*;

WHEREAS, Federal Court Plaintiff and State Court Plaintiffs have negotiated a proposed settlement ("Settlement") with Defendants Regal Stone Limited and Fleet Management Ltd.;

WHEREAS, the Settlement is attached as Exhibit A to the Memorandum Of Law In Support of Plaintiffs' Motion For Preliminary Approval Of The Dungeness Crab Settlement, which is attached as Exhibit 1 to the Declaration of William Audet in support of the instant Stipulation and [Proposed] Order;

WHEREAS, Plaintiffs' Motion For Preliminary Approval Of The Dungeness Crab Settlement is being separately filed herewith, along with other associated documents;

WHEREAS, unless defined herein, all defined terms used herein shall be given the meanings defined in the Settlement;

WHEREAS, the Settlement provides for the global resolution of the Released Claims of Dungeness Crab Settlement Class Members against Released Parties (which includes all

Defendants) made in both the State Court Action and the Federal Court Action;

WHEREAS, the Settlement proposes the appointment, as Dungeness Crab Settlement Class Representatives, of Federal Court Plaintiff Allen Loretz, along with State Court Plaintiffs John Tarantino, Steven Fitz, Sean Hodges, and John Atkinson;

WEREAS, the Settlement proposes the appointment, as Class Counsel on behalf of the Dungeness Crab Settlement Class, counsel for Federal Court Plaintiffs, William M. Audet of Audet & Partners, LLP, and counsel for the State Court Plaintiffs, Frank M. Pitre of Cotchett Pitre & McCarthy;

WHEREAS, neither the Defendants nor the Federal Court Plaintiff object to the intervention by State Court Plaintiffs in the instant action for the limited purposes of participation in proceedings related to Court approval of the Settlement and any related application for award of attorneys' fees and reimbursement of costs;

WHEREAS, the Defendants therein have are not opposed to Plaintiffs' Motion For Preliminary Approval Of The Dungeness Crab Settlement; and

WHEREAS, no Party requests leave to make oral argument in support or opposition to Plaintiffs' Motion For Preliminary Approval Of The Dungeness Crab Settlement;

NOW, WHEREFORE, PURSANT TO CIVIL L.R. 7-1(a) AND 7-12, DEFENDANTS, FEDERAL COURT PLAINTIFF, STATE COURT PLAINTIFFS, HEREBY STIPULATE AND AGREE, SUBJECT TO THE COURT'S APPROVAL:

1. State Court Plaintiffs may intervene in the instant action pursuant to Federal Rule of Civil Procedure 24 for the limited purposes of participation in proceedings related to Court approval of the Settlement and any related application for award of attorneys' fees and reimbursement of costs;

2. Notwithstanding Civil L.R. 7-2(a), Federal Court Plaintiff may file Plaintiffs' Motion For Preliminary Approval Of The Dungeness Crab Settlement without noticing the Motion on the Court's motion calendar;

3. The instant Stipulation and [Proposed] Order shall constitute a Statement of Nonopposition by each Defendant to Plaintiffs' Motion For Preliminary Approval Of The

1 Dungeness Crab Settlement pursuant to Civil L.R. 7-3(b).  Although Defendants do not oppose Plaintiffs' Motion for Preliminary Approval, they do not necessarily agree to or adopt the representations or characterizations of fact as presented by Plaintiffs in their Motion.

4.	Neither Federal Court Plaintiff nor State Court Plaintiffs shall file any reply in support of Plaintiffs' Motion For Preliminary Approval Of The Dungeness Crab Settlement;

5.	Upon its filing with the Court, Plaintiffs' Motion For Preliminary Approval Of The Dungeness Crab Settlement shall be deemed under submission to the Court; and

6.	No hearing on the Motion For Preliminary Approval Of The Dungeness Crab Settlement shall held, unless the Court separately orders that such a hearing be held.

IT IS SO STIPULATED.

Dated: April 9, 2010				AUDET & PARTNERS, LLP

						/s/ *William M. Audet*
						William M. Audet
						Michael McShane
						Adel J. Nadji
						221 Main Street, Suite 1460
						San Francisco, CA  94105
						Telephone:  415.568.2555
						Facsimile:  415.568.2556

						*Counsel For Federal Court Plaintiff And Proposed Class Counsel On Behalf Of Dungeness Crab Settlement Class*

Dated: April 9, 2010				COTCHETT, PITRE & MCCARTHY

						/s/ *Frank M. Pitre*
						Frank M. Pitre
						Stuart G. Gross
						Daniel R. Sterrett
						San Francisco Airport Office Center
						840 Malcolm Road, Suite 200
						Burlingame, CA 94010
						Telephone:  650.697.6000
						Facsimile:  650.697.0577

						*Counsel For State Court Plaintiffs And Proposed Class Counsel On Behalf Of Dungeness Crab Settlement Class*

| | |
|---|---|
| Dated: April 9, 2010 | KEESAL, YOUNG & LOGAN PC |
| | |
| |     /s/ *Joseph A. Walsh II* |
| | Joseph A. Walsh II |
| | Julie L. Taylor |
| | Julie A. Kole |
| | 450 Pacific Avenue |
| | San Francisco, CA 94133 |
| | Telephone: 415.398.6000 |
| | Facsimile: 415.981.0136 |
| | |
| | *Counsel For Defendants Regal Stone Limited and Fleet Management Ltd.* |
| | |
| Dated: April 9, 2010 | FLYNN, DELICH & WISE LLP |
| | |
| |     /s/ *Erich P. Wise* |
| | Erich P. Wise |
| | Conte C. Cicala |
| | One California Street, Suite 350 |
| | San Francisco CA 94111 |
| | Telephone: 415.693.5566 |
| | Facsimile: 415.693.0410 |
| | |
| | *Counsel For Defendant Hanjin Shipping, Co.* |
| | |
| Dated: April 9, 2010 | COPPENRATH & ASSOCIATES LLP |
| |     /s/ *Walter Coppenrath* |
| | Walter Coppenrath |
| | George Jones |
| | 400 Oceangate, Ste. 700 |
| | Long Beach, CA  90802 |
| | Telephone:  562.216-2948 |
| | Facsimile:  562.685-0460 |
| | |
| | Counsel For Defendant John Cota |

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

DATED: _____, 2010

    The Honorable Samuel Conti
    United States District Judge

**STIPULATION AND [PROPOSED] ORDER RE LIMITED INTERVENTION OF STATE COURT PLAINTIFFS AND FILING MOTION FOR PRELIMINARY APPROVAL OF DUNGENESS CRAB SETTLEMENT**