William M. Audet (waudet@audetlaw.com)
Michael McShane (mmcshane@audetlaw.com)
Adel A. Nadji (anadji@audetlaw.com)
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.982.1776
Facsimile: 415.568.2556

*Attorneys for Federal Plaintiffs and
the Dungeness Crab Settlement Class*

# UNITED STATES DISTRICT COURT FOR

# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Allen Loretz, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Regal Stone, Ltd., Hanjin Shipping, Co., Ltd., Synergy Maritime, Ltd., Fleet Management Ltd., and John Cota, *In Personam*; M/V Cosco Busan, their engines, tackle, equipment, appurtenances, freights, and cargo *In Rem*,<br><br>    Defendants. | Case No. C 07-5800 SC<br><br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING NON-SETTLED CLAIMS** |

WHEREAS, putative class actions have been filed on behalf of all commercial fishermen operating in the San Francisco Bay and surrounding ocean areas ("Putative Omnibus Commercial Fishermen Class") against Defendants arising out of the Cosco Busan Oil Spill of November 7, 2007 ("CBOS") in federal court and California State court (collectively "Actions").

WHEREAS, the original federal putative class action complaint was filed on November 15, 2007, as *Chelsea, LLC, et al. v. Regal Stone, Ltd., et al.*, No. 07-5800 and an amended Complaint was filed on November 19, 2007, alleging claims for damages and injunctive and declaratory relief against Defendants ("Federal Court Action");

WHEREAS, a state putative class action was filed on November 20, 2007, entitled *Tarantino, et al. v. Hanjin Shipping*, alleging similar claims for damages and injunctive and declaratory relief against substantially the same Defendants ("Related State Court Action");

WHEREAS, the Parties have concluded a settlement that, finally and fully resolves and dismisses with prejudice the claims of those class members, in both the Federal Court Action and Related State Court Action, that arise out of class members' activities as commercial Dungeness Crab fishermen against Defendants ("Dungeness Crab Settlement");

WHEREAS, on August 6, 2009, San Francisco Superior Court Judge John Munter certified a commercial herring fishermen subclass ("Herring Subclass") in the Related State Court Action;

WHEREAS, on March 26, 2010, Judge Munter set a trial date of February 14, 2011for the Related State Court Action ("Trial Date");

WHEREAS, counsel for plaintiffs in the Related State Court Action have represented that, if appropriate, they intend to seek certification of the remainder of the Putative Omnibus Commercial Fishermen Class prior to the Trial Date;

WHEREAS, the Parties desire to avoid unnecessary and inefficient duplication of efforts in the Federal Court Action and Related State Court Action;

NOW, WHEREFORE, the Parties stipulate and agree:

1. That after entry of final approval by the Federal Court of the Dungeness Crab Settlement, Plaintiffs will move to dismiss any and all claims remaining in the Federal Court Action without prejudice to proceeding in the Related State Court Action;

2. The dismissal shall be done without impacting any and all claims asserted by the federal plaintiffs (other than those that arise out of class members' activities as commercial Dungeness Crab fishermen which were dismissed with prejudice in accordance with the Dungeness Crab Settlement), and Plaintiffs may file an Amended Complaint in the Related State Court Action asserting any claims that were previously

asserted and not settled in the Federal Court Action ("the Non-Settled Claims") and such claims and facts asserted in that Amended Complaint shall be deemed to have been asserted as of the date of the filing of the Federal Court Action. The dismissal of the Federal Court Action shall not impact the Non-Settled Claims of the putative class members, by application of potential statute of limitations or otherwise.

3. The parties agree that no consideration has been provided or will be provided to obtain this dismissal of the Federal Court Action in favor of the Related State Court Action.

IN WITNESS WHEREOF, each of the Parties hereto has caused this Agreement to be executed on its behalf by its duly authorized counsel of record, all as of the day set forth below.

**AGREED:**

**PLAINTIFFS AND PLAINTIFFS' CLASS COUNSEL IN THE ACTION**

Dated: April 9, 2010               AUDET & PARTNERS, LLP

                                   _____/s/ *William M. Audet*_____
                                   William M. Audet
                                   Michael McShane
                                   Adel J. Nadji
                                   221 Main Street, Suite 1460
                                   San Francisco, CA  94105
                                   Telephone:  415.568.2555
                                   Facsimile:  415.568.2556

                                   *Counsel For Federal Court Plaintiff And Proposed Class Counsel On Behalf Of Dungeness Crab Settlement Class*

Dated: April 9, 2010               COTCHETT, PITRE & MCCARTHY

                                   _____/s/ *Frank M. Pitre*_____
                                   Frank M. Pitre
                                   Stuart G. Gross
                                   Daniel R. Sterrett
                                   San Francisco Airport Office Center
                                   840 Malcolm Road, Suite 200
                                   Burlingame, CA 94010
                                   Telephone:  650.697.6000
                                   Facsimile:  650.697.0577

|   |   |
|---|---|
|   | *Counsel For State Court Plaintiffs And Proposed Class Counsel On Behalf Of Dungeness Crab Settlement Class* |

**SETTLING DEFENDANTS AND SETTLING DEFENDANTS' COUNSEL IN THE ACTION**

| | |
|---|---|
| Dated: April 9, 2010 | KEESAL, YOUNG & LOGAN PC |
| | /s/ *Joseph A. Walsh II* |
| | Joseph A. Walsh II |
| | Julie L. Taylor |
| | Julie A. Kole |
| | 450 Pacific Avenue |
| | San Francisco, CA 94133 |
| | Telephone: 415.398.6000 |
| | Facsimile: 415.981.0136 |
| | |
| | *Counsel For Defendants Regal Stone Limited, Fleet Management Ltd. and M/V Cosco Busan* |
| | |
| Dated: April 9, 2010 | FLYNN, DELICH & WISE LLP |
| | /s/ *Erich P. Wise* |
| | Erich P. Wise |
| | Conte C. Cicala |
| | One California Street, Suite 350 |
| | San Francisco CA 94111 |
| | Telephone: 415.693.5566 |
| | Facsimile: 415.693.0410 |
| | |
| | *Counsel For Defendant Hanjin Shipping, Co.* |
| | |
| Dated: April 9, 2010 | COPPENRATH & ASSOCIATES LLP |
| | /s/ *Walter Coppenrath* |
| | Walter Coppenrath |
| | George Jones |
| | 400 Oceangate, Ste. 700 |
| | Long Beach, CA 90802 |
| | Telephone: 562.216-2948 |
| | Facsimile: 562.685-0460 |
| | |
| | *Counsel For Defendant John Cota* |

IT IS SO ORDERED
Judge Samuel Conti
4/21/10

1  PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

2

3  DATED: _____, 2010                    _____
4                                                  The Honorable Samuel Conti
                                                    United States District Judge