William M. Audet (waudet@audetlaw.com)
Michael McShane (mmcshane@audetlaw.com)
Adel A. Nadji (anadji@audetlaw.com)
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.982.1776
Facsimile: 415.568.2556

*Attorneys for Federal Plaintiffs and
the Dungeness Crab Settlement Class*

# UNITED STATES DISTRICT COURT FOR

# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Allen Loretz, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>Regal Stone, Ltd., Hanjin Shipping, Co., Ltd., Synergy Maritime, Ltd., Fleet Management Ltd., and John Cota, *In Personam*; M/V Cosco Busan, their engines, tackle, equipment, appurtenances, freights, and cargo *In Rem,*<br><br>  Defendants. | Case No. C 07-5800 SC<br><br><br>**STIPULATION AND [PROPOSED] ORDER RE LIMITED INTERVENTION OF STATE COURT PLAINTIFFS AND FILING MOTION FOR PRELIMINARY APPROVAL OF DUNGENESS CRAB SETTLEMENT** |

1    WHEREAS, Plaintiff Allen Loretz ("Federal Court Plaintiff") alleges, through the
2  instant action ("Federal Court Action"), claims for damages and injunctive and declaratory
3  relief arising out of the Cosco Busan Oil Spill of November 7, 2007 ("CBOS") on behalf of a
4  putative class of all commercial fishermen operating in the San Francisco Bay and surrounding
5  ocean areas against Defendants Regal Stone Limited, Hanjin Shipping, Co., Ltd., Fleet
6  Management Ltd., and John Cota, and the M/V Cosco Busan, *in rem* (collectively
7  "Defendants");

8    WHEREAS, Plaintiffs John Tarantino, Steven Fitz, Sean Hodges, John Atkinson, Ernie
9  Koepf, Kiu Phang, and Sau Phang ("State Court Plaintiffs," collectively with the Federal Court
10 Plaintiff and Defendants, "Parties"), through an action filed in San Francisco Superior Court
11 ("State Court Action"), allege claims for damages and injunctive and declaratory relief arising
12 out of the CBOS on behalf of a putative class of all commercial fishermen operating in the San
13 Francisco Bay and surrounding ocean areas against all of the Defendants, except the M/V
14 Cosco Busan *in rem*;

15   WHEREAS, Federal Court Plaintiff and State Court Plaintiffs have negotiated a
16 proposed settlement ("Settlement") with Defendants Regal Stone Limited and Fleet
17 Management Ltd.;

18   WHEREAS, the Settlement is attached as Exhibit A to the Memorandum Of Law In
19 Support of Plaintiffs' Motion For Preliminary Approval Of The Dungeness Crab Settlement,
20 which is attached as Exhibit 1 to the Declaration of William Audet in support of the instant
21 Stipulation and [Proposed] Order;

22   WHEREAS, Plaintiffs' Motion For Preliminary Approval Of The Dungeness Crab
23 Settlement is being separately filed herewith, along with other associated documents;

24   WHEREAS, unless defined herein, all defined terms used herein shall be given the
25 meanings defined in the Settlement;

26   WHEREAS, the Settlement provides for the global resolution of the Released Claims of
27 Dungeness Crab Settlement Class Members against Released Parties (which includes all

28

**STIPULATION AND [PROPOSED] ORDER RE LIMITED INTERVENTION OF STATE COURT PLAINTIFFS AND
FILING MOTION FOR PRELIMINARY APPROVAL OF DUNGENESS CRAB SETTLEMENT**

1  Defendants) made in both the State Court Action and the Federal Court Action;

2        WHEREAS, the Settlement proposes the appointment, as Dungeness Crab Settlement

3  Class Representatives, of Federal Court Plaintiff Allen Loretz, along with State Court Plaintiffs

4  John Tarantino, Steven Fitz, Sean Hodges, and John Atkinson;

5        WEREAS, the Settlement proposes the appointment, as Class Counsel on behalf of the

6  Dungeness Crab Settlement Class, counsel for Federal Court Plaintiffs, William M. Audet of

7  Audet & Partners, LLP, and counsel for the State Court Plaintiffs, Frank M. Pitre of Cotchett

8  Pitre & McCarthy;

9        WHEREAS, neither the Defendants nor the Federal Court Plaintiff object to the

10  intervention by State Court Plaintiffs in the instant action for the limited purposes of

11  participation in proceedings related to Court approval of the Settlement and any related

12  application for award of attorneys' fees and reimbursement of costs;

13        WHEREAS, the Defendants therein have are not opposed to Plaintiffs' Motion For

14  Preliminary Approval Of The Dungeness Crab Settlement; and

15        WHEREAS, no Party requests leave to make oral argument in support or opposition to

16  Plaintiffs' Motion For Preliminary Approval Of The Dungeness Crab Settlement;

17        NOW, WHEREFORE, PURSANT TO CIVIL L.R. 7-1(a) AND 7-12, DEFENDANTS,

18  FEDERAL COURT PLAINTIFF, STATE COURT PLAINTIFFS, HEREBY STIPULATE

19  AND AGREE, SUBJECT TO THE COURT'S APPROVAL:

20      1.    State Court Plaintiffs may intervene in the instant action pursuant to Federal

21  Rule of Civil Procedure 24 for the limited purposes of participation in proceedings related to

22  Court approval of the Settlement and any related application for award of attorneys' fees and

23  reimbursement of costs;

24      2.    Notwithstanding Civil L.R. 7-2(a), Federal Court Plaintiff may file Plaintiffs'

25  Motion For Preliminary Approval Of The Dungeness Crab Settlement without noticing the

26  Motion on the Court's motion calendar;

27      3.    The instant Stipulation and [Proposed] Order shall constitute a Statement of

28  Nonopposition by each Defendant to Plaintiffs' Motion For Preliminary Approval Of The

Dungeness Crab Settlement pursuant to Civil L.R. 7-3(b).  Although Defendants do not oppose Plaintiffs' Motion for Preliminary Approval, they do not necessarily agree to or adopt the representations or characterizations of fact as presented by Plaintiffs in their Motion.

4. Neither Federal Court Plaintiff nor State Court Plaintiffs shall file any reply in support of Plaintiffs' Motion For Preliminary Approval Of The Dungeness Crab Settlement;

5. Upon its filing with the Court, Plaintiffs' Motion For Preliminary Approval Of The Dungeness Crab Settlement shall be deemed under submission to the Court; and

6. No hearing on the Motion For Preliminary Approval Of The Dungeness Crab Settlement shall held, unless the Court separately orders that such a hearing be held.

IT IS SO STIPULATED.

Dated: April 9, 2010                           AUDET & PARTNERS, LLP

                                                              /s/ *William M. Audet*
                                               William M. Audet
                                               Michael McShane
                                               Adel J. Nadji
                                               221 Main Street, Suite 1460
                                               San Francisco, CA  94105
                                               Telephone:  415.568.2555
                                               Facsimile:  415.568.2556

                                               *Counsel For Federal Court Plaintiff And Proposed Class Counsel On Behalf Of Dungeness Crab Settlement Class*

Dated: April 9, 2010                           COTCHETT, PITRE & MCCARTHY

                                                              /s/ *Frank M. Pitre*
                                               Frank M. Pitre
                                               Stuart G. Gross
                                               Daniel R. Sterrett
                                               San Francisco Airport Office Center
                                               840 Malcolm Road, Suite 200
                                               Burlingame, CA 94010
                                               Telephone:  650.697.6000
                                               Facsimile:  650.697.0577

                                               *Counsel For State Court Plaintiffs And Proposed Class Counsel On Behalf Of Dungeness Crab Settlement Class*

**STIPULATION AND [PROPOSED] ORDER RE LIMITED INTERVENTION OF STATE COURT PLAINTIFFS AND FILING MOTION FOR PRELIMINARY APPROVAL OF DUNGENESS CRAB SETTLEMENT**

| | | |
|---|---|---|
| 1 | Dated: April 9, 2010 | KEESAL, YOUNG & LOGAN PC |
| 2 | | |
| 3 | | _____/s/ *Joseph A. Walsh II*_____ |
| 4 | | Joseph A. Walsh II<br>Julie L. Taylor |
| 5 | | Julie A. Kole<br>450 Pacific Avenue |
| 6 | | San Francisco, CA 94133<br>Telephone: 415.398.6000 |
| 7 | | Facsimile: 415.981.0136 |
| 8 | | *Counsel For Defendants Regal Stone Limited and Fleet Management Ltd.* |
| 9 | | |
| 10 | Dated: April 9, 2010 | FLYNN, DELICH & WISE LLP |
| 11 | | |
| 12 | | _____/s/ *Erich P. Wise*_____<br>Erich P. Wise |
| 13 | | Conte C. Cicala<br>One California Street, Suite 350 |
| 14 | | San Francisco CA 94111<br>Telephone: 415.693.5566 |
| 15 | | Facsimile: 415.693.0410 |
| 16 | | *Counsel For Defendant Hanjin Shipping, Co.* |
| 17 | Dated: April 9, 2010 | COPPENRATH & ASSOCIATES LLP |
| 18 | | _____/s/ *Walter Coppenrath*_____<br>Walter Coppenrath |
| 19 | | George Jones<br>400 Oceangate, Ste. 700 |
| 20 | | Long Beach, CA 90802<br>Telephone: 562.216-2948 |
| 21 | | Facsimile: 562.685-0460 |
| 22 | | Counsel For Defendant John Cota |
| 23 | PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED. | |
| 25 | DATED: __4/21__, 2010 | |
| 26 | | The Honorable Samuel Conti<br>United States District Judge |

*IT IS SO ORDERED* — Judge Samuel Conti

**STIPULATION AND [PROPOSED] ORDER RE LIMITED INTERVENTION OF STATE COURT PLAINTIFFS AND FILING MOTION FOR PRELIMINARY APPROVAL OF DUNGENESS CRAB SETTLEMENT**