William M. Audet (waudet@audetlaw.com)
Michael McShane (mmcshane@audetlaw.com)
Adel A. Nadji (anadji@audetlaw.com)
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.982.1776
Facsimile: 415.568.2556

*Attorneys for Plaintiffs and
the Class Members*

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Allen Loretz, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Regal Stone, Ltd., Hanjin Shipping, Co., Ltd., Synergy Maritime, Ltd., Fleet Management Ltd., and John Cota, *In Personam*; M/V Cosco Busan, their engines, tackle, equipment, appurtenances, freights, and cargo *In Rem*.<br><br>Defendants. | Case No. C 07-5800 SC<br>And related cases:<br><br>07-6045 SC, 08-2268 SC, 08-2052 SC, 08-5098 SC, 09-01469 SC<br><br>**DECLARATION OF ALLEN LORETZ IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT** |

I, ALLEN LORETZ, declare as follows:

1.  I am over the age of 18 and I have personal knowledge of the facts contained in this Declaration and can competently testify to the statements contained herein.

2.  I submit this declaration in support of Plaintiffs' Motion for Final Approval of the Class Action Settlement. Unless otherwise stated, I have personal knowledge of the facts set forth in this Declaration and could testify competently to them if called upon to.

3.  I am an individual and representative in this case. Through my attorneys, I have brought claims on behalf of the Settlement Class.

4. I am informed and believe that I am a Class member because I am a hired Captain and crewmember of the fishing vessel *Freeland* which is a duly licensed California Commercial Crab Fishing Vessel who was to participate in, and depend upon the 2007-2008 California Fisheries for commercial purposes.

5. I have suffered damage in that I was unable to produce the expected income from the 2007-2008 crab fishing season in the San Francisco Bay Area.

6. As Class Representative, I have actively participated in all aspects of this litigation. In addition to having numerous telephonic communications, my attorneys have consulted with me on settlement issues, and I agreed with the class action settlement achieved on behalf of commercial crab fisherman. I also generally made myself available to my attorneys, via telephone and in person, throughout the time period that I served as a class representative and will continue to do so for as long as this case remains active.

7. I am generally familiar with the terms of the Settlement. I recognize that the Settlement is a negotiated compromise between the parties and that Class members will receive varying amounts of relief depending on their particular circumstances. Nonetheless, I think the Settlement provides good relief for class members and fairly takes into account a variety of factors which could have affected my claims as well as those of fellow Class members. Because of this, I generally support the Settlement.

I declare under penalty of perjury of the law of California and the United States that the foregoing is true and correct, and that this declaration was executed in Morro Bay, San Luis Obispo County, California, on July 1, 2010.

/s/ ALLEN LORETZ

2

DECLARATION OF ALLEN LORETZ IN SUPPORT OF PLAINTIFFS'
MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT