FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
STUART G. GROSS (SBN 251019)
sgross@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000

WILLIAM M. AUDET (SBN 117456)
waudet@audetlaw.com
ADEL NADJI (SBN 232599)
anadji@audetlaw.com
**AUDET & PARTNERS LLP**
221 Main St Ste 1460
San Francisco, CA 94105
Telephone: 415.568.2555

*Attorneys for Plaintiffs and the Class Members*

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Allen Loretz, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Regal Stone, Ltd., Hanjin Shipping, Co., Ltd., Synergy Maritime, Ltd., Fleet Management Ltd., and John Cota, *In Personam*; M/V Cosco Busan, their engines, tackle, equipment, appurtenances, freights, and cargo *In Rem*,<br><br>Defendants. | Case No. C 07-5800 SC<br>And related cases:<br><br>07-6045 SC, 08-2268 SC, 08-2052 SC, 08-5098 SC, 09-01469 SC<br><br>**DECLARATION OF JOHN ATKINSON IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT** |

**DECLARATION OF JOHN ATKINSON IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT**

I, JOHN ATKINSON, declare as follows:

1. I am over the age of 18 and I have personal knowledge of the facts contained in this Declaration and can competently testify to the statements contained herein.

2. I submit this declaration in support of Plaintiffs' Motion for Final Approval of the Class Action Settlement. Unless otherwise stated, I have personal knowledge of the facts set forth in this Declaration and could testify competently to them if called upon to.

3. I am an individual and representative in this case. Through my attorneys, I have brought claims on behalf of the Settlement Class.

4. I am a commercial Dungeness crab fisherman operating out San Francisco. I have commercially fished for Dungeness crabs in the San Francisco Bay Area for 20 years.

5. As Class Representative, I have actively participated in <u>all</u> aspects of this litigation. I reviewed and assisted my attorneys draft the complaint. I gathered documents including landing records and tax returns to assist my attorneys in prosecuting this litigation. My attorneys have consulted with me on settlement and other class issues. I also made myself available to my attorneys, via telephone and in person, from the beginning of this litigation and will continue to do so for as long as this case remains active.

6. I am familiar with the terms of the Settlement. I reviewed the settlement agreement before agreeing to its terms. I recognize that the Settlement is a negotiated compromise between the parties and that Class members will receive varying amounts of relief depending on their particular circumstances. Nonetheless, I think the Settlement provides good relieve for myself and my fellow Settlement Class members and fairly takes into account a variety of factors which could have affected my claims as well as those of fellow Class members. Because of this, I support the Settlement.

/ / /

/ / /

/ / /

1  I declare under penalty of perjury of the law of California and the United States that the
2  foregoing is true and correct, and that this declaration was executed in Corte Madera
3  Marin County, California, on July 1, 2010.

*/s/ John Atkinson*
JOHN ATKINSON

DECLARATION OF JOHN ATKINSON IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL
APPROVAL OF THE CLASS ACTION SETTLEMENT                                                         2