FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
STUART G. GROSS (SBN 251019)
sgross@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000

WILLIAM M. AUDET (SBN 117456)
waudet@audetlaw.com
ADEL NADJI (SBN 232599)
anadji@audetlaw.com
**AUDET & PARTNERS LLP**
221 Main St Ste 1460
San Francisco, CA 94105
Telephone: 415.568.2555

*Attorneys for Plaintiffs and
the Class Members*

# UNITED STATES DISTRICT COURT FOR

# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Allen Loretz, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Regal Stone, Ltd., Hanjin Shipping, Co., Ltd., Synergy Maritime, Ltd., Fleet Management Ltd., and John Cota, *In Personam*; M/V Cosco Busan, their engines, tackle, equipment, appurtenances, freights, and cargo *In Rem*,<br><br>Defendants. | Case No. C 07-5800 SC<br>And related cases:<br><br>07-6045 SC, 08-2268 SC, 08-2052 SC, 08-5098 SC, 09-01469 SC<br><br>**SUPPLEMENTAL DECLARATION OF FRANK M. PITRE IN SUPPORT OF CLASS COUNSELS' MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS TO THE NAMED PLAINTIFFS** |

I, FRANK M. PITRE, declare as follows:

1. I am an attorney admitted to practice before all courts of the State of California and before this Court, and am a partner in the law firm Cotchett, Pitre & McCarthy ("CPM") where I have practiced since 1981. I make this supplemental declaration of my own personal knowledge, and, if called as a witness, I could and would competently testify to the matters stated below.

2. I submit this declaration in support of Class Counsels' Motion For Award Of Attorneys' Fees, Costs, And Service Awards To The Named Plaintiffs.

3. From the onset of the litigation and throughout it, Mr. Joe Walsh has expressed to me that his clients, Defendants were adverse to class actions and had instructed Mr. Walsh to do everything he could to attack them, as it was easier to resolve the claims individually through the claims process.

4. In order to assess the potential long-term impact of the Spill on San Francisco Dungeness Crab fishery we retained several experts. These included the Research Group of Corvallis, Oregon, which included among its members Dr. Hans D. Radtke, a professional resource economist, with over thirty-five years in the field, Shannon W. Davis, a statistician and systems research specialist with over thirty years of experience in the field of natural resource management and economics, and James T. Golden a fisheries biologist with over forty years of experience. The Research Group provided a thorough and detailed analysis of the Spill's potential to create a long-term stigma attached to San Francisco Bay Area Dungeness crab that would depress the prices therefor. We also retained Edward Ueber who for twenty-four years served as the Manager of the Gulf of the Farallones National Marine Sanctuary, Cordell Bank National Marine Sanctuary and Northern Sector of the Monterey Bay National Marine Sanctuary of the National Ocean and Atmospheric Administration (NOAA), is currently Ocean Superintendent to the National Park Service Western Region, and served as NOAA's representative in the trustees of the Cape Mohican oil spill that occurred in 1996 in the San Francisco Bay, in which 40,000 gallons of bunker fuel was spilled near Fisherman's Warf. Ed

SUPPLEMENTAL DECLARATION OF FRANK M. PITRE IN SUPPORT OF CLASS COUNSELS' MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS TO THE NAMED PLAINTIFFS ; CASE NO. C 07-5800 SC

1

Ueber is one of the foremost experts on the marine life of San Francisco Bay and has substantial experience assessing the impact of oil spills the Bay's marine life.

5. Plaintiffs' Class Counsel refused to engage in serious settlement negotiations until their experts had acquired sufficient evidence to assess the likelihood of significant impact on the Dungeness crab fishery. At all times, the negotiations were adversarial, with significant disputes over the assessment of harm to the fishery. Only after the exchange of information evaluated by experts on both sides and there was substantial scientific agreement that future damage to the fishery was highly unlikely was a final settlement agreed upon.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 20, 2010.

                                            /S/
                                     FRANK M. PITRE

SUPPLEMENTAL DECLARATION OF FRANK M. PITRE IN SUPPORT OF CLASS COUNSELS' MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS TO THE NAMED PLAINTIFFS ; CASE NO. C 07-5800 SC

2