R. ALEXANDER SAVERI (SB# 173102)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

# UNITED STATES DISTRICT COURT FOR

# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Allen Loretz, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Regal Stone, Ltd., Hanjin Shipping, Co., Ltd., Synergy Maritime, Ltd., Fleet Management Ltd., and John Cota, *In Personam*; M/V Cosco Busan, their engines, tackle, equipment, appurtenances, freights, and cargo *In Rem*,<br><br>Defendants. | Case No. C 07-5800 SC<br>And related cases:<br><br>07-6045 SC, 08-2268 SC, 08-2052 SC, 08-5098 SC, 09-01469 SC<br><br>**DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF CLASS COUNSELS' MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS** |

I, R. ALEXANDER SAVERI, declare:

1. I am an attorney at law duly licensed to practice in the State of California and before this Court, and am the managing partner of Saveri & Saveri, Inc., located in San Francisco, California. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify to the following.

2. For more than thirty-five years, my firm has specialized in complex, multi-district and class action litigation, predominantly in the areas of securities, antitrust and product defects. We have experience prosecuting class actions and other complex litigation in both state and federal courts. I personally have practiced law since 1994, specializing in class action litigation, and have served as lead counsel in class actions filed in state and federal courts in this district. I have both filed and reviewed numerous fee applications in this district. Based on my experience, I am familiar with the prevailing hourly rates charged by the Cotchett firm, as well as comparable firms in this district for class actions.

3. At the request of Cotchett, Pitre & McCarthy, I have been asked to assess whether the hourly rates charged by the Cotchett firm in Exhibit A, and used as a basis for a fee award in this action, are in line with those prevailing in this district for similar services by lawyers and employees of reasonably comparable skill, experience and reputation. In my experience, the hourly rates charged by the Cotchett firm are comparable to the prevailing rates, including the rates charged by attorneys at my firm.

4. I have further reviewed the hourly rates of Audet & Partners, LLP in Exhibit B and have similarly found them in line with these prevailing in this District for similar service.

5. Recently, I was counsel of record in *Credit/Debit Cart Tying Cases*, San Francisco Superior Court Coordinated Proceeding No. 4335. Attached hereto as Exhibits C, D and E are the hourly fee schedules for the firms Zelle Hoffmann Voelbel & Mason LLP, Susman Godfrey LLP, and Cooper & Kirkham, P.C. Following a hearing before the Hon. Richard Kramer, the fee requests based on the schedules herein attached were approved as reflective of prevailing market hourly fee rates in the San Francisco Bay Area.

---

DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF PLAINTIFFS' MOTION FOR
ATTORNEYS FEES AND COSTS; Case No. C 07-5800 SC

1

1     6.     I have reviewed the rates of Cotchett, Pitre & McCarthy and Audet & Partners,
2 which are comparable to these on the attached schedules.
3     I declare under penalty of perjury under the laws of the United States of America that the
4 foregoing is true and correct. Executed August 20, 2010 at San Francisco, California.

*R. Alexander Saveri*
R. ALEXANDER SAVERI

---

DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF PLAINTIFFS' MOTION FOR
ATTORNEYS FEES AND COSTS; Case No. C 07-5800 SC

2

# EXHIBIT A

**COTCHETT, PITRE & McCARTHY**
Tarantino - Crab
Lodestar Report
Inception Through June 29, 2010

| NAME | RANK | TOTAL HOURS | HOURLY RATE | TOTAL FEES |
|---|---|---|---|---|
| Cotchett, Joseph W, | Partner | 4.85 | $ 900 | $ 4,365.00 |
| Fineman, Nancy L. | Partner | 0.30 | $ 700 | $ 210.00 |
| Pitre, Frank M. | Partner | 106.80 | $ 775 | $ 82,770.00 |
| **SUB-TOTAL PARTNERS** | | 111.95 | | $ 87,345.00 |
| Gross, Stuart G. | Associate | 676.45 | $ 350 | $ 236,757.50 |
| Sterrett, Daniel R. | Associate | 26.05 | $ 350 | $ 9,117.50 |
| Wilson, Joseph C. | Associate | 7.65 | $ 350 | $ 2,677.50 |
| **SUB-TOTAL ASSOCIATES** | | 710.15 | | $ 248,552.50 |
| Engineer, Nirav | Sr. Paralegal | 99.75 | $ 250 | $ 24,937.50 |
| Grafilo, Mark A | Sr. Paralegal | 2.70 | $ 250 | $ 675.00 |
| Thornton, Donald D. | Sr. Paralegal | 19.70 | $ 175 | $ 3,447.50 |
| Beltran, Eileen | Case Asst/Paralegal | 30.25 | $ 225 | $ 6,806.25 |
| Knabity, Kenneth | Case Asst/Paralegal | 2.10 | $ 150 | $ 315.00 |
| Manuel, Ryan | Case Asst/Paralegal | 237.25 | $ 225 | $ 53,381.25 |
| So, Kimberely | Case Asst/Paralegal | 32.45 | $ 150 | $ 4,867.50 |
| Song, Jenny | Case Asst/Paralegal | 8.80 | $ 225 | $ 1,980.00 |
| Szeto, Oni | Case Asst/Paralegal | 0.40 | $ 225 | $ 90.00 |
| **SUB-TOTAL PARALEGALS** | | 433.40 | | $ 96,500.00 |
| Coleman, Elizabeth | Law Clerk | 8.45 | $ 150 | $ 1,267.50 |
| Gambino, Robert | Law Clerk | 4.85 | $ 150 | $ 727.50 |
| **SUB-TOTAL LAW CLERKS** | | 13.30 | | $ 1,995.00 |
| **GRAND TOTAL** | | 1,268.80 | | $ 434,392.50 |

# EXHIBIT B

# Audet & Partners, LLP
Attorneys–at–Law

221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: 415.568.2555
Facsimile: 415.568.2556
Toll Free: 800.965.1461
www.audetlaw.com

### *Loretz v. Regal Stone*
### Case No. C 07 5800 SC
### Through May 31, 2010

| Attorney | Hours | Rate (per hour) | Common Lodestar |
|---|---|---|---|
| William M. Audet (P) | 639.82 | $650.00 | $415,883.00 |
| Michael McShane (P) | 262.75 | $595.00 | $156,336.25 |
| Adel Nadji (A) | 636.36 | $425.00 | $270,453.00 |
| | | | |
| **Attorney Total:** | | | **$842,672.25** |
| | | | |
| **Legal Assistant / Paralegal:** | | | |
| Adrienne Brennan | 93.75 | $110.00 | $10,312.50 |
| A. Bustamante | 1.25 | $100.00 | $ 125.00 |
| Robert Chao | 8.50 | $100.00 | $ 850.00 |
| Andrea Chamberlin | 12.8 | $125.00 | $1,600.00 |
| Ted Chase | 164.25 | $110.00 | $18,067.50 |
| Frank Dessau | 105.30 | $125.00 | $13,162.50 |
| Rita Guarino | 14.15 | $110.00 | $1,556.50 |
| K. Toth | 1.22 | $110.00 | $ 134.20 |
| Hannah Weinberg | 15.50 | $110.00 | $1,705.00 |
| | | | |
| **Legal Assistant / Paralegal Total:** | | | **$47,513.20** |
| | | | |
| | | **Total Hours** | 1955.65 |
| | | **Firm Lodestar** | $890,185.45 |
| | | | |
| | | | |
| **Audet Firm's requested up to 1.5x multiplier:** | | | **$1,335,278.18** |

# EXHIBIT C

**TIME REPORT**

Firm Name: Zelle Hofmann Voelbel & Mason LLP
Time Period: Inception through June 30, 2010
Categories:
(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs and Pretrial Motions
(4) Court Appearances
(5) Settlements
(6) Litigation Strategy, Analysis and Case Magangement
(7) Class Certification

(P) Partner
(A) Associate
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(LS) Lit Support

| ATTORNEY OR PARALEGAL | 1 | 2 | 3 | 4 | 5 | 6 | 7 | HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|
| Francis O. Scarpulla (P) | | | 1.50 | | 2.10 | 8.60 | | 12.20 | 975.00 | 11,895.00 |
| Daniel S. Mason (P) | | | | | 0.10 | 1.50 | | 1.60 | 850.00 | 1,360.00 |
| Craig C. Corbitt (P) | | 15.80 | 173.50 | 61.00 | 249.70 | 215.85 | 101.10 | 816.95 | 850.00 | 694,407.50 |
| Joseph W. Bell (P) | | | 7.50 | | | 17.30 | | 24.80 | 740.00 | 18,352.00 |
| Jiangxio (Athena) Hou (P) | | | | 3.50 | | | | 3.50 | 600.00 | 2,100.00 |
| Judith A. Zahid (P) | | 135.00 | 392.30 | 102.60 | 99.20 | 242.00 | 109.00 | 1080.10 | 590.00 | 637,259.00 |
| Michael Christian (A) | | | 18.30 | | | 5.50 | | 23.80 | 610.00 | 14,518.00 |
| David P. Nemecek (A) | 0.40 | | | | | 1.00 | | 1.40 | 535.00 | 749.00 |
| Jose M. Umbert (A) | 3.00 | 33.80 | 328.50 | 6.30 | 132.80 | 222.60 | 312.40 | 1039.40 | 535.00 | 556,079.00 |
| Qianwei Fu (A) | | | 70.80 | | | | | 70.80 | 485.00 | 34,338.00 |
| Lauren N. Vuong (A) | 0.70 | | 5.90 | | | 41.10 | | 47.70 | 420.00 | 20,034.00 |
| Demetrius X Lambrinos (A) | | | 103.90 | 7.30 | | 53.70 | | 164.90 | 460.00 | 75,854.00 |
| Anna C. Conley (A) | | | 56.10 | 6.20 | | 9.40 | | 71.70 | 420.00 | 30,114.00 |
| Eric W. Buetzow (A) | | 21.30 | 34.70 | | 29.30 | | | 85.30 | 435.00 | 37,105.50 |
| Jane N. Yi (A) | | | | | 3.00 | | | 3.00 | 420.00 | 1,260.00 |
| Hearther T. Rankie (A) | | | 52.60 | | | 1.50 | | 54.10 | 395.00 | 21,369.50 |
| **Attorney Totals** | 4.10 | 205.90 | 1245.60 | 186.90 | 516.20 | 820.05 | 522.50 | 3501.25 | | 2,156,794.50 |
| Ivy Zabala (LT) | | 72.2 | | | | | | 72.2 | 290.00 | 20,938.00 |
| Robert Newman (PL) | 0.4 | | 28.9 | | | 5.2 | 1.2 | 35.7 | 260.00 | 9,282.00 |
| David S. Chi (PL) | | | 3.7 | | | | | 3.7 | 260.00 | 962.00 |
| Leethea Lentz (PL) | | 32.6 | 8 | | | | | 40.6 | 220.00 | 8,932.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Janet L. Rongitsch (PL) | | | 1 | | | | 1 | 240.00 | 240.00 |
| Richard Long (PL) | 3 | | | | | | 3 | 220.00 | 660.00 |
| Denise M. Lamb (PL) | 1.5 | 499.5 | 44.7 | | | | 545.7 | 220.00 | 120,054.00 |
| Monica Steele (PL) | | | 26.1 | | 6.5 | 1.5 | 34.1 | 220.00 | 7,502.00 |
| Marie J. Babione (PL) | | 318.3 | 42.1 | 24.3 | 0.2 | | 384.9 | 220.00 | 84,678.00 |
| Non-Attorney Totals | 4.9 | 922.6 | 154.5 | 0 | 24.3 | 11.9 | 2.7 | 1120.9 | | 253,248.00 |
| TOTALS: | | | | | | | 4622.15 | | 2,410,042.50 |
| | | | | | | | | |
| | | | | | | | | |

# EXHIBIT D

Firm Name: Susman Godfrey LLP
Time Period: 01/2004 - 02/2005

*Credit-Debit Card Tying Cases*, J.C.C.P. No. 4335

## TIME REPORT

Categories:
(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs and Pretrial Motions
(4) Court Appearances
(5) Settlements
(6) Litigation Strategy, Analysis and Case Management
(7) Class Certification

(P) Partner
(A) Associate
(LC) Law Clerk
(PL) Paralegal
(L) Librarian

| ATTORNEY OR PARALEGAL | 1 | 2 | 3 | 4 | 5 | 6 | 7 | HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|
| Marc M. Seltzer (P) | 3.20 | | 11.30 | | | 7.30 | | 21.80 | 850 | $18,530.00 |
| Neal S. Manne (P) | 3.70 | | 13.40 | | 7.00 | 8.60 | | 32.70 | 800 | $26,160.00 |
| Mark A. Evetts (P) | 3.10 | | 11.50 | | | 6.10 | | 20.70 | 500 | $10,350.00 |
| Drew D. Hansen (A) | | | | | | 0.30 | | 0.30 | 450 | $135.00 |
| Amy T. Brantly (A) | 2.10 | | 16.10 | | | 7.50 | | 25.70 | 425 | $10,922.50 |
| **Attorney Total** | | | | | | 29.80 | | 101.20 | | $66,097.50 |
| Melissa Billingsley (PL) | | | 3.9 | | | 4.3 | | 8.2 | 125 | $1,025.00 |
| Leslie Koller (PL) | | | 2.5 | | | 2.25 | | 4.75 | 125 | $593.75 |
| Robin Kilgore (PL) | | | 0.5 | | | | | 0.5 | 85 | $42.50 |
| **Non-Attorney Totals** | | | 6.9 | | | 6.55 | | 13.45 | | $1,661.25 |
| | | | | | | | | | | $67,758.75 |
| TOTALS: | | | | | | | | | | |

# EXHIBIT E

**EXHIBIT 2**
**TIME REPORT**

Firm Name: COOPER & KIRKHAM, P.C.
Time Period: Inception through May 31, 2010
Categories:
(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs and Pretrial Motions (includes legal research)
(4) Court Appearances

(5) Settlements
(6) Litigation Strategy, Analysis and Case Magangement
(7) Class Certification

(P) Partner
(A) Associate
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(LS) Lit Support

| ATTORNEY OR PARALEGAL | 1 | 2 | 3 | 4 | 5 | 6 | 7 | HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|
| Josef Cooper (P) | 0.00 | 1.40 | 82.80 | 21.70 | 22.80 | 12.90 | 4.90 | 146.50 | 950.00 | 139,175.00 |
| Tracy Kirkham ( | 0.00 | 12.80 | 92.10 | 29.80 | 27.90 | 3.60 | 37.90 | 204.10 | 825.00 | 168,382.50 |
| John Bogdanov ( | 36.90 | 0.00 | 154.90 | 0.00 | 1.10 | 0.20 | 0.00 | 193.10 | 550.00 | 106,205.00 |
|  |  |  |  |  |  |  |  | 0.00 |  | 0.00 |
|  |  |  |  |  |  |  |  | 0.00 |  | 0.00 |
| Attorney Totals | 36.90 | 14.20 | 329.80 | 51.50 | 51.80 | 16.70 | 42.80 | 543.70 |  | 413,762.50 |
|  |  |  |  |  |  |  |  | 0 |  | 0.00 |
|  |  |  |  |  |  |  |  | 0 |  | 0.00 |
|  |  |  |  |  |  |  |  | 0 |  | 0.00 |
|  |  |  |  |  |  |  |  | 0 |  | 0.00 |
|  |  |  |  |  |  |  |  | 0 |  | 0.00 |
|  |  |  |  |  |  |  |  | 0 |  | 0.00 |
|  |  |  |  |  |  |  |  | 0 |  | 0.00 |
|  |  |  |  |  |  |  |  | 0 |  | 0.00 |
| Non-Attorney T | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |  | 0.00 |
| TOTALS: |  |  |  |  |  |  |  | 543.70 |  | 413,762.50 |