FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
STUART G. GROSS (SBN 251019)
sgross@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000

WILLIAM M. AUDET (SBN 117456)
waudet@audetlaw.com
ADEL NADJI (SBN 232599)
anadji@audetlaw.com
**AUDET & PARTNERS LLP**
221 Main St Ste 1460
San Francisco, CA 94105
Telephone: 415.568.2555

*Attorneys for Plaintiffs and
the Class Members*

# UNITED STATES DISTRICT COURT FOR

# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Allen Loretz, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Regal Stone, Ltd., Hanjin Shipping, Co., Ltd., Synergy Maritime, Ltd., Fleet Management Ltd., and John Cota, *In Personam*; M/V Cosco Busan, their engines, tackle, equipment, appurtenances, freights, and cargo *In Rem*,<br><br>Defendants. | Case No. C 07-5800 SC<br>And related cases:<br><br>07-6045 SC, 08-2268 SC, 08-2052 SC, 08-5098 SC, 09-01469 SC<br><br>**SUPPLEMENTAL DECLARATION OF STUART G. GROSS IN SUPPORT OF CLASS COUNSELS' MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS TO THE NAMED PLAINTIFFS** |

I, STUART G. GROSS, declare as follows:

1. I am an attorney admitted to practice before all courts of the State of California and before this Court, and am an attorney in the law firm Cotchett, Pitre & McCarthy ("CPM"). I make this declaration of my own personal knowledge, and, if called as a witness, I could and would competently testify to the matters stated below.

2. I submit this supplemental declaration in support of Class Counsels' Motion For Award Of Attorneys' Fees, Costs, And Service Awards To The Named Plaintiffs.

3. Attached hereto as Exhibit 1 is a true & correct copy of Cotchett, Pitre & McCarthy's redacted allocated time report.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 14, 2010.

                                            s/ Stuart G. Gross
                                            STUART G. GROSS