United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN LORETZ, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>REGAL STONE, LTD., HANJIN SHIPPING, CO., LTD., SYNERGY MARITIME, LTD., FLEET MANAGEMENT LTD., and JOHN COTA, In Personam, M/V COSCO BUSAN, their engines, tackle, equipment, appurtenances, freights, and cargo, In Rem,<br><br>  Defendants. | Case No. 07-5800 SC<br><br>ORDER REQUIRING SUPPLEMENTAL DECLARATIONS |

This action stems from the allision of the cargo ship M/V COSCO BUSAN with the San Francisco-Oakland Bay Bridge on November 7, 2007. On September 3, 2010, the Court approved the settlement filed by Dungeness Crab skippers and crewmembers. ECF No. 264. Audet & Partners, LLP ("Audet & Partners"), and Cotchett, Pitre & McCarthy ("CPM") (collectively, "Class Counsel") filed a Motion for Award of Attorneys' Fees, Costs, and Service Awards to the Named Plaintiffs. ECF No. 212.

1    Having considered the papers submitted, including the
2  supplemental papers filed, the Court requires Class Counsel to file
3  a declaration explaining the following:
4    In Class Counsel's opinion, what is the total potential
5  recovery for the Class in this case?
6    In Class Counsel's opinion, how much money will Class members
7  receive as a result of this settlement in excess of what they could
8  have received through the claims process established by Regal Stone
9  under the Oil Pollution Act of 1990 and the Lempert-Keene-Seastrand
10 Oil Spill Prevention and Response Act?
11   How many Dungeness Crab skippers and crewmembers are part of
12 the Class in this case?
13   To date, how many skippers and crewmembers have filed claims
14 for recovery as a result of this settlement, and how much money
15 have they asked for and/or received?
16   The declaration should be filed within seven (7) days of this
17 Order.  Defendants may file a declaration in response within twelve
18 (12) days of this Order.

20   IT IS SO ORDERED.

22   Dated:  October 22, 2010         _____
                                      UNITED STATES DISTRICT JUDGE