Frank M. Pitre (fpitre@cpmlegal.com)
Stuart G. Gross (sgross@cpmlegal.com)
COTCHETT, PITRE & MCCARTHY
San Francisco Airport Office Center
840 Malcolm Rd., Suite 200
Burlingame, CA 94010
Telephone: 650.697.6000
Facsimile: 650.697.0577

William M. Audet waudet@audetlaw.com)
Michael McShane (mmcshane@audetlaw.com)
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: 415.568.2555
Facsimile: 415.568.2556

*Class Counsel*

**UNITED STATES DISTRICT COURT FOR**

**THE NORTHERN DISTRICT OF CALIFORNIA**

Allen Loretz, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

Regal Stone, Ltd., Hanjin Shipping, Co., Ltd., Synergy Maritime, Ltd., Fleet Management Ltd., and John Cota, *In Personam*; M/V Cosco Busan, their engines, tackle, equipment, appurtenances, freights, and cargo *In Rem,*

Defendants.

Case No. C 07-5800 SC

**STIPULATION REGARDING ADDITIONAL NOTICE AND EXTENSION OF CLOSURE CLAIM DEADLINE TO SIXTEEN POTENTIAL DUNGENESS CRAB SETTLEMENT CLASS MEMBERS AND [PROPOSED] ORDER THEREON**

STIPULATION REGARDING ADDITIONAL NOTICE AND EXTENSION OF CLOSURE CLAIM DEADLINE TO SIXTEEN POTENTIAL DUNGENESS CRAB SETTLEMENT CLASS MEMBERS AND [PROPOSED] ORDER THEREON – CASE NO. 07-5800 SC

WHEREAS, on April 21, 2010 this Court issued an Order Granting Preliminary Approval Of Settlement And Provisional Class Certification (Dckt. No. 207);

WHEREAS, unless otherwise defined herein, all defined terms used herein shall have the meaning assigned to them in the Settlement Agreement that is attached as Exhibit A to Plaintiffs Memorandum of Points and Authorities In Support Of Motion for Preliminary Approval of Dungeness Crab Settlement (Dckt. No. 199);

WHEREAS, on June 2, 2010, Class Notice of the Settlement was provided to potential Dungeness Crab Settlement Class members pursuant to the Court's April 21, 2010 Order;

WHEREAS, the Class Notice provided on June 2, 2010 included (1) direct Class Notice to Dungeness Crab Skippers who had previously received payments through the Dungeness Crab Closure Claims Process and who were not Individually Settled Skippers; (2) direct Class Notice to individuals who had been identified as potentially qualifying as Dungeness Crab Crewmembers; and (3) widespread publication of Class Notice;

WHEREAS, on September 3, 2010 this Court issued its Final Order Approving Class Action Settlement And Dismissing Class Action With Prejudice (Dckt. No. 264);

WHEREAS, the Parties have recently determined that there are sixteen (16) Dungeness Crab Skippers who submitted Dungeness Crab Closure Claims prior to June 2, 2010 and whose Dungeness Crab Closure Claims were denied, withdrawn or administratively closed[1] ("DWC Claimants") and whose contact

[1] Hudson Marine Services ("HMMS") "administratively closed" Dungeness Crab Closure Claims, when despite its requests, HMMS was unable to obtain information necessary to substantiate a claimant's claim.

STIPULATION REGARDING ADDITIONAL NOTICE AND EXTENSION OF CLOSURE CLAIM DEADLINE TO SIXTEEN POTENTIAL DUNGENESS CRAB SETTLEMENT CLASS MEMBERS AND [PROPOSED] ORDER THEREON – CASE NO. 07-5800 SC

information is in the possession of HMMS, the administrator of Dungeness Crab Closure Claims Process;

WEREAS, by virtue of the Settlement, the deadline for Dungeness Crab Settlement Class members for submitting Dungeness Crab Closure Claims was extended from November 7, 2010 to January 1, 2011, and Dungeness Crab Settlement Class Members were provided certain other consideration, including the right to reimbursement of reasonable attorneys' fees incurred in pursuit of a Dungeness Crab Closure Claims;

WHEREAS, the Settling Defendants have provided Class Counsel with a sworn declarations from HMMS and Settling Defendants, stating that other than the sixteen (16) DWC Claimants, the five (5) Dungeness Crab Skippers whose Dungeness Crab Closure Claims were dormant as of June 2, 2010 and are currently pending or were recently resolved and who were referenced in Julie Taylor's November 9, 2010 Supplemental Declaration (Dckt. No. 285) (the "Pending Claimants"), and the Dungeness Crab Skippers to whom direct Class Notice has already been sent, neither Settling Defendants, HMMS, nor any agent or affiliate of HMMS or Settling Defendants, has the contact information of any other Person who has contacted HMMS or any agent or affiliate of HMMS or Settling Defendants, in regards to submitting a Dungeness Crab Closure Claim;

WHEREAS, the Parties believe that the sixteen (16) DWC Claimants received sufficient Class Notice through publication, but out of an abundance of caution and in light, in particular, of the modification of the deadline for submitting Dungeness Crab Closure Claims effected by the Settlement, wish to provide the sixteen (16) DWC Claimants with direct Class Notice and an extension of time to re-open their Dungeness Crab Closure Claims from January 1, 2011 to February 15, 2011.

NOW, WHEREFORE, the Parties stipulate and seek an Order from this Court directing:

1. Any Pending Claimant whose claim has been resolved and who is dissatisfied with such resolution shall have the right to reopen his, her, or its Dungeness Crab Closure Claim by January 1, 2011;

2. That the five (5) Pending Claimants shall be sent a letter by Class Counsel that informs them of the rights and benefits to which they may be entitled under the Settlement, provides them with contact information of the Claims Administrator and Class Counsel, and encloses a copy of the Class Notice and Dungeness Crab Skipper Claims Form and instructions.

3. That, for the sixteen (16) DWC Claimants only, the Dungeness Crab Closure Claim deadline shall be extended to February 15, 2011;

4. That the sixteen (16) DWC Claimants shall be provided with direct Class Notice of the Settlement, which will include notification that the deadline for these sixteen (16) DWC Claimants to re-open their Dungeness Crab Closure Claims has been extended from January 1, 2011 to February 15, 2011;

5. Class Counsel shall have the opportunity to file by November 19, 2010 a Supplemental Declaration, to supplement the Declaration that Class Counsel filed on October 30 (Dckt. No. 283) in response to the Court's Order of October 22, 2010 (Dckt. No. 281); and

6. Settling Defendants' Counsel shall have the opportunity to file a responsive Declaration by November 30, 2010.

**STIPULATION REGARDING ADDITIONAL NOTICE AND EXTENSION OF CLOSURE CLAIM DEADLINE TO SIXTEEN POTENTIAL DUNGENESS CRAB SETTLEMENT CLASS MEMBERS AND [PROPOSED] ORDER THEREON – CASE NO. 07-5800 SC**

IN WITNESS WHEREOF, each of the Parties hereto has caused this Agreement to be executed on its behalf by its duly authorized counsel of record, all as of the day set forth below. **AGREED:**

**COUNSEL FOR PLAINTIFFS AND CLASS COUNSEL IN THE ACTION**

Dated: November 12, 2010

COTCHETT, PITRE & MCCARTHY
AUDET & PARTNERS, LLP

/s/ Stuart G. Gross

Frank M. Pitre
Stuart G. Gross
COTCHETT, PITRE & MCCARTHY
San Francisco Airport Office Center
840 Malcolm Rd., Suite 200
Burlingame, CA 94010
Telephone: 650.697.6000
Facsimile: 650.697.0577

William M. Audet
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: 415.568.2555
Facsimile: 415.568.2556

STIPULATION REGARDING ADDITIONAL NOTICE AND EXTENSION OF CLOSURE CLAIM DEADLINE TO SIXTEEN POTENTIAL DUNGENESS CRAB SETTLEMENT CLASS MEMBERS AND [PROPOSED] ORDER THEREON – CASE NO. 07-5800 SC

**SETTLING DEFENDANTS AND SETTLING DEFENDANTS' COUNSEL IN THE ACTION**

Dated: November 12, 2010

KEESAL, YOUNG & LOGAN PC

/s/ Julie A. Kole

Joseph A. Walsh II
Julie L. Taylor
Julie A. Kole
450 Pacific Avenue
San Francisco, CA 94133

**IT IS SO ORDERED.**

Dated: 11/18, 2010

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
DENIED
Judge Samuel Conti

Samuel [Conti]
United S[tates District] Court Judge

STIPULATION REGARDING ADDITIONAL NOTICE AND EXTENSION OF CLOSURE CLAIM DEADLINE TO SIXTEEN POTENTIAL DUNGENESS CRAB SETTLEMENT CLASS MEMBERS AND [PROPOSED] ORDER THEREON – CASE NO. 07-5800 SC