UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| | | |
|---|---|---|
| C-07-6045 and related cases | Samuel Conti | DATE January 27, 2012 |
| Case Number | Judge | Time  30 minutes |

Related Cases: C-08-2052
             C-08-2268
             C-08-5098
             C-09-1469
             C-12-115

Title: UNITED STATES, et al.     vs  THE SHIPOWNERS' INS., et al.

Attorneys: Bradley O'Brien           Joseph Walsh
           Robert Byrne              Phillip Dalton
           Donald Margolis           Forrest Booth
           Samuel Ruby               Robert Chojnacki
           David Sullivan            Conte Cicala

Deputy Clerk: T. De Martini          Court Reporter: Sahar Bartlett

PROCEEDINGS

Plaintiff's Motion to Enter Consent Decree - Granted, Order Signed.

Dismissals in the related cases will be entered in accordance with the Consent Decree.